IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BELL SPORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 24-cv-12815 <br><br> Hon. Martha M. Pacold |

**ORDER**

THIS CAUSE coming before the Court on Plaintiff BELL SPORTS, INC.'S ("Plaintiff") *Ex Parte* Motion for Expedited Discovery (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto ("Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"), and this Court having considered the Motion and the accompanying record, GRANTS Plaintiff's Motion in part as follows.

This Court orders that:

1. Plaintiff is authorized to issue expedited written discovery to Defendants and those in privity with Defendants, including the Alibaba, Aliexpress, Amazon,

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

DHgate, eBay, Joom, Payoneer, PayPal, Temu and Walmart e-commerce platforms, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defendants, or in connection with Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba, Aliexpress, Amazon, DHgate, eBay, Joom, Payoneer, PayPal, Temu and Walmart (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

3. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process

pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Tina M. Bondy and any e-mail addresses provided for Defendants by third parties.  The Clerk of the Court is directed to issue a single original summons in the name of "Anime socks Store and all other Defendants identified in the Complaint".  The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

Date: March 28, 2025 /s/ Martha M. Pacold

## Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | Anime socks Store |
| 2 | Come Here Store |
| 3 | Facil Fitness Store |
| 4 | Hi!Socks Store |
| 5 | Janlin Store |
| 6 | JoeyF14 Store |
| 7 | Newrapha Store |
| 8 | Shendu rose Store |
| 9 | Shop1102112811 Store |
| 10 | Shop1102166879 Store |
| 11 | Shop1102169769 Store |
| 12 | Shop1102171748 Store |
| 13 | Shop910647007 Store |

| | |
|---|---|
| 14 | small clothing store Store |
| 15 | SMTF06-abacusly Store |
| 16 | Socks factory shop Store |
| 17 | Foshan Youyan Clothing Co., Ltd. |
| 18 | icebikeheaven |
| 19 | ouku |
| 20 | pdsi1qi |
| 21 | cuicuimiao |
| 22 | GYHZ STORE |
| 23 | mijnhw |
| 24 | Bbig Size Store |
| 25 | BodyChum Dropshipping Store |
| 26 | BodyChum Factory Store |
| 27 | Celebration Gifts Store |
| 28 | COLNAGO2019 Store |
| 29 | ellie zhang's store |
| 30 | Everkaki Official Store |
| 31 | Great ride Store |
| 32 | In2it Store |
| 33 | Kevin-sports Store |
| 34 | LEHUO TRAVEL Store |
| 35 | MODA SENMA Store |
| 36 | MOJEEY SOCKS Store |
| 37 | Ninth World Fitness shop Store |
| 38 | NN Outdoor Store |
| 39 | NW-GIRO Official Store |
| 40 | oohmy Store |
| 41 | Outdoor Fitness Dropping Store |
| 42 | PEIRESA Fashion Store |
| 43 | RAPHA2019 Store |
| 44 | Shop1100350244 Store |
| 45 | Shop1102185403 Store |
| 46 | Shop3185027 Store |
| 47 | Shop4629037 Store |
| 48 | Shop5747239 Store |
| 49 | Shop911389089 Store |
| 50 | Shop912624925 Store |
| 51 | sunfang Store |
| 52 | This item's currently unavailable in your location |
| 53 | Timberwolves Outdoor Store |
| 54 | VERIDICAL Official Store |
| 55 | WHLYZ YW Official Store |

