# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BELL SPORTS, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 24-cv-12815 |
| | ) |
| v. | ) |
| | ) Judge Martha M. Pacold |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

Plaintiff's counsel submits this Status Report, prepared by Plaintiff's counsel per the Court's Order of April 15, 2025. [Dkt. No. 22].

A. <u>Service of Process</u>. Plaintiff tendered subpoenas on third-party platforms Alibaba, Aliexpress, Amazon, DHgate, eBay, Joom, Payoneer, PayPal, Temu and Walmart pursuant to this Court's March 28, 2025 Order. [Dkt. Nos. 18, 19]. The third-party platforms have provided Plaintiff with electronic contact information for the Defendants in this matter. Service of Process was effectuated on the defendants on April 29, 2025.

B. <u>Settlement Discussions</u>. Plaintiff's Counsel has not been engaged by any Defendants in settlement discussions.

C. <u>Additional Matters</u>. Plaintiff intends to wrap up any settlement negotiations and file its Motion for Entry of Default and Default Judgment against any remaining defendants on or before May 27, 2025.

Respectfully submitted,

Dated: April 29, 2025

By:   s/ Michael A. Hierl
      Michael A. Hierl (Bar No. 3128021)
      William B. Kalbac (Bar No. 6301771)
      Robert P. McMurray (Bar No. 6324332)
      John Wilson (Bar No. 6341294)
      Hughes Socol Piers Resnick & Dym, Ltd.
      Three First National Plaza
      70 W. Madison Street, Suite 4000
      Chicago, Illinois 60602
      (312) 580-0100 Telephone
      (312) 580-1994 Facsimile
      mhierl@hsplegal.com
      Attorneys for Plaintiff
      BELL SPORTS, INC.

## CERTIFICATE OF FILING

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on April 29, 2025.

                                                    s/Michael A. Hierl