## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BELL SPORTS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 24-cv-12815<br><br>Judge Martha M. Pacold |

## **AMENDED SCHEDULE A**

Plaintiff, BELL SPORTS, INC. ("Plaintiff"), submits this Amended Schedule A per the Court's Minute Order of May 12, 2025 [Dkt. No. 26].

| No. | Defendant Name / Alias |
|---|---|
| 1 | Anime socks Store |
| 2 | Come Here Store |
| 3 | Facil Fitness Store |
| 4 | Hi!Socks Store |
| 5 | Janlin Store |
| 6 | JoeyF14 Store |
| 7 | Newrapha Store |
| 8 | Shendu rose Store |
| 9 | Shop1102112811 Store |
| 10 | Shop1102166879 Store |
| 11 | Shop1102169769 Store |
| 12 | Shop1102171748 Store |
| 13 | Shop910647007 Store |
| 14 | small clothing store Store |
| 15 | SMTF06-abacusly Store |
| 16 | Socks factory shop Store |
| 17 | Foshan Youyan Clothing Co., Ltd. |
| 18 | icebikeheaven |
| 19 | ouku |

| | |
|---|---|
| 20 | pdsi1qi |
| 21 | cuicuimiao |
| 22 | GYHZ STORE |
| 23 | mijnhw |
| 24 | Bbig Size Store |
| 25 | BodyChum Dropshipping Store |
| 26 | BodyChum Factory Store |
| 27 | Celebration Gifts Store |
| 28 | COLNAGO2019 Store |
| 29 | ellie zhang's store |
| 30 | Everkaki Official Store |
| 31 | Great ride Store |
| 32 | In2it Store |
| 33 | Kevin-sports Store |
| 34 | LEHUO TRAVEL Store |
| 35 | MODA SENMA Store |
| 36 | MOJEEY SOCKS Store |
| 37 | Ninth World Fitness shop Store |
| 38 | NN Outdoor Store |
| 39 | NW-GIRO Official Store |
| 40 | oohmy Store |
| 41 | Outdoor Fitness Dropping Store |
| 42 | PEIRESA Fashion Store |
| 43 | RAPHA2019 Store |
| 44 | Shop1100350244 Store |
| 45 | Shop1102185403 Store |
| 46 | Shop3185027 Store |
| 47 | Shop4629037 Store |
| 48 | Shop5747239 Store |
| 49 | Shop911389089 Store |
| 50 | Shop912624925 Store |
| 51 | sunfang Store |
| 52 | This item's currently unavailable in your location |
| 53 | Timberwolves Outdoor Store |
| 54 | VERIDICAL Official Store |
| 55 | WHLYZ YW Official Store |
| 56 | WuGan Store |
| 57 | Xuanyi-1118maidehaoStore Store |
| 58 | xuelongmao Store |
| 59 | YOUSHOE Store |
| 60 | Zhuji Da Man Socks Store |

| | |
|---|---|
| 61 | kang07 Store |
| 62 | zhao09 Store |
| 63 | zhi09 Store |
| 64 | ZELECTION |
| 65 | Changzhou Iron Donkey Trading Co., Ltd. |
| 66 | Foshan Shangji Sports Products Co., Ltd. |
| 67 | Foshan Shunde Zhuoyou Textile Co., Ltd. |
| 68 | Guangdong Tajian Sports Goods Co., Ltd |
| 69 | Guangzhou Sanliansan Garment Co., Ltd. |
| 70 | Haining Jisen Socks Co., Ltd. |
| 71 | Haining Kangyi Knitting Co., Ltd. |
| 72 | Haining Longna Textile Co., Ltd. |
| 73 | Haining Ruihao Knitting Co., Ltd. |
| 74 | Haining Spider Wraping Knitting Co., Ltd. |
| 75 | Haining Weidun Knitting Co., Ltd. |
| 76 | Hangzhou Jinhong Import&export Co., Ltd. |
| 77 | Hangzhou Xianghui International Trading Co., Ltd. |
| 78 | Hebei Lian Speed Trading Co., Ltd. |
| 79 | Jiangmen Chao Le Fang Trade Co., Ltd. |
| 80 | Jiangsu Yue Li Knitting Co., Ltd. |
| 81 | Jiaxing Nibao Textile Co., Ltd. |
| 82 | Jiaxing Puli Trading Co., Ltd. |
| 83 | Kunshan Chuangheshuang Automation Equipment Co., Ltd. |
| 84 | Ningbo Ulrich Imp.&Exp. Co., Ltd. |
| 85 | Pujiang MSM Art And Crafts Factory |
| 86 | Shanghai Winner Industrial Inc. |
| 87 | Shanghai Xunyu Industrial Co., Ltd. |
| 88 | Shantou Ruimanfen Trading Co., Ltd. |
| 89 | Shaoxing Keqiao Juyuan Import And Export Co., Ltd. |
| 90 | Yijiuyiba (xiamen) Electronic Commerce Co., Ltd. |
| 91 | Yiwu Donghong Knitting Co., Ltd. |
| 92 | Yiwu Honggu Clothing Co., Ltd. |
| 93 | Yiwu Jieliang Electronic Commerce Co., Ltd. |
| 94 | Yiwu Jingwen Import And Export Co., Ltd. |
| 95 | Yiwu Luoyu Sporting Goods Firm |
| 96 | Yiwu Wedacrafts Imp. & Exp. Co., Ltd. |
| 97 | Yiwu Youqu Trading Co., Ltd. |
| 98 | Zhejiang Rongrong Hosiery Co., Ltd. |
| 99 | Zhuji Hewei Socks Co., Ltd. |
| 100 | Zhuji Hua Yang Import&Export Co., Ltd. |
| 101 | Zhuji Jiabo Socks Co., Ltd. |

