IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BELL SPORTS, INC., ) | |
| ) | Case No. 24-cv-12815 |
| Plaintiff, ) | |
| ) | Judge Martha M. Pacold |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

Plaintiff, BELL SPORTS, INC. ("Plaintiff"), requests an extension of time to file its Declaration and Exhibits in support of Plaintiff's Memorandum in Support of Joinder.

1. The Court entered an order on June 5, 2025, directing Plaintiff to file an Amended Complaint and a Memorandum in Support of Joinder by June 11, 2025. [Dkt. No. 30].

2. Plaintiff filed its Memorandum in Support of Joinder on June 11, 2025. [Dkt. No. 32].

3. Plaintiff's Counsel received its client's finalized declaration and exhibits with the evidence of the remaining Defendant's infringing conduct on July 2, 2025.

4. Plaintiff respectfully requests leave through Wednesday, July 9, 2025, to file its Declaration and Exhibits in Support of Plaintiff's Memorandum in Support of Joinder.

Respectfully submitted,

Dated: July 9, 2025

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
John Wilson (Bar No. 6341294)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone

mhierl@hsplegal.com

Attorneys for Plaintiff
BELL SPORTS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 9, 2025.

                                                  s/Michael A. Hierl