| 56 | WuGan Store |
|---|---|
| 57 | Xuanyi-1118maidehaoStore Store |
| 58 | xuelongmao Store |
| 59 | YOUSHOE Store |
| 60 | Zhuji Da Man Socks Store |
| 61 | kang07 Store |
| 62 | zhao09 Store |
| 63 | zhi09 Store |
| 64 | ZELECTION |
| 65 | Changzhou Iron Donkey Trading Co., Ltd. |
| 66 | Foshan Shangji Sports Products Co., Ltd. |
| 67 | Foshan Shunde Zhuoyou Textile Co., Ltd. |
| 68 | Guangdong Tajian Sports Goods Co., Ltd |
| 69 | Guangzhou Sanliansan Garment Co., Ltd. |
| 70 | Haining Jisen Socks Co., Ltd. |
| 71 | Haining Kangyi Knitting Co., Ltd. |
| 72 | Haining Longna Textile Co., Ltd. |
| 73 | Haining Ruihao Knitting Co., Ltd. |
| 74 | Haining Spider Wraping Knitting Co., Ltd. |
| 75 | Haining Weidun Knitting Co., Ltd. |
| 76 | Hangzhou Jinhong Import&export Co., Ltd. |
| 77 | Hangzhou Xianghui International Trading Co., Ltd. |
| 78 | Hebei Lian Speed Trading Co., Ltd. |
| 79 | Jiangmen Chao Le Fang Trade Co., Ltd. |
| 80 | Jiangsu Yue Li Knitting Co., Ltd. |
| 81 | Jiaxing Nibao Textile Co., Ltd. |
| 82 | Jiaxing Puli Trading Co., Ltd. |
| 83 | Kunshan Chuangheshuang Automation Equipment Co., Ltd. |
| 84 | Ningbo Ulrich Imp.&Exp. Co., Ltd. |
| 85 | Pujiang MSM Art And Crafts Factory |
| 86 | Shanghai Winner Industrial Inc. |
| 87 | Shanghai Xunyu Industrial Co., Ltd. |
| 88 | Shantou Ruimanfen Trading Co., Ltd. |
| 89 | Shaoxing Keqiao Juyuan Import And Export Co., Ltd. |
| 90 | Yijiuyiba (xiamen) Electronic Commerce Co., Ltd. |
| 91 | Yiwu Donghong Knitting Co., Ltd. |
| 92 | Yiwu Honggu Clothing Co., Ltd. |
| 93 | Yiwu Jieliang Electronic Commerce Co., Ltd. |
| 94 | Yiwu Jingwen Import And Export Co., Ltd. |
| 95 | Yiwu Luoyu Sporting Goods Firm |

| | |
|---|---|
| 96 | Yiwu Wedacrafts Imp. & Exp. Co., Ltd. |
| 97 | Yiwu Youqu Trading Co., Ltd. |
| 98 | Zhejiang Rongrong Hosiery Co., Ltd. |
| 99 | Zhuji Hewei Socks Co., Ltd. |
| 100 | Zhuji Hua Yang Import&Export Co., Ltd. |
| 101 | Zhuji Jiabo Socks Co., Ltd. |
| 102 | Zhuji Leo Knitting Co., Ltd. |
| 103 | Zhuji Qia Fenghua Socks Co., Ltd. |
| 104 | Zhuji Qingyuan Knitting & Textile Inc., Ltd. |
| 105 | Zhuji Tongyun Knitting Co., Ltd. |
| 106 | Zhuji Two Seven Socks Co., Ltd. |
| 107 | Zhuji Yiyuan Trading Co., Ltd. |
| 108 | cheng du chuang zhi mao yi you xian gong si |
| 109 | hefeiangmiuwangluokejiyouxiangongsi |
| 110 | Kikuu |
| 111 | Cycling Socks Shop |
| 112 | Goodsox |
| 113 | GSIDI |
| 114 | Hello Chenxi |
| 115 | Home Haven |
| 116 | Junxin Antiques |
| 117 | mandy cool |
| 118 | Nwgiro |
| 119 | onlylove |
| 120 | bestsale.storeonline2022.ru |
| 121 | discountsales.outletstores2022.ru |
| 122 | fi.cheapsaleonline2022.ru |
| 123 | Pulling Turns |
| 124 | shop.cheapsonline.ru |
| 125 | shop7.onlinestoresoutlet.ru |