| 102 | Zhuji Leo Knitting Co., Ltd. |
|---|---|
| 103 | Zhuji Qia Fenghua Socks Co., Ltd. |
| 104 | Zhuji Qingyuan Knitting & Textile Inc., Ltd. |
| 105 | Zhuji Tongyun Knitting Co., Ltd. |
| 106 | Zhuji Two Seven Socks Co., Ltd. |
| 107 | Zhuji Yiyuan Trading Co., Ltd. |
| 108 | cheng du chuang zhi mao yi you xian gong si |
| 109 | hefeiangmiuwangluokejiyouxiangongsi |
| 110 | Kikuu |
| 111 | Cycling Socks Shop |
| 112 | Goodsox |
| 113 | GSIDI |
| 114 | Hello Chenxi |
| 115 | Home Haven |
| 116 | Junxin Antiques |
| 117 | mandy cool |
| 119 | onlylove |
| 121 | discountsales.outletstores2022.ru |
| 125 | shop7.onlinestoresoutlet.ru |

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://www.aliexpress.com/store/1101906631 |
| 2 | https://www.aliexpress.com/store/1102112808 |
| 3 | https://www.aliexpress.com/store/1101882787 |
| 4 | https://www.aliexpress.com/store/1101755190 |
| 5 | https://www.aliexpress.com/store/1102111837 |
| 6 | https://www.aliexpress.com/store/1101712671 |
| 7 | https://www.aliexpress.com/store/1101355693 |
| 8 | https://www.aliexpress.com/store/1101726104 |
| 9 | https://www.aliexpress.com/store/1102110810 |
| 10 | https://www.aliexpress.com/store/1102170785 |
| 11 | https://www.aliexpress.com/store/1102166885 |
| 12 | https://www.aliexpress.com/store/1102167804 |
| 13 | https://www.aliexpress.com/store/1101528748 |
| 14 | https://www.aliexpress.com/store/1102164790 |
| 15 | https://www.aliexpress.com/store/1101678110 |
| 16 | https://www.aliexpress.com/store/1101350494 |
| 17 | https://topyouyan.en.alibaba.com |

| 18 | https://www.icebikeheaven.com |
| --- | --- |
| 19 | https://www.ouku.com |
| 20 | https://www.ebay.com/usr/pdsi1qi |
| 21 | https://www.amazon.com/sp?ie=UTF8&seller=A1DIRDX4HCNJYA&asin=B0B5MYFBGN&ref_=dp_merchant_link |
| 22 | https://www.amazon.com/sp?ie=UTF8&seller=A2WO5INNVTNN9D&asin=B09X2F7RW7&ref_=dp_merchant_link |
| 23 | https://www.amazon.com/sp?ie=UTF8&seller=ABNP9MDUQP85J&asin=B09PBKY78Y&ref_=dp_merchant_link |
| 24 | https://www.aliexpress.com/store/1101355627 |
| 25 | https://www.aliexpress.com/store/1101347499 |
| 26 | https://www.aliexpress.com/store/1101278329 |
| 27 | https://www.aliexpress.com/store/1101273275 |
| 28 | https://www.aliexpress.com/store/1101255624 |
| 29 | https://www.aliexpress.com/store/1100485066 |
| 30 | https://www.aliexpress.com/store/1101259484 |
| 31 | https://www.aliexpress.com/store/1101330777 |
| 32 | https://www.aliexpress.com/store/1101558814 |
| 33 | https://www.aliexpress.com/store/1101734221 |
| 34 | https://www.aliexpress.com/store/1101575217 |
| 35 | https://modasenma03.aliexpress.com/store/1101405321 |
| 36 | https://www.aliexpress.com/store/1101856696 |
| 37 | https://www.aliexpress.com/store/1101308915 |
| 38 | https://www.aliexpress.com/store/1101297447 |
| 39 | https://nw-giro.aliexpress.com/store/1102014871 |
| 40 | https://oohmy.aliexpress.com/store/1101595693 |
| 41 | https://www.aliexpress.com/store/1101388687 |
| 42 | https://www.aliexpress.com/store/1102018270 |
| 43 | https://www.aliexpress.com/store/1101415741 |
| 44 | https://www.aliexpress.com/store/1102046218 |
| 45 | https://www.aliexpress.com/store/1102187393 |
| 46 | https://www.aliexpress.com/store/1101264144 |
| 47 | https://www.aliexpress.com/store/1101304729 |
| 48 | https://www.aliexpress.com/store/1101382891 |
| 49 | https://www.aliexpress.com/store/1101606582 |
| 50 | https://www.aliexpress.com/store/1101942750 |
| 51 | https://www.aliexpress.com/store/1101666255 |
| 52 | https://www.aliexpress.com/store/1101875562 |
| 53 | https://www.aliexpress.com/store/1101879954 |
| 54 | https://veridical.aliexpress.com/store/1101407922 |
| 55 | https://yuguang.aliexpress.com/store/1101223433 |