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://www.aliexpress.com/store/1101906631 |
| 2 | https://www.aliexpress.com/store/1102112808 |
| 3 | https://www.aliexpress.com/store/1101882787 |
| 4 | https://www.aliexpress.com/store/1101755190 |
| 5 | https://www.aliexpress.com/store/1102111837 |
| 6 | https://www.aliexpress.com/store/1101712671 |
| 7 | https://www.aliexpress.com/store/1101355693 |
| 8 | https://www.aliexpress.com/store/1101726104 |

| | |
|---|---|
| 9 | https://www.aliexpress.com/store/1102110810 |
| 10 | https://www.aliexpress.com/store/1102170785 |
| 11 | https://www.aliexpress.com/store/1102166885 |
| 12 | https://www.aliexpress.com/store/1102167804 |
| 13 | https://www.aliexpress.com/store/1101528748 |
| 14 | https://www.aliexpress.com/store/1102164790 |
| 15 | https://www.aliexpress.com/store/1101678110 |
| 16 | https://www.aliexpress.com/store/1101350494 |
| 17 | https://topyouyan.en.alibaba.com |
| 18 | https://www.icebikeheaven.com |
| 19 | https://www.ouku.com |
| 20 | https://www.ebay.com/usr/pdsi1qi |
| 21 | https://www.amazon.com/sp?ie=UTF8&seller=A1DIRDX4HCNJYA&asin=B0B5MYFBGN&ref_=dp_merchant_link |
| 22 | https://www.amazon.com/sp?ie=UTF8&seller=A2WO5INNVTNN9D&asin=B09X2F7RW7&ref_=dp_merchant_link |
| 23 | https://www.amazon.com/sp?ie=UTF8&seller=ABNP9MDUQP85J&asin=B09PBKY78Y&ref_=dp_merchant_link |
| 24 | https://www.aliexpress.com/store/1101355627 |
| 25 | https://www.aliexpress.com/store/1101347499 |
| 26 | https://www.aliexpress.com/store/1101278329 |
| 27 | https://www.aliexpress.com/store/1101273275 |
| 28 | https://www.aliexpress.com/store/1101255624 |
| 29 | https://www.aliexpress.com/store/1100485066 |
| 30 | https://www.aliexpress.com/store/1101259484 |
| 31 | https://www.aliexpress.com/store/1101330777 |
| 32 | https://www.aliexpress.com/store/1101558814 |
| 33 | https://www.aliexpress.com/store/1101734221 |
| 34 | https://www.aliexpress.com/store/1101575217 |
| 35 | https://modasenma03.aliexpress.com/store/1101405321 |
| 36 | https://www.aliexpress.com/store/1101856696 |
| 37 | https://www.aliexpress.com/store/1101308915 |
| 38 | https://www.aliexpress.com/store/1101297447 |
| 39 | https://nw-giro.aliexpress.com/store/1102014871 |
| 40 | https://oohmy.aliexpress.com/store/1101595693 |
| 41 | https://www.aliexpress.com/store/1101388687 |
| 42 | https://www.aliexpress.com/store/1102018270 |
| 43 | https://www.aliexpress.com/store/1101415741 |
| 44 | https://www.aliexpress.com/store/1102046218 |
| 45 | https://www.aliexpress.com/store/1102187393 |
| 46 | https://www.aliexpress.com/store/1101264144 |
| 47 | https://www.aliexpress.com/store/1101304729 |