| 56 | https://www.aliexpress.com/store/1101815670 |
|---|---|
| 57 | https://www.aliexpress.com/store/1102128058 |
| 58 | https://xuelongmao.aliexpress.com/store/1101545661 |
| 59 | https://www.aliexpress.com/store/1101551559 |
| 60 | https://www.aliexpress.com/store/1101674348 |
| 61 | https://www.dhgate.com/store/21836807 |
| 62 | https://www.dhgate.com/store/21755304 |
| 63 | https://www.dhgate.com/store/21756527 |
| 64 | https://www.joom.com/en/stores/619c4f1d2d5bc054b733ce2f |
| 65 | https://irondonkey.en.alibaba.com |
| 66 | https://sjsportsgogo.en.alibaba.com |
| 67 | https://zybbsocks.en.alibaba.com |
| 68 | https://triplebestsports.en.alibaba.com |
| 69 | https://sanliansan.en.alibaba.com |
| 70 | https://hnjisen3.en.alibaba.com/index.html?from=detail&productId=1601159844078 |
| 71 | https://cnkangyisocks02.en.alibaba.com |
| 72 | https://hn-ocean.en.alibaba.com/index.html?from=detail&productId=1600596363711 |
| 73 | https://hnruihao.en.alibaba.com |
| 74 | https://konlee.en.alibaba.com |
| 75 | https://weidunsocks.en.alibaba.com |
| 76 | https://jhpromotion.en.alibaba.com |
| 77 | https://gyou.en.alibaba.com |
| 78 | https://hebeiliansu.en.alibaba.com |
| 79 | https://jmclf.en.alibaba.com |
| 80 | https://yueliknitting.en.alibaba.com/index.html?from=detail&productId=1600301887915 |
| 81 | https://nimblee.en.alibaba.com |
| 82 | https://jxpuli.en.alibaba.com |
| 83 | https://kschs.en.alibaba.com |
| 84 | https://ulrichtrade.en.alibaba.com |
| 85 | https://msm.en.alibaba.com |
| 86 | https://shwinner.en.alibaba.com |
| 87 | https://prittiku.en.alibaba.com |
| 88 | https://rimanfen.en.alibaba.com |
| 89 | https://zjjuyuan.en.alibaba.com |
| 90 | https://em.en.alibaba.com |
| 91 | https://donghongzhenzhi.en.alibaba.com |
| 92 | https://hongguclothing.en.alibaba.com |
| 93 | https://ywjieliang.en.alibaba.com |
| 94 | https://ywjingwen.en.alibaba.com/index.html?from=detail&productId=1600450265299 |

| 95  | https://luoyu.en.alibaba.com |
| 96  | https://coolmaxi.en.alibaba.com |
| 97  | https://youqugroup.en.alibaba.com |
| 98  | https://rongrongchina.en.alibaba.com |
| 99  | https://heweisocks.en.alibaba.com |
| 100 | https://zjhuayangcompany.en.alibaba.com/index.html?from=detail&productId=1601114639761 |
| 101 | https://zjjbwy.en.alibaba.com |
| 102 | https://leosocks.en.alibaba.com |
| 103 | https://qiafenghua.en.alibaba.com |
| 104 | https://qingyuansocks.en.alibaba.com/index.html?from=detail&productId=60543613593 |
| 105 | https://chinatongyun.en.alibaba.com |
| 106 | https://twosevensocks.en.alibaba.com |
| 107 | https://zjyymy.en.alibaba.com |
| 108 | https://www.walmart.com/seller/101283457 |
| 109 | https://www.walmart.com/seller/101269619 |
| 110 | https://www.walmart.com/seller/101260845 |
| 111 | https://www.temu.com/cycling-socks-shop-m-5768088072567.html |
| 112 | https://www.temu.com/goodsox-m-5063183437972.html |
| 113 | https://www.temu.com/nwgiro-m-25347480212.html |
| 114 | https://www.temu.com/hello-chenxi-m-4743709397887.html |
| 115 | https://www.temu.com/home-haven-m-634418210623714.html |
| 116 | https://www.temu.com/junxin-antiques-m-717073782936.html |
| 117 | https://www.temu.com/mandy-cool-m-4594909358991.html |
| 119 | https://www.temu.com/onlylove-m-72842961484.html |
| 121 | https://discountsales.outletstores2022.ru |
| 125 | https://shop7.onlinestoresoutlet.ru |

DATED: May 19, 2025                Respectfully submitted,

By:    s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
John Wilson (Bar No. 6341294)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100

Attorneys for Plaintiff
BELL SPORTS, INC.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Amended Schedule A was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 19, 2025.

                                               s/Michael A. Hierl