| | |
|---|---|
| 48 | https://www.aliexpress.com/store/1101382891 |
| 49 | https://www.aliexpress.com/store/1101606582 |
| 50 | https://www.aliexpress.com/store/1101942750 |
| 51 | https://www.aliexpress.com/store/1101666255 |
| 52 | https://www.aliexpress.com/store/1101875562 |
| 53 | https://www.aliexpress.com/store/1101879954 |
| 54 | https://veridical.aliexpress.com/store/1101407922 |
| 55 | https://yuguang.aliexpress.com/store/1101223433 |
| 56 | https://www.aliexpress.com/store/1101815670 |
| 57 | https://www.aliexpress.com/store/1102128058 |
| 58 | https://xuelongmao.aliexpress.com/store/1101545661 |
| 59 | https://www.aliexpress.com/store/1101551559 |
| 60 | https://www.aliexpress.com/store/1101674348 |
| 61 | https://www.dhgate.com/store/21836807 |
| 62 | https://www.dhgate.com/store/21755304 |
| 63 | https://www.dhgate.com/store/21756527 |
| 64 | https://www.joom.com/en/stores/619c4f1d2d5bc054b733ce2f |
| 65 | https://irondonkey.en.alibaba.com |
| 66 | https://sjsportsgogo.en.alibaba.com |
| 67 | https://zybbsocks.en.alibaba.com |
| 68 | https://triplebestsports.en.alibaba.com |
| 69 | https://sanliansan.en.alibaba.com |
| 70 | https://hnjisen3.en.alibaba.com/index.html?from=detail&productId=1601159844078 |
| 71 | https://cnkangyisocks02.en.alibaba.com |
| 72 | https://hn-ocean.en.alibaba.com/index.html?from=detail&productId=1600596363711 |
| 73 | https://hnruihao.en.alibaba.com |
| 74 | https://konlee.en.alibaba.com |
| 75 | https://weidunsocks.en.alibaba.com |
| 76 | https://jhpromotion.en.alibaba.com |
| 77 | https://gyou.en.alibaba.com |
| 78 | https://hebeiliansu.en.alibaba.com |
| 79 | https://jmclf.en.alibaba.com |
| 80 | https://yueliknitting.en.alibaba.com/index.html?from=detail&productId=1600301887915 |
| 81 | https://nimblee.en.alibaba.com |
| 82 | https://jxpuli.en.alibaba.com |
| 83 | https://kschs.en.alibaba.com |
| 84 | https://ulrichtrade.en.alibaba.com |
| 85 | https://msm.en.alibaba.com |
| 86 | https://shwinner.en.alibaba.com |

| 87 | https://prittiku.en.alibaba.com |
|---|---|
| 88 | https://rimanfen.en.alibaba.com |
| 89 | https://zjjuyuan.en.alibaba.com |
| 90 | https://em.en.alibaba.com |
| 91 | https://donghongzhenzhi.en.alibaba.com |
| 92 | https://hongguclothing.en.alibaba.com |
| 93 | https://ywjieliang.en.alibaba.com |
| 94 | https://ywjingwen.en.alibaba.com/index.html?from=detail&productId=1600450265299 |
| 95 | https://luoyu.en.alibaba.com |
| 96 | https://coolmaxi.en.alibaba.com |
| 97 | https://youqugroup.en.alibaba.com |
| 98 | https://rongrongchina.en.alibaba.com |
| 99 | https://heweisocks.en.alibaba.com |
| 100 | https://zjhuayangcompany.en.alibaba.com/index.html?from=detail&productId=1601114639761 |
| 101 | https://zjjbwy.en.alibaba.com |
| 102 | https://leosocks.en.alibaba.com |
| 103 | https://qiafenghua.en.alibaba.com |
| 104 | https://qingyuansocks.en.alibaba.com/index.html?from=detail&productId=60543613593 |
| 105 | https://chinatongyun.en.alibaba.com |
| 106 | https://twosevensocks.en.alibaba.com |
| 107 | https://zjyymy.en.alibaba.com |
| 108 | https://www.walmart.com/seller/101283457 |
| 109 | https://www.walmart.com/seller/101269619 |
| 110 | https://www.walmart.com/seller/101260845 |
| 111 | https://www.temu.com/cycling-socks-shop-m-5768088072567.html |
| 112 | https://www.temu.com/goodsox-m-5063183437972.html |
| 113 | https://www.temu.com/nwgiro-m-25347480212.html |
| 114 | https://www.temu.com/hello-chenxi-m-4743709397887.html |
| 115 | https://www.temu.com/home-haven-m-634418210623714.html |
| 116 | https://www.temu.com/junxin-antiques-m-717073782936.html |
| 117 | https://www.temu.com/mandy-cool-m-4594909358991.html |
| 118 | https://www.temu.com/nwgiro-m-25347480212.html |
| 119 | https://www.temu.com/onlylove-m-72842961484.html |
| 120 | https://bestsale.storeonline2022.ru |
| 121 | https://discountsales.outletstores2022.ru |
| 122 | https://fi.cheapsaleonline2022.ru |
| 123 | https://pullingturns.com |
| 124 | https://shop.cheapsonline.ru |
| 125 | https://shop7.onlinestoresoutlet.ru |