

Lifestyle Event    **Bestsellers**    Get up to 70% off popular picks     Shop now

Sell on AliExpress ⌄   Help ⌄   Buyer Protection   App   🇺🇸 / Bensenville / English / USD ⌄   ♡ Wish List   👤 Account ⌄

**AliExpress**    Anime socks Store ⌄    + Follow
78.6% Positive feedback   64 Followers

I'm shopping for...    🛒 0
On AliExpress   In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



### 2021 Thigh High Compression Cycling Men And Women Soccer Basketball Socks

★★★★★ 5.0 ⌄   1 Review   4 orders

## US $3.30

Color: White Green

Size: One Size

One Size

Quantity:
− 999 +    999 Pair available

Ships to 📍 Bensenville, Illinois, United States

**Shipping: $1,031.72**
From China to Bensenville via EMS
Estimated delivery on Nov 08

More options ⌄

**Buy Now**    **Add to Cart**    ♡

✓ **75-Day Buyer Protection**
Money back guarantee



## Anime socks Store

**Store Categories**
› Others

**Top Selling**

US $1.96
★ 2.0   6 Sold

US $3.30
★ 5.0   4 Sold

US $1.98

**Anime socks Store**
78.6% Positive Feedback
64 Followers
💬 Contact
+ Follow   Visit Store

US $1.53    US $2.48    US $1.96    US $1.76    US $2.04    US $2.49

**DESCRIPTION**    CUSTOMER REVIEWS (1)    SPECIFICATIONS      Report Item

Thank your support our store!
If you have any
questions and requirements about our items,please contact our sellers.



**US $2.49**
★ 5.0              2 Sold

**US $2.19**
★ 5.0              1 Sold

View More >











**Washing care**
*Machine Washable
(Recommended Hand Wash)
*Hand Wash Cold / No Bleach / Hang Dry

**Our Services & Strength**
**We are a factory which has specialized in**
**exporting all kinds of socks for many years,we have an experienced and**
**professional team.**
Two points only:
1)Quality is our culture



2)Make profits for each other.

## Customer Reviews (1)

| | | |
|---|---|---|
| 5 Stars | 100% | |
| 4 Stars | 0% | |
| 3 Stars | 0% | |
| 2 Stars | 0% | |
| 1 Star | 0% | |

**5.0** / 5

All Stars (1)    Photos (0)    Additional Feedback (0)

☐ Only from your country    ☑ Translate to English      Sort by default

**B***e**
BR     Color: Black   Size: One Size   Logistics: AliExpress Standard Shipping
       16 Jul 2022 04:56

Helpful?   Yes (0)   No (0)

‹   1   ›

## More To Love




SM PD22 MTB Pedal Cleats Fl...
US $1.6
11 sold
Free Return


High Men's Socks with Print S...
US $2.18
42 sold ⭐4.7
Free Shipping


Professional Men Football So...
US $2.99
2 sold


Absorb Sweat Outdoor Footb...
US $2.68
198 sold ⭐5
Free Shipping


TIMUBIKE Sport Socks ...
US $2.72
$3 off every $30 spent
4542 sold ⭐4.9
Free Shipping


merino biking socks High coo...
US $2.72
2 sold


Men's Socks Work Sport Whit...
US $7.3
1 sold ⭐5
Free Shipping


Men's Elite Sports Socks Nylo...
US $3.2
11 sold ⭐5
Free Shipping
Free Return



2 Pairs Mens Sport Short Soc...
US $3.9
4 sold
Free Shipping
Free Return



2 Pair College Style Thic...
US $5.69
$3 off every $30 spent


Anti Slip Professional Bike So...
US $0.9
30 sold


Sport Socks Unisex Cycling S...
US $2.99
85 sold ⭐5


Women Men Summer Sport ...
US $4
8 sold ⭐5


New Sports Socks Thickened...
US $1.49
8 sold ⭐5


New High Quality Men Ankle ...
US $2.66
1 sold


Brothock Compression Socks...
US $2.73
50 sold ⭐5
Free Shipping


Men's Compression Socks M...
US $1.49
467 sold ⭐4.8
Free Shipping


White Vest Jacket Men Slim Fi...
US $18.17
45 sold ⭐4.5
Free Shipping


Professional Sport Cycling So...
US $4.5
2 sold


5 Pairs Winter Thickened Eth...
US $8.9
7 sold
Free Shipping










**Lifestyle Event**    **Bestsellers**    Get up to 70% off popular picks      **Shop now**

Sell on AliExpress ⌄    Help ⌄    Buyer Protection    App    🇺🇸 / Bensenville / English / USD    ♡ Wish List    Account ⌄

**AliExpress**    Anime socks Store ⌄   + Follow    I'm shopping for...   🛒 0
78.6% Positive feedback    64 Followers      On AliExpress   In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



### 2021 Thigh High Compression Cycling Men And Women Soccer Basketball Socks

★★★★★ 5.0 ⌄   1 Review   4 orders

## US $3.30

Color: White Green

Size: One Size

One Size

Quantity:   − 999 +   999 Pair available

Ships to 📍 Bensenville, Illinois, United States

**Shipping: $1,031.72**
From China to Bensenville via EMS
Estimated delivery on Nov 08

More options ⌄

**Buy Now**    **Add to Cart**    ♡

✓ **75-Day Buyer Protection**
   Money back guarantee

---



## Anime socks Store

**Store Categories**
› Others

**Top Selling**

US $1.96
★ 2.0   6 Sold

US $3.30
★ 5.0   4 Sold

US $1.98

**Anime socks Store**
78.6% Positive Feedback
64 Followers
💬 Contact
+ Follow   Visit Store

US $1.53    US $2.48    US $1.96    US $1.76    US $2.04    US $2.49

DESCRIPTION    CUSTOMER REVIEWS (1)    **SPECIFICATIONS**      Report Item

| | | |
|---|---|---|
| Brand Name: NoEnName_Null | | Pieces: 2pcs |
| Origin: Mainland China | | Socks Tube Height: High Tube |
| Material: Cotton,Polyester,Spandex | | Thickness: STANDARD |
| Gender: MEN | | Sock Type: Casual |
| High: Crew | | Item Type: Sock |
| Sexually Suggestive: No | | Model Number: 123 |
| Product name: 2021 Thigh High Compression Cyc... | | Shipping time: 3-7 Working days |
| Design A: Basketball Socks | | Design B: Thigh High Socks |
| Design C: Compression Cycling | | |

**More To Love**

| PD22 For: M320 / M540 / M780 | | | | |
|---|---|---|---|---|
| SM PD22 MTB Pedal Cleats Fl... | High Men's Socks with Print S... | Professional Men Football So... | Absorb Sweat Outdoor Footb... | TIMUIBIKE Sport Socks ... |
| US $1.6 | US $7.18 | US $2.99 | US $2.68 | US $2.72 |
| 11 sold | 42 sold ★ 4.7 | 2 sold | 198 sold ★ 5 | $3 off every $30 spent |
| | | | | 4542 sold ★ 4.9 |

## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **Anime socks Store** |
| Positive Feedback (Past 6 months): | **78.6%** |
| AliExpress Seller Since: | **14 Oct 2021** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★☆ | **4.1** (56 ratings) | 11.48% Lower  than other sellers |
| Communication : | ★★★★☆ | **3.7** (56 ratings) | 21.72% Lower  than other sellers |
| Shipping Speed : | ★★★★☆ | **4.0** (56 ratings) | 15.07% Lower  than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | - | 4 | 44 |
| Neutral (3 Stars) | - | - | - |
| Negative (1-2 Stars) | 1 | 1 | 12 |
| Positive feedback rate | 0.0% | 80.0% | 78.6% |



| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 1 - 10        ‹ Previous  **1**  2  Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| R***r | European and American cotton alphab...  1 piece | ★☆☆☆☆ 15 Aug 2022 21:27  товар не пришёл.Продавец не вернул деньги. |
| A***v | Cool Bamboo Summer Women Men's Funn...  1 piece | ★★☆☆☆ 15 Jun 2022 09:45  пришли другого цвета |
| n***i | Hot unisex happy socks art abstract...  1 piece | ★☆☆☆☆ 30 May 2022 09:37  Never received it but i get a full refund |
| n***i | Hot unisex happy socks art abstract...  1 piece | ★☆☆☆☆ 30 May 2022 09:37  Never received it but I get a full refund |
| s***n | Hot unisex happy socks art abstract...  1 piece | ★☆☆☆☆ 29 May 2022 02:36  Nooit ontvangen |
| s***n | Hot Men Cartoon Funny Animals Bear ...  1 piece | ★☆☆☆☆ 29 May 2022 02:36  Nooit ontvangen |
| s***n | 2022 Autumn and Winter Cartoon Cart...  1 piece | ★☆☆☆☆ 29 May 2022 02:36  Artikelen nooit ontvangen |
| R***a | Hot Men Cartoon Funny Animals Bear ...  1 piece | ★☆☆☆☆ 19 Apr 2022 03:21  Never received the items, 5 pieces of them. The seller refused to refund me. |
| R***a | Hot Men Cartoon Funny Animals Bear ...  1 piece | ★☆☆☆☆ 19 Apr 2022 03:21  Never received the items, 5 pieces of them. The seller refused to refund me. |
| R***a | Hot Men Cartoon Funny Animals Bear ...  1 piece | ★☆☆☆☆ 19 Apr 2022 03:21  Never received the items, 5 pieces of them. The seller refused to refund me. |

‹ Previous  **1**  2  Next ›

### Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish





## Shipping Address

████████  ████████
1001 Foster Lane
Bensenville, Illinois, United States, 60106

Change

## Payment Methods

VISA  ████████

Change

🛒 **Anime socks Store**

2021 Thigh High Compression Cycling Men And Women Soccer Basketball Socks
White Green,One Size

US $3.30

—  999  +

Shipping: US $1,031.72
Estimated delivery on **Nov 08**

›

### Summary

| | |
|---|---|
| Total item costs | US $3,296.70 |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $1,031.72 |
| Tax ❓ | US $263.74 |
| **Total** | **US $4,592.16** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and
acknowledged **all terms and policies.**

🛡 **AliExpress**

AliExpress keeps your information and payment safe



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 🌐增值电信业务经营许可证 浙B2-20120091-8 🦁浙公网安备 33010802002248号

Buyer Protection    Suggestion    Help    Save big on our app!    Ship to 🇺🇸 / USD    Language ⌄

# AliExpress™

I'm shopping for...    🔍    Cart **0**    Wish List

Home  >  Orders  >  Order details

## Account

Overview

**Orders**

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

## Awaiting payment

Without payment, this order will be canceled in **12 days**

**Pay now**    Cancel order



📍 ▮▮▮▮▮▮

1001 Foster Ave
Bensenville, Illinois, United States, 60106

📄 Order ID: 8156203467192790    Copy
Order placed on: Oct 11, 2022

🏪 Anime socks Store  ›  💬

2021 Thigh High Compression Cycling Men And Women Soccer Basketball Socks
White Green, One Size
US $3.30   x999

| | |
|---|---|
| Subtotal | US $3,296.70 |
| Shipping | US $1,031.72 |
| Tax | US $263.74 |
| **Total** | **US $4,592.16** |

## More to love

| | | | | |
|---|---|---|---|---|
| 2 Pairs Mens Sport Short S... | Absorb Sweat Outdoor Fo... | New Sports Socks Thicken... | High Men's Socks with Pri... | Professional Men Football ... |
| US $3.9 | US $2.68 | US $1.49 | US $7.18 | US $2.99 |
| 4 sold | 198 sold ⭐5 | 8 sold ⭐5 | 42 sold ⭐4.7 | 2 sold |
| Free Shipping Free Return | Free Shipping | | Free Shipping | |

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091 330108020022248号

Need Help?



Sell on AliExpress ⌄    Help ⌄    Buyer Protection    📱 App    🇺🇸 / Bensenville / English / USD ⌄    ♡ Wish List    Account ⌄

**AliExpress**    Come Here Store ⌄    + Follow
95.8% Positive feedback    15 Followers

I'm shopping for...    🛒 0
On AliExpress | In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



2022 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent and Breathable Socks

**US $3.08**    US $6.16    -50%

Store Discount: Buy 10 get 1% off ⌄

US $2.00 Off Store Coupon    Get coupons

Color: Orange Red

Size: One Size

One Size

Quantity:
− 100 +    9999 Pieces available

Ships to 📍 Bensenville, Illinois, United States

**Shipping: $14.25**
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Sep 26    More options ⌄

Buy Now    Add to Cart    ♡

🛡 **75-Day Buyer Protection**
Money back guarantee

---



# Come Here Store

**Store Categories**

**▾ Fashion Watch**
  Men's watch
  Ladies watch
  Quartz watch
  Children's watch
  Electronic watch

**▾ New Style Bags**
  Backpack
  Waist Bag
  Wallet

**▾ Woman's Fashion**
  Panties
  Shapewear
  Pajamas
  Bra

**▾ Accessories**
  Sunglasses
  Socks

**▾ Hats**
  Fisherman's hat
  Warm hat
  Baseball cap

**▾ Fashion Jewellery**
  Ring
  Necklace
  earrings
  Bracelet

**▾ Shoes**
  Slippers
  Others

**Top Selling**

**Come Here Store**
95.8% Positive Feedback
15 Followers
🔵 Contact
+ Follow    Visit Store

US $1.92    US $2.35    US $1.08    US $3.51    US $8.36    US $1.42

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS    Report Item

Color: 6 Colors

Specification: 1 pairs

material: Nylon

Function:Absorb sweat,Deodorant,Anti-friction,Breathable

Season: Spring,Summer,Autumn,Winter

Size: One size,suit for 39-44

Condition:100%Brand and New

Package: simple packaging, without any trademarks and price tags.



**US $3.43**

52 Sold



**US $3.05**

14 Sold



**US $1.95**

4 Sold



**US $1.92**

★ 3.0      130 Sold



**US $3.10**

22 Sold     View More >

Service:Retail/Dropshipping/Wholesale

















No Feedback.

## Seller Recommendations



Fashion Hollow Triangle Wo...

US $2.61

3 sold



2022 New Fashion Bear Cart...

US $2.79

2 sold



New Big Vision Unisex 160% ...

US $1.89

4 sold ⭐ 5



New Snapback Caps Hip Hop...

US $4.2

2 sold ⭐ 5



2022 New Arrival Summer M...

US $4.07

Daily Save: $6.00 off

1 sold











Sell on AliExpress   Help   Buyer Protection   App   / Bensenville / English / USD   Wish List   Account

**AliExpress**    Come Here Store   95.8% Positive feedback   +Follow   15 Followers

I'm shopping for...

On AliExpress   In this store

Store Home   Products   Sale Items   Top Selling   Feedback



2022 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent and Breathable Socks

## US $3.08 ~~US $6.16~~ -50%

Store Discount: Buy 10 get 1% off ⌄

US $2.00 Off Store Coupon   Get coupons

Color: Orange Red

    

Size: One Size

One Size

Quantity:

− 100 +   9999 Pieces available

Ships to   Bensenville, Illinois, United States

**Shipping: $14.25**
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Sep 26    More options ⌄

Buy Now    Add to Cart    ♡

🛡 75-Day Buyer Protection
Money back guarantee

---

## Come Here Store

**Store Categories**

- Fashion Watch
  - Men's watch
  - Ladies watch
  - Quartz watch
  - Children's watch
  - Electronic watch
- New Style Bags
  - Backpack
  - Waist Bag
  - Wallet
- Woman's Fashion
  - Panties
  - Shapewear
  - Pajamas
  - Bra
- Accessories
  - Sunglasses
  - Socks
- Hats
  - Fisherman's hat
  - Warm hat
  - Baseball cap
- Fashion Jewellery
  - Ring
  - Necklace
  - earrings
  - Bracelet
- Shoes
  - Slippers
- Others

**Top Selling**



Come Here Store
95.8% Positive Feedback
15 Followers

Contact

+Follow   Visit Store

 US $1.92
 US $2.35
 US $1.08
 US $3.51
 US $8.36
 US $1.42

DESCRIPTION   CUSTOMER REVIEWS (0)   **SPECIFICATIONS**     Report Item

| | |
|---|---|
| Brand Name: MOONBIFFY | Origin: Mainland China |
| CN: Sichuan | Socks Tube Height: Middle Tube |
| Material: Cotton,nylon | Pieces: 1pc |
| Thickness: STANDARD | Obscene Picture: No |
| Item Type: Sock | Gender: MEN |
| Sock Type: Casual | High: Crew |
| Sexually Suggestive: No | gender: men/women |

### Seller Recommendations


Fashion Hollow Triangle Wo...
US $2.61
3 sold


2022 New Fashion Bear Cart...
US $2.79
2 sold


New Big Vision Unisex 160%...
US $1.89
4 sold ★ 5


New Snapback Caps Hip Hop...
US $4.2
2 sold ★ 5


2022 New Arrival Summer M...
US $4.07
Daily Save: $6.00 off
1 sold






## Store Categories

- **Fashion Watch**
  - Men's watch
  - Ladies watch
  - Quartz watch
  - Children's watch
  - Electronic watch
- **New Style Bags**
  - Backpack
  - Waist Bag
  - Wallet
- **Woman's Fashion**
  - Panties
  - Shapewear
  - Pajamas
  - Bra
- **Accessories**
  - Sunglasses
  - Socks
- **Hats**
  - Fisherman's hat
  - Warm hat
  - Baseball cap
- **Fashion Jewellery**
  - Ring
  - Necklace
  - earrings
  - Bracelet
- **Shoes**
  - Slippers

## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **Come Here Store** |
| Positive Feedback (Past 6 months): | **96.2%** |
| AliExpress Seller Since: | **24 May 2022** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★½ **4.3** (27 ratings) | **7.61% Lower** | than other sellers |
| Communication : | ★★★★½ **4.4** (27 ratings) | **6.82% Lower** | than other sellers |
| Shipping Speed : | ★★★★½ **4.5** (27 ratings) | **3.65% Lower** | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 24 | 25 | 25 |
| Neutral (3 Stars) | 3 | 3 | 3 |
| Negative (1-2 Stars) | 1 | 1 | 1 |
| Positive feedback rate | 96.0% | 96.2% | 96.2% |



| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 1 - 1      ‹ Previous   **1**   Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| K***a | LED Electronic Sport Silicone Kids ...  1 piece | ★☆☆☆☆ 24 Aug 2022 02:15  пластиковый ремешок, это просто треш какой-то, он очень жёсткий. тут взрослому то неудобно, а ребенку то и подавно не удобно. нельзя чтоли было сделать силиконовый ремешок, зачем пластиковый то? и ради этого стремного товара, я ждала доставку 2 месяца!!!!!!!! отвратительно! не советую никому |

‹ Previous   **1**   Next ›

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites



# AliExpress

## Shipping Address

[redacted] [redacted]
1001 Foster Ave
Bensenville, Illinois, United States, 60106

Change

## Payment Methods

🏦 Bank Transfer    Wire Transfer

ℹ️ To pay by wire transfer using your bank account, you need to visit your nearest bank branch with the wire transfer information. Change
Your payment will be completed 7 business days after you have finished the money transfer.

🏪 Come Here Store



2022 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks...
Orange Red,One Size

US $3.08

−  100  +

**Shipping:** US $14.25
Estimated delivery on **Sep 26**

---

## Summary

| | |
|---|---|
| Total item costs | US $308.00 |
| 🔻 Discounts | -US $9.24 ⌄ |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $14.25 |
| Tax ⍰ | US $23.91 |

**All Total**    **US $336.92**

**Pay now**

Upon clicking "Place Order", I confirm I have read and acknowledged the **all terms and policies**.

🛡 AliExpress

AliExpress keeps your information and payment safe



---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

Buyer Protection　Suggestion　Help　　Save big on our app!　Ship to 🇺🇸 / USD　Language ⌄

# AliExpress

I'm shopping for...　🔍　　Cart 0　Wish List　■■■■

Home > Orders > Order details

## Account

Overview

**Orders**

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

### AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

## Awaiting payment

Without payment, this order will be canceled in **12 days**

[ Pay now ]　[ Pay with TT ]　[ Cancel order ]



📍 ■■■■■■■■
1001 Foster Ave
Bensenville, Illinois, United States, 60106

📄 Order ID: 8154473615034909　Copy
Order placed on: Sep 1, 2022

🏬 Come Here Store 💬

2022 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent and …
Orange Red, One Size
US $3.08　x100

| | |
|---|---|
| Subtotal | US $308.00 |
| Shipping | US $14.25 |
| Store Discount | -US $9.24 |
| Tax | US $23.91 |
| **Total** | **US $336.92** |

## More to love

Unisex New Sport Women …
US $2.03
17 sold ★ 5

Men Women Cycling Outd…
US $2.99
2 sold
Free Shipping

New Football Socks Men a…
US $3.25
12 sold ★ 5
Free Shipping

Anti Slip Football Socks No…
US $2.7
159 sold ★ 5
Free Shipping

New Sports Anti-skid Socc…
US $0.75
Daily Save: $6.00 off
42 sold ★ 4.8
Free Return

### Help
Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play　 App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091 330108020022248号

Need Help? 

9/1/22, 4:57 PM

2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat Absorbent And Breathable Socks|Men's Socks| - AliExpress



Sell on AliExpress ▾    Help ▾    Buyer Protection    📱 App    🇺🇸 / Bolingbrook / English / USD ▾    ♡ Wish List    Account ▾

**AliExpress**    **Hi!Socks Store** ▾    + Follow    I'm shopping for...    🛒 0
83.3% Positive feedback    3117 Followers    On AliExpress    In this store

Store Home    Products ▾    Sale Items ▾    Top Selling    Feedback



2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent And Breathable Socks

🟠 Extra 2% Off

**US $1.78**    US $3.96    -55%

Store Discount: Get US $1.00 off orders over US $10.00 ▾

US $3.00 off Orders over US $4.00    US $1.00 Off Store Coupon    Get coupons

Color: Orange Red

Size: One Size

One Size

Quantity:
−  888  +    Additional 2% off (3 Pieces or more)
888 Pieces available

Ships to 📍 Bolingbrook, Illinois, United States

**Shipping: $1,822.44**
From China to Bolingbrook via EMS
Estimated delivery on Sep 30    More options ▾

**Buy Now**    **Add to Cart**    ♡ 2

🛡 **75-Day Buyer Protection**    ↩ **Free Return**
Money back guarantee    Return for any reason within 15 days



## Hi!Socks Store

**Store Categories**
› Liners
› Others
› Tights
› Underwear
▾ Socks
   Sock Slippers
   Stocking
   Sock
   Knee Socks
   Stockings
   Transparent Socks
   Winter Warm Socks
   Invisible Socks
› Others

**Hi!Socks Store**
83.3% Positive Feedback
3117 Followers
🔗 Contact
+ Follow    Visit Store

US $3.86    US $4.93    US $3.90    US $2.00    US $5.31    US $0.01

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS    Report Item

Color: 6 Colors

Specification: 1 pairs

material: Nylon

Function:Absorb sweat,Deodorant,Anti-friction,Breathable

Season: Spring,Summer,Autumn,Winter

Size: One size,suit for 39-44

Condition:100%Brand and New

Package: simple packaging, without any trademarks and price tags.

Service:Retail/Dropshipping/Wholesale

**Top Selling**

US $3.63
1 Sold

US $3.47
★ 4.3                    12 Sold



US $3.63
★ 3.0                    8 Sold



US $4.93
★ 5.0                    6 Sold



US $3.86
4 Sold

View More ›















No Feedback.

## More To Love



merino biking socks High coo...

US $2.65
New User Deal
2 sold



Running Men Women Compr...

US $4.48
Daily Save: $6.00 off
Free Shipping



Compression Socks Running ...

US $4.2
Daily Save: $6.00 off
21 sold ★ 4.8
Free Shipping



1 Pair Men Fashion Breathabl...

US $1.65
6 sold ★ 4.7



High quality Professional Bra...
★ Top selling in AliExpress

US $2.25
Daily Save: $6.00 off
9616 sold ★ 4.8




Running Sports Socks Outdo...
US $2.99
51 sold ⭐ 5
Free Shipping


Compression Socks Running ...
US $3.99
Free Shipping


Nurse Compression Socks Sp...
US $3.85
Free Shipping


Nurse Compression Socks Va...
US $3.99
1 sold ⭐ 4
Daily Save: $6.00 off
Free Shipping


fashion T-shirt men 100% cot...
US $11.99
2 sold
Free Shipping


Men Soccer Cotton Training ...
US $3.6
Daily Save: $6.00 off
5 sold ⭐ 5


Compression Socks Medical ...
US $4.2
Daily Save: $6.00 off
3 sold
Free Shipping


High Quality Profession Tea...
US $0.01 -99%
New User Bonus
1953 sold ⭐ 4.8
Free Shipping


Newest Compression Socks C...
US $3.99
Daily Save: $6.00 off
3 sold ⭐ 5
Free Shipping


TIMUBIKE Sport Socks Unisex...
US $0.01 -99%
New User Bonus
4644 sold ⭐ 4.9
Free Shipping


New Compression Socks Gra...
US $4.2
Daily Save: $6.00 off
13 sold ⭐ 4.8
Free Shipping


Compression Socks For Men ...
US $4.2
Daily Save: $6.00 off
1 sold
Free Shipping


High Men's Socks with Print S...
US $2.89
81 sold ⭐ 5


Men Women Compression S...
US $2.07
Daily Save: $6.00 off
347 sold ⭐ 4.9
Free Shipping
Free Return


Outdoor New Breathable Cyc...
US $2.1
Daily Save: $6.00 off
257 sold ⭐ 4.9


Man Cycling Mountain Bike S...
US $5
1 sold
Free Shipping


Foot Compression Socks Gift ...
US $2.96
New User Deal
Daily Save: $6.00 off
335 sold ⭐ 4.7
Free Shipping


High Quality RAPHA Bicycle s...
US $0.01 -99%
New User Bonus
794 sold ⭐ 4.8
Free Shipping


Running Men Women Compr...
US $3.99
Daily Save: $6.00 off
5 sold ⭐ 4.7
Free Shipping


Skorpione - Zunge Skorpion ...
US $9


Compression Stockings Golfs...
US $0.01 -99%
US $7 -99%
New User Bonus
229 sold ⭐ 4.9
Free Shipping


High quality Pro team men w...
US $0.01 -99%
US $3.88 -99%
New User Bonus
128 sold ⭐ 4.9
Free Shipping


Professional Sport Cycling So...
US $4.5
1 sold


Outdoor Sports Socks Footba...
US $2.08
New User Deal
Free Return


2PC Women Shoes Sport Run...
US $1.08
Limited Offer
3650 sold ⭐ 4.9
Free Shipping

Links

Related Search

| | | |
|---|---|---|
| navypink cycling socks | kids van socks | blank cycling socks |
| kites cycling socks | cycling socks runnimg | medium cycling socks |
| cycling socks routar | logo cycling socks | koa cycling socks |
| yellow cycling socks | cycling socks ikurria | kalf cycling socks |

Ranking Keywords

e6000 glue

This product belongs to **Home** , and you can find similar products at **All Categories** , **Underwear & Sleepwears** , **Men's Socks** .



Sell on AliExpress ⌄   Help ⌄   Buyer Protection   App   🇺🇸 / Bolingbrook / English / USD ⌄   ♡ Wish List   Account ⌄

**AliExpress**    **Hi!Socks Store** ⌄   +Follow
83.3% Positive feedback   3117 Followers

I'm shopping for...    🛒 0

On AliExpress   In this store

Store Home    Products ⌄    Sale Items ⌄    Top Selling    Feedback





### 2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent And Breathable Socks

⊙ Extra 2% Off

**US $1.78** ~~US $3.96~~ -55%

Store Discount: Get US $1.00 off orders over US $10.00 ⌄

US $3.00 off Orders over US $4.00   US $1.00 Off Store Coupon   Get coupons

Color: Orange Red



Size: One Size

One Size

Quantity:
− 888 +   Additional 2% off (3 Pieces or more)
888 Pieces available

Ships to ⚲ Bolingbrook, Illinois, United States

**Shipping: $1,822.44**
From China to Bolingbrook via EMS
Estimated delivery on Sep 30    More options ⌄

**Buy Now**    **Add to Cart**    ♡ 2

🛡 **75-Day Buyer Protection** Money back guarantee    ↩ **Free Return** Return for any reason within 15 days

---

## Hi!Socks Store

**Store Categories**
- Liners
- Others
- Tights
- Underwear
- ▾ Socks
  - Sock Slippers
  - Stocking
  - Sock
  - Knee Socks
  - Stockings
  - Transparent Socks
  - Winter Warm Socks
  - Invisible Socks
- Others

**Hi!Socks Store**
83.3% Positive Feedback
3117 Followers
💬 Contact
+ Follow   Visit Store

 US $3.86    US $4.93    US $3.90    US $2.00    US $5.31    US $0.01

**Top Selling**



**US $3.63**
1 Sold



| DESCRIPTION | CUSTOMER REVIEWS (0) | **SPECIFICATIONS** | | Report Item |
|---|---|---|---|---|

| | |
|---|---|
| Pieces: **1pc** | Socks Tube Height: **Middle Tube** |
| Origin: **Mainland China** | Thickness: **STANDARD** |
| Obscene Picture: **No** | Sexually Suggestive: **No** |
| Gender: **MEN** | Sock Type: **Casual** |
| Material: **Cotton,nylon** | High: **Crew** |
| Item Type: **Sock** | gender: **men/women** |

### More To Love


merino biking socks High coo...
US $2.65
New User Deal
2 sold


Running Men Women Compr...
US $4.48
Daily Save: $6.00 off
Free Shipping


Compression Socks Running ...
US $4.2
Daily Save: $6.00 off
21 sold ★ 4.8
Free Shipping


1 Pair Men Fashion Breathabl...
US $1.65
6 sold ★ 4.7


High quality Professional Bra...
★ Top selling in AliExpress
US $2.25
Daily Save: $6.00 off
9616 sold ★ 4.8
AD

## Store Categories

- Liners
- Others
- Tights
- Underwear
- Socks
  - Sock Slippers
  - Stocking
  - Sock
  - Knee Socks
  - Stockings
  - Transparent Socks
  - Winter Warm Socks
  - Invisible Socks

# Seller Feedback

## Seller Summary

| | |
|---|---|
| Seller: | **Hi!Socks Store** |
| Positive Feedback (Past 6 months): | **83.3%** |
| AliExpress Seller Since: | **06 May 2021** |

## Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★☆ **4.1** (13 ratings) | **12.32% Lower** | than other sellers |
| Communication : | ★★★★☆ **4.4** (13 ratings) | **6.50% Lower** | than other sellers |
| Shipping Speed : | ★★★★☆ **4.4** (13 ratings) | **6.50% Lower** | than other sellers |

## Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | - | 4 | 10 |
| Neutral (3 Stars) | 1 | 1 | 1 |
| Negative (1-2 Stars) | - | - | 2 |
| Positive feedback rate | 0.0% | 100.0% | 83.3% |

| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 1 - 2

‹ Previous | Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| S***r | 1 Pairs Six Color Harajuku Cotton F... <br><br> 1 piece | ★☆☆☆☆ 20 Mar 2022 03:45 <br> Never received them. <br><br> **Seller's reply** <br> Dear, contact me in the background, I can check the logistics news for you |
| S***r | 1 Pairs Six Color Harajuku Cotton F... <br><br> 1 piece | ★☆☆☆☆ 20 Mar 2022 03:45 <br> Never received them. <br><br> **Seller's reply** <br> Dear, contact me in the background, I can check the logistics news for you |

‹ Previous | 1 | Next ›

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement



# AliExpress

## Shipping Address

███ ██████
375 West Briarcliff RD
Bolingbrook, Illinois, United States, 60440

Change

## Payment Methods

💳 ████████████

Change

🏪 Hi!Socks Store

2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Sock...
Orange Red,One Size

US $1.75

—  888  +

Shipping: US $1,822.44
Estimated delivery on Sep 30

### Summary

| | |
|---|---|
| Total item costs | US $1,554.00 |
| 🏷️ Discounts | -US $5.00 ⌄ |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $1,822.44 |
| Tax ⓘ | US $131.67 |
| **All Total** | **US $3,503.11** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

🛡️ AliExpress

AliExpress keeps your information and payment safe

### Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

▶ Google Play    🍎 App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 🌐 增值电信业务经营许可证 浙B2-20120091-8 🔶 浙公网安备 33010802002248号



Buyer Protection    Suggestion    Help ⌄    📱 Save big on our app!    Ship to 🇺🇸 / USD ⌄    Language ⌄

AliExpress

I'm shopping for...    🔍    🛒 Cart 0    ♡ Wish List    👤 Hi, ■

Home › Orders › Order details

### Account

Overview

**Orders**

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

AliExpress Mobile App
Search Anywhere, Anytime!



Scan or click to download

## Awaiting payment

Without payment, this order will be canceled in **12 days**

[ Pay now ]    [ Cancel order ]

📍 ■ ■■■■■
375 West Briarcliff RD
Bolingbrook, Illinois, United States, 60440    ⌄

📄 Order ID: 8154495686742555    Copy
Order placed on: Sep 1, 2022

🏪 Hi!Socks Store ›    💬

 2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent And...
Orange Red, One Size
US $1.75    x888
🛡 Free Return

Subtotal                              US $1,554.00 ⌃
Shipping                              US $1,822.44
Store Discount                        -US $5.00
Tax                                   US $131.67
**Total**                             **US $3,503.11**

## More to love


REUP
Ship within 24h
250ml Cute air humidifier ...
🔥 Top selling in AliExpress
US $0.01    US $7.98 -99%
New User Bonus
4212 sold ⭐ 4.8


New Kids Boutique Clothe...
2235 sold ⭐ 4.8
Free Shipping
Free Return
US $18.5


202958958952 dhgdhHKK...
190 sold
Free Shipping
US $29.94

Kids Sweaters Childre Knit...
997 sold ⭐ 5
Free Shipping
Free Return
US $18


SuperDeals
13X4 Hd Lace Frontal Wig...
🔥 Top selling in AliExpress
US $68.14    US $179.32 -62%
4933 sold ⭐ 4.9
🚚 7-Day Delivery
Free Shipping

### Help
Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Need Help? 

9/1/22, 9:24 PM

2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat Absorbent And Breathable Socks| | - AliExpress



Sell on AliExpress ⌄   Help ⌄   Buyer Protection   📱 App   🇺🇸 / Bolingbrook / English / USD ⌄   ♡ Wish List   👤 Account ⌄

**AliExpress**  Janlin Store ⌄   **+Follow**   I'm shopping for...   🛒 0
79.4% Positive feedback   **11 Followers**

On AliExpress | In this store

Store Home   Products ⌄   Sale Items   Top Selling   Feedback



2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent And Breathable Socks

## US $3.11

US $3.00 off Orders over US $4.00   Get coupons

Color: Orange Red

Size: 39-44

| 39-44 |

Quantity:
⊖ 150 ⊕  888 Pieces available

Ships to 📍 Bolingbrook, Illinois, United States

**Shipping: $14.25**
From China to Bolingbrook via AliExpress Standard Shipping
Estimated delivery on Sep 25                    More options ⌄

**Buy Now**   **Add to Cart**   ♡

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## Janlin Store

**Store Categories**

- Women's Clothing
  - **women's underwear**
    - Tube Tops
    - Vest
    - Shapers
    - Safety Short Pants
    - Intimates Accessories
    - Bikinis Set
    - bra
    - panties
    - Bra & Brief Sets
    - Nightgowns & Sleepshirts
    - Socks
- Knee Sleeve
- Men's Clothing
- Gloves & Mittens
- Glasses
- Hats & Caps
- wallet
- card holder
- Apparel Accessories
  - Ties
  - Belts
  - Oversleeve
  - Insoles
  - scarf
  - Headband
- Fashion Jewelry
  - Earrings
  - Rings
  - Key Chains
  - Necklace
  - Bangles
- Shoe Accessories
- watch

**Janlin Store**
79.4% Positive Feedback
11 Followers
💬 Contact
+Follow   Visit Store

US $1.37   US $2.10   US $2.17   US $5.84   US $0.90   US $3.28

**DESCRIPTION**   CUSTOMER REVIEWS (0)   SPECIFICATIONS                Report Item

Color: 6 Colors

Specification: 1 pairs

material: Nylon

Function:Absorb sweat,Deodorant,Anti-friction,Breathable

Season: Spring,Summer,Autumn,Winter

Size: One size,suit for 39-44

Condition:100%Brand and New

Package: simple packaging, without any trademarks and price tags.

Children's Watches
ladies watch
Digital Wristwatches
Men's watch
Couple Watches

▾ Exotic Apparel

Panties & Briefs
Exotic Sets

▾ Men's Underwear

Briefs
Socks
Boxers

▾ Luggage & Bags

Waist Packs
Backpacks
Cosmetic Bags & Cases
Lunch Bags
handbag
Key Wallets

› Shoes

› Others

Service:Retail/Dropshipping/Wholesale





## Top Selling



**US $4.07**
★ 4.0                                   91 Sold



**US $12.42**
★ 5.0                                   16 Sold



**US $2.85**
★ 4.0                                    6 Sold



**US $2.17**
★ 3.5                                   32 Sold



**US $0.67**
17 Sold

View More ›









9/1/22, 9:24 PM

2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat Absorbent And Breathable Socks| | - AliExpress





No Feedback.

## Seller Recommendations



Sexy Underwear Women Pus...

US $7.3
3 sold



New Fashion Gangsta Skateb...

US $4.32
7 sold



Men Women Socks Breathabl...

US $2.77
1 sold



Cute Solid Color Bra Cotton S...

US $2.03
1 sold



New Smart Watch Men Wom...

US $4.69
New User Deal
2 sold












Sexy V-neck Split Fork Evenin...
US $22.57
New User Deal
1 sold


2022 Newest Womens Butt Li...
US $3.48
2 sold


Blouses Women French Style...
US $7.1
1 sold


Young Girls Solid Soft Cotton ...
US $2.06
1 sold


Casual Woman Zipper Leathe...
US $12.42
New User Deal
16 sold ★ 5

### More To Love


Re-send Goods
$0.01
This is special service for cust...
US $0.01
3 sold
Free Shipping


1 Pair Men Fashion Breathabl...
US $1.65
6 sold ★ 4.7


Nursing Compression Stocki...
US $2.79
Daily Save: $6.00 off
4 sold
Free Shipping


Waterproof Repair Tape Tran...
US $0.01
US $3.75   -99%
New User Bonus
114 sold ★ 4.9
Free Shipping


5 Pairs Low-Top Solid Color ...
US $6.35
1 sold
Free Shipping


High Men's Socks with Print S...
US $2.89
81 sold ★ 5


Running Sports Socks Outdo...
US $2.99
51 sold ★ 5
Free Shipping


Lolita Warm Socks Striped Lo...
US $0.01
US $3   -99%
New User Bonus
1115 sold ★ 4.8
Free Shipping


Professional Running Sports ...
US $3.81
Daily Save: $6.00 off
16 sold ★ 5
Free Shipping


2022 New Short Sleeves Educ...
US $24.99
19 sold ★ 5
Free Shipping


High-quality Quality Professi...
US $3.99
Daily Save: $6.00 off
1 sold
Free Shipping
Free Return


New Anti Slip seamless Cyclin...
US $4.99
174 sold ★ 4.8
Free Shipping
Free Return


Newest Compression Socks C...
US $3.99
Daily Save: $6.00 off
3 sold ★ 5
Free Shipping


Compression Socks Men Wo...
US $0.01
US $7   -99%
New User Bonus
1356 sold ★ 4.8
Free Shipping


Classic Hot Sale Men Socks F...
US $6.98
474 sold ★ 4.7
Free Shipping


Unisex Compression Socks R...
US $0.01
US $7   -99%
New User Bonus
159 sold ★ 4.7


Compression Socks 20-30 M...
US $0.01
US $7   -99%
New User Bonus
299 sold ★ 4.8
Free Shipping


Compression Stockings Golfs...
US $0.01
US $7   -99%
New User Bonus
229 sold ★ 4.9
Free Shipping


New Compression Socks Gra...
US $4.2
Daily Save: $6.00 off
13 sold ★ 4.8
Free Shipping


Socks Men's Invisible Short S...
US $10.12
Daily Save: $6.00 off
912 sold ★ 4.9
Free Shipping


5 Pairs Compression Socks M...
US $34
Daily Save: $6.00 off


High Tube Actual Combat Fo...
US $4.19
3 sold


Nurses socks Varicose Veins ...
US $3.99
56 sold ★ 5


Women Cotton Socks 22 Soli...
US $2.35
Daily Save: $6.00 off


3 Pairs/Lot New Men's Cotto...
US $2.99
US $11.42   -73%
New User Bonus

9/1/22, 9:24 PM

2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat Absorbent And Breathable Socks| | - AliExpress

Free Shipping
Free Return

Free Shipping

454 sold ★ 4.9

1728 sold ★ 4.7
Free Shipping










2L Large Capacity Water Bottl...

US $6.7
Daily Save: $6.00 off
417 sold ★ 4.8

1 Pair Compression Socks W...

US $0.01
US $7 -99%
New User Bonus
210 sold ★ 4.8
Free Shipping

58 Styles Compression Socks ...

US $0.01
US $7 -99%
New User Bonus
2074 sold ★ 4.7
Free Shipping

New Bicycle Running Cycling ...

US $4.55
152 sold ★ 4.9
Free Shipping
Free Return

5 Pairs Men's Cotton mid-tub...

US $7.06
1 sold
Free Shipping

**Links**

**Ranking Keywords**

mink lashes

This product belongs to   **Home**

**Help**

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish,
Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud,
Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace,
Tmall, Taobao Global, AliOS, 1688

 Google Play     App Store

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for
non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022
AliExpress.com. All rights reserved.    增值电信业务经营许可证 浙B2-20120091-8    浙公网安备 33010802002248号



Sell on AliExpress ⌄     Help ⌄     Buyer Protection     📱 App     🇺🇸 / Bolingbrook / English / USD ⌄     ♡ Wish List     👤 Account ⌄

**AliExpress**     Janlin Store ⌄
79.4% Positive feedback     +Follow 11 Followers

I'm shopping for...     🛒 0

On AliExpress     In this store

Store Home     Products ⌄     Sale Items     Top Selling     Feedback




    

### 2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent And Breathable Socks

## US $3.11

US $3.00 off Orders over US $4.00     Get coupons

Color: Orange Red



Size: 39-44

39-44

Quantity:

– 150 +     888 Pieces available

Ships to 📍 Bolingbrook, Illinois, United States

**Shipping: $14.25**
From China to Bolingbrook via AliExpress Standard Shipping
Estimated delivery on Sep 25

More options ⌄

Buy Now     Add to Cart     ♡

✅ **75-Day Buyer Protection**
Money back guarantee

---

## Janlin Store

Store Categories

- **Women's Clothing**
- **women's underwear**
  - Tube Tops
  - Vest
  - Shapers
  - Safety Short Pants
  - Intimates Accessories
  - Bikinis Set
  - bra
  - panties
  - Bra & Brief Sets
  - Nightgowns & Sleepshirts
  - Socks
- **Knee Sleeve**
- **Men's Clothing**
- **Gloves & Mittens**
- **Glasses**
- **Hats & Caps**
- **wallet**
- **card holder**
- **Apparel Accessories**
  - Ties
  - Belts
  - Oversleeve
  - Insoles
  - scarf
  - Headband
- **Fashion Jewelry**
  - Earrings
  - Rings
  - Key Chains
  - Necklace
  - Bangles
- **Shoe Accessories**
- **watch**
  - Children's Watches
  - ladies watch
  - Digital Wristwatches

**Janlin Store**
79.4% Positive Feedback
11 Followers
💬 Contact

+ Follow     Visit Store

 US $1.37      US $2.10      US $2.17      US $5.84      US $0.90      US $3.28

DESCRIPTION     CUSTOMER REVIEWS (0)     **SPECIFICATIONS**     Report Item

| | | | |
|---|---|---|---|
| Brand Name: MOONBIFFY | | Origin: Mainland China | |
| CN: Guangdong | | Socks Tube Height: Middle Tube | |
| Material: Cotton,nylon | | Pieces: 1pc | |
| Thickness: STANDARD | | Obscene Picture: No | |
| Item Type: Sock | | Model Number: GW6766 | |
| Gender: MEN | | Sock Type: Casual | |
| High: Crew | | Sexually Suggestive: No | |
| gender: men/women | | | |

### Seller Recommendations


Sexy Underwear Women Pus...
US $7.3
3 sold


New Fashion Gangsta Skateb...
US $4.32
7 sold


Men Women Socks Breathabl...
US $2.77
1 sold


Cute Solid Color Bra Cotton S...
US $2.03
1 sold

Smart Bracelet D18
New Smart Watch Men Wom...
US $4.69
New User Deal
2 sold

## Store Categories

- **Women's Clothing**
- **women's underwear**
  - Tube Tops
  - Vest
  - Shapers
  - Safety Short Pants
  - Intimates Accessories
  - Bikinis Set
  - bra
  - panties
  - Bra & Brief Sets
  - Nightgowns &...
  - Socks
- **Knee Sleeve**
- **Men's Clothing**
- **Gloves & Mittens**
- **Glasses**
- **Hats & Caps**
- **wallet**
- **card holder**
- **Apparel Accessories**
  - Ties
  - Belts
  - Oversleeve
  - Insoles
  - scarf
  - Headband
- **Fashion Jewelry**
  - Earrings
  - Rings
  - Key Chains
  - Necklace
  - Bangles
- **Shoe Accessories**
- **watch**
  - Children's Watches
  - ladies watch
  - Digital Wristwatches
  - Men's watch
  - Couple Watches
- **Exotic Apparel**
  - Panties & Briefs
  - Exotic Sets
- **Men's Underwear**
  - Briefs
  - Socks
  - Boxers
- **Luggage & Bags**
  - Waist Packs
  - Backpacks
  - Cosmetic Bags & Cases
  - Lunch Bags
  - handbag
  - Key Wallets
- **Shoes**

## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **Janlin Store** |
| Positive Feedback (Past 6 months): | **79.4%** |
| AliExpress Seller Since: | **24 May 2022** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★☆ | **4.2** (35 ratings) | **9.87% Lower** than other sellers |
| Communication : | ★★★★☆ | **4.4** (35 ratings) | **5.16% Lower** than other sellers |
| Shipping Speed : | ★★★★★ | **4.6** (35 ratings) | **1.50% Lower** than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 19 | 27 | 27 |
| Neutral (3 Stars) | 1 | 1 | 1 |
| Negative (1-2 Stars) | 4 | 7 | 7 |
| Positive feedback rate | 82.6% | 79.4% | 79.4% |



**Seller (Past 6 months)** | **Feedback Received as a Seller**

Viewing 1 - 7

Previous **1** Next

| Buyer | Transaction Details | Feedback |
|---|---|---|
| d***r | 2022 New Short Fashion Trend Wallet... <br><br> 1 piece | ★☆☆☆☆ 24 Aug 2022 12:47 <br> bad quality.button is very ugly <br><br> **Seller's reply** <br> Hello, we are very sorry that the item did not satisfy you. Please pay attention to the private message, we will compensate you after confirming that the product has quality problems. |
| A***t | 2022 Times Unisex Women Men Wristwa... <br><br> 1 piece | ★★☆☆☆ 16 Aug 2022 01:48 <br> la montre elle fonctionne pas <br><br> **Seller's reply** <br> Cher client, nous en sommes vraiment désolés. Les nouvelles montres sont généralement une carte en plastique transparent collée au milieu de la pile pour bloquer le fonctionnement de la montre, ce qui consiste à réduire la perte de puissance. Cela vous oblige à débrancher manuellement la montre vous-même pour qu'elle fonctionne. Si la montre ne fonctionne toujours pas après avoir essayé cette méthode, pouvez-vous soumettre une demande après-vente et nous vous rembourserons ou rééditerons l'article. |
| T***z | Seamless Front Buckle Seamless Vest... <br><br> 1 piece | ★★☆☆☆ 03 Aug 2022 04:24 <br> الصورة ليست نفس الخفيفة <br><br> **Seller's reply** <br> نأسف جدًا لأن المنتج لم يرضيك. تم تحسين الصور الموجودة في المتجر. لذلك قد يبدو الأمر مختلفًا بعض الشيء. لكن بشكل عام الأمر هو هو نفسه. إذا كان هناك مواقف لا تكون فيه البضائع على السورة ، فسنتمكن منك معينًا من التعويض. |
| T***z | Seamless Front Buckle Seamless Vest... <br><br> 1 piece | ★★☆☆☆ 03 Aug 2022 04:24 <br> الصورة ليست نفس الخفيفة <br><br> **Seller's reply** <br> نأسف جدًا لأن المنتج لم يرضيك. تم تحسين الصور الموجودة في المتجر. لذلك قد يبدو الأمر مختلفًا بعض الشيء. لكن بشكل عام الأمر هو هو نفسه. إذا كان هناك مواقف لا تكون فيه البضائع على السورة ، فسنتمكن منك معينًا من التعويض. |
| R***f | 2022 New Ceramic Couple Moon Watch ... <br><br> 1 piece | ★☆☆☆☆ 27 Jul 2022 10:31 <br> Material Kunststoff. und Zeiger teilweise fake <br><br> **Seller's reply** <br> We are very sorry that the did not satisfy you. |
| H***l | Seamless Front Buckle Seamless Vest... <br><br> 1 piece | ★★☆☆☆ 23 Jul 2022 07:37 <br> small cup (cup B/C), low quality. no support. not possible to remove padding. <br><br> **Seller's reply** <br> We are very sorry that the item did not satisfy you. Due to the inevitable defects in the production process, we are very sorry that the quality has not been able to satisfy you. But, the price-performance ratio of our products is very high, and the size of the products are all international standards. In the future, we will also strengthen the inspection work before shipment. Thanks for your feedback and happy shopping. |
| P***n | 2022 New Ceramic Couple Moon Watch ... <br><br> 1 piece | ★☆☆☆☆ 19 Jul 2022 20:31 <br> not working. <br><br> **Seller's reply** <br> I am very sorry that I did not satisfy you. I have contacted you to ask about the specific problem of the product. Please reply when you see the message. |

Previous **1** Next

**Help**

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement



# AliExpress

### Shipping Address

██████  ███████
375 West Briarcliff RD
Bolingbrook, Illinois, United States, 60440                    Change

### Payment Methods

██████████        Change

**Janlin Store**

2021 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Sock...
Orange Red,39-44

US $3.11                                    − 150 +

Shipping: US $14.25
Estimated delivery on **Sep 25**                              >

### Summary

| | |
|---|---|
| Total item costs | US $466.50 |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $14.25 |
| Tax ? | US $39.66 |
| **All Total** | **US $520.41** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies.**

### AliExpress

AliExpress keeps your information and payment safe

---

**Help**
Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play        App Store

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号



AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

**Help**

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙网文备 33010802002248号

Need Help?

**AliExpress™**　　JoeyF14 Store ⌄　+ Follow
96.3% Positive feedback　20 Followers

I'm shopping for...　🛒 0
On AliExpress | In this store

Store Home　Products ⌄　Sale Items　Top Selling　Feedback




1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Sock Riding Multi-use

⦿ Extra 5% Off

**US $2.39**　US $5.32　-55%

Store Discount: Buy 5 get 4% off ⌄
Get coupons

Color: 1

[ ⬛ ] [ ] [ ] [ ] [ ] [ ] [ ]

Quantity:
− 999 +　Additional 10% off (10 Pieces or more)
999 Pieces available

Ships to ⊙ Bensenville, Illinois, United States

**Shipping: $1,533.77**
From China to Bensenville via EMS
Estimated delivery on Sep 30　　More options ⌄

[ Buy Now ]　[ Add to Cart ]　[ ♡ ]

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## JoeyF14 Store

Store Categories
· Brooches
· Bracelet
· Sock
· Women's Fashion
· Halloween
· Hair Accessories
· Christmas
· Ear Rope
· Ring
· Keychain&Pendant
· Men's Fashion
· Necklace
· Free shipping
· Flash deal
· Others

**JoeyF14 Store**
96.3% Positive Feedback
20 Followers
💬 Contact
+ Follow　Visit Store

 US $1.19　 US $2.29　 US $0.82　 US $1.48　 US $1.53　 US $0.76

**DESCRIPTION**　CUSTOMER REVIEWS (0)　SPECIFICATIONS　　　　Report Item

## Description

Description Material: Nylon Size: one size feet length 23-30 cm Color: Black, Blue, Navy blue, Orange, Pink, Red, White.

Top Selling



**US $2.40**
★ 4.9　　23 Sold

US $1.90
★ 4.8    17 Sold



US $1.44
★ 5.0    8 Sold

US $1.91
★ 1.0    7 Sold

US $2.59
★ 4.0    5 Sold

View More ▶























No Feedback.

**Seller Recommendations**

     

Sell on AliExpress ⌄   Help ⌄   Buyer Protection   📱 App   🇺🇸 / Bensenville / English / USD ⌄   ♡ Wish List   Account ⌄

**AliExpress**    JoeyF14 Store ⌄   + Follow
96.3% Positive feedback   20 Followers

I'm shopping for...   🛒 ⁰
On AliExpress   In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



### 1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding Multi-use

🟡 Extra 5% Off

**US $2.39** ~~US $5.32~~ -55%

Store Discount: Buy 5 get 4% off ⌄

Get coupons

Color: 1

      

Quantity:
— 999 +   Additional 10% off (10 Pieces or more)
999 Pieces available

Ships to 📍 Bensenville, Illinois, United States

**Shipping: $1,533.77**
From China to Bensenville via EMS
Estimated delivery on Sep 30    More options ⌄

[ Buy Now ]   [ Add to Cart ]   ♡

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## JoeyF14 Store

**Store Categories**

· Brooches
· Bracelet
· Sock
· Women's Fashion
· Halloween
· Hair Accessories
· Christmas
· Ear Rope
· Ring
· Keychain&Pendant
· Men's Fashion
· Necklace
· Free shipping
· Flash deal
· Others

**JoeyF14 Store**
96.3% Positive Feedback
20 Followers
💬 Contact
+ Follow   Visit Store

 US $1.19    US $2.29    US $0.82    US $1.48   US $1.53    US $0.76

DESCRIPTION    CUSTOMER REVIEWS (0)    **SPECIFICATIONS**      Report Item

Origin: **Mainland China**      Socks Tube Height: **Middle Tube**
Material: **nylon**      Pieces: **2pcs**
Item Type: **Sock**      Gender: **MEN**

### Seller Recommendations

**Top Selling**



US $2.40
⭐ 4.9   23 Sold






1PC Heart Shape Hairpins Fo...
US $0.69
1 sold


New European Palace Style ...
US $1.99
1 sold


1PC M-3XL Men Low-Waist U...
US $1.44
1 sold ⭐5


1PC Cartoon Dog Jewelry Pen...
US $0.77
4 sold

1Pcs Adjustable Canvas Hand...
US $1.66
1 sold


5Pcs Mini Glass Bottles Tiny V...
US $1.15
1 sold


Braided Leather Cord for DIY ...
US $1.3
2 sold


Zipper Necktie For Men Wom...
US $0.85
3 sold


1 Pair Bell Lolita Cat Ears Hea...
US $2.76
5 sold ⭐ 4.7

Women Hair Accessories Rhi...
US $1.9
17 sold ⭐ 4.8



**Store Categories**

- Brooches
- Bracelet
- Sock
- Women's Fashion
- Halloween
- Hair Accessories
- Christmas
- Ear Rope
- Ring
- Keychain&Pendant
- Men's Fashion
- Necklace
- Free shipping
- Flash deal

## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **JoeyF14 Store** |
| Positive Feedback (Past 6 months): | **96.3%** |
| AliExpress Seller Since: | **02 Apr 2021** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★★ | **4.7** (54 ratings) | 1.09% Higher than other sellers |
| Communication : | ★★★★★ | **4.8** (54 ratings) | 1.88% Higher than other sellers |
| Shipping Speed : | ★★★★★ | **4.7** (54 ratings) | 0.49% Lower than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 5 | 35 | 52 |
| Neutral (3 Stars) | - | - | - |
| Negative (1-2 Stars) | 1 | 1 | 2 |
| Positive feedback rate | 83.3% | 97.2% | 96.3% |



| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 1 - 2      ‹ Previous **1** Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| o***r | **1piece-2piece 60Cm Women Bag Strap...** <br> 1 piece | ★☆☆☆☆ 30 Aug 2022 03:27 <br> Decepcionada. Me llega una sola asa y es lógico q deberían de venir dos asas para un bolso <br><br> **Seller's reply** <br> Dear, the picture of our product indicates that it is a piece rather than a pair. What we show in the picture is a pair just to better show the product. I'm really sorry if you have misunderstood. |
| J***l | **2021 New Winter Adult Bathrobe Cart...** <br> 1 piece | ★☆☆☆☆ 16 Mar 2022 04:09 <br> i didnt get the product |

‹ Previous **1** Next ›

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish



# AliExpress

## Shipping Address

████████   ████████

1001 Foster Ave

Bensenville, Illinois, United States, 60106      **Change**

### Payment Methods

🏦 Bank Transfer    Wire Transfer

ℹ️ To pay by wire transfer using your bank account, you need to visit your nearest bank branch with the wire transfer information. **Change**
Your payment will be completed 7 business days after you have finished the money transfer.

🏬 JoeyF14 Store



1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding ...
1

US $2.16      ⊖   999   ⊕

**Shipping:** US $1,533.77
Estimated delivery on **Sep 30**

---

## Summary

| | |
|---|---|
| Total item costs | US $2,157.84 |
| 🏷️ Discounts | -US $323.68 ⌄ |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $1,533.77 |
| Tax ⃝? | US $146.74 |

| **All Total** | **US $3,514.67** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged the **all terms and policies**.

🛡️ AliExpress

AliExpress keeps your information and payment safe

---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

▶ Google Play    🍎 App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Buyer Protection    Suggestion    Help     Save big on our app!    Ship to 🇺🇸 / USD    Language ⌄

**AliExpress**

I'm shopping for...  🔍     Cart **0**    Wish List

Home > Orders > Order details

**Account**

Overview

**Orders**

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

**AliExpress Mobile App**

Search Anywhere, Anytime!

Scan or click to download

## Awaiting payment

Without payment, this order will be canceled in **12 days**

[ Pay now ]   [ Pay with TT ]   [ Cancel order ]



📍 ▬▬▬▬
    ▬▬▬▬

1001 Foster Ave

Bensenville, Illinois, United States, 60106   ⌃

📄 Order ID: 8154613062234909   Copy

Order placed on: Sep 1, 2022

🏪 JoeyF14 Store ⟩   💬

1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding Multi-use

1

US $2.16   x999

| | |
|---|---|
| Subtotal | US $2,157.84 ⌃ |
| Shipping | US $1,533.77 |
| Store Discount | -US $323.68 |
| Tax | US $146.74 |
| **Total** | **US $3,514.67** |

## More to love

High Quality Men Socks O...

US $3.85

Daily Save: $6.00 off

1 sold

Free Shipping

Free Return

Unisex New Sport Women ...

US $2.03

17 sold ⭐5

Professional Damping Spo...

US $6.8

275 sold ⭐4.9

Free Shipping

Free Return

5 Pairs/Lot Men Socks Athl...

US $28

Daily Save: $6.00 off

4 sold ⭐5

Free Shipping

Free Return

Anti Slip Football Socks No...

US $2.7

159 sold ⭐5

Free Shipping

**Help**

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Need Help?

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Transaction Services Agreement for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备

01/09/2022, 16:18

1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding Multi use|Men's Socks| - AliExpress



Sell on AliExpress ⌄    Help ⌄    Buyer Protection    📱 App    🇺🇸 / Bensenville / English / USD ⌄    ♡ Wish List    👤 Account ⌄

**AliExpress**    **Shendu rose Store** ⌄    + Follow    I'm shopping for...    🛒 0
88.2% Positive feedback    275 Followers    On AliExpress | In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding Multi-use

🟡 Extra 2% Off

★★★★★ 5.0 ⌄    2 Reviews    1 order

**US $2.75**    US $3.99    -31%

Store Discount: Buy 5 get 5% off ⌄

Get coupons

Color: 1

Quantity:
− 500 +    Additional 10% off (10 Pieces or more)
999 Pieces available

Ships to 📍 Bensenville, Illinois, United States

**Shipping:** $7.36
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Sep 23    More options ⌄

**Buy Now**    **Add to Cart**    ♡ 1

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## Shendu rose Store



**Store Categories**

▾ Hair accessories
　Scarf&Headband
　Hair clips
　Hair ropes
　Hat
▾ Luggages
　Cosmetic bag
　Wallets & ID card
　Bags
　Backpacks
　Bag accessories
　Shoulder bags
　Luggage accessories
▾ Clothing accessories
　Gloves
　Cloth Accessories
　Tie and fake collars
　Belts
▸ 45% off
▸ Bag accessories
▸ Keychain
▾ Women's Clothes
　Yoga & Exercise
　Tops
　Pants
　Swimsuit
　Suit
　Dress
　Pajamas&Underwear
▸ 61% off
▾ Sock
　Babys' socks
　Women's socks
　Men's socks
▸ 55% off
▸ children's clothing
▸ Men's clothing

**Shendu rose Store**
88.2% Positive Feedback
275 Followers
💬 Contact
+ Follow    Visit Store

US $2.25    US $3.09    US $4.55    US $3.03    US $2.64    US $2.70

**DESCRIPTION**    CUSTOMER REVIEWS (2)    SPECIFICATIONS    Report Item

### Description

Description Material: Nylon Size: one size feet length 23-30 cm Color: Black, Blue, Navy blue, Orange, Pink, Red, White.

Tops
Underwear&Pajamas
Yoga
Pants
Swimsuit
› Watch accessories
› Jewelry Accessories
› Others

## Top Selling



**US $4.96**
★ 3.3                    70 Sold



**US $2.55**
★ 4.7                    26 Sold



**US $2.23**
★ 4.6                    27 Sold



**US $8.53**
★ 4.6                    26 Sold



**US $4.24**
★ 4.2                    24 Sold

View More ›



























## Customer Reviews (2)

| | |
|---|---|
| 5 Stars | 100% |
| 4 Stars | 0% |
| 3 Stars | 0% |
| 2 Stars | 0% |
| 1 Star | 0% |

**5.0** / 5 ★★★★★



All Stars (2) ⌄    Photos (2)    Additional Feedback (0)

☐ Only from your country    ☑ Translate to English

Sort by default ⌄

**J***z**
🇪🇸 ES
★★★★★
Color: 1   Logistics: AliExpress Saver Shipping
The product has arrived in good condition and is of good quality. Good salesman!   19 Apr 2022 06:48



Helpful?   Yes (0)   No (0)

**J***z**
🇪🇸 ES
★★★★★
Color: 7   Logistics: AliExpress Saver Shipping
The product has arrived in good condition and is of good quality. Good salesman!   19 Apr 2022 06:48



Helpful?   Yes (0)   No (0)

‹ **1** ›

## Seller Recommendations



Summer Nightgowns O-neck ...
US $**5**.59
3 sold
Free Shipping



14 Colors Women Thin Bodyc...
US $**4**.96
70 sold ★ 3.3
Free Shipping



Summer Seamless Mens Soli...
US $**4**.24
24 sold ★ 4.2
Free Shipping



Sunflower Flower Crown Hea...
US $**2**.22
1 sold
Free Shipping

Sports bra Single layer vest ...
US $**4**.13
2 sold
Free Shipping




20pcs Handbag Decorations ...
US $**2**.68
2 sold
Free Shipping



Men Summer Cowboy Sun H...
US $**4**.13
7 sold ★ 3
Free Shipping



1PCS Sexy Ladies Masquerad...
US $**2**.2
10 sold ★ 5
Free Shipping



2Pcs Hair Tie Cute Little Girls'...
US $**2**.06
14 sold
Free Shipping



Women Cotton Bandana Sca...
US $**3**.57
1 sold
Free Shipping

## More To Love



Men Sports Tube Socks with ...
US $**1**.59



2021 Thigh High Compressio...
US $**2**.31
8 sold ★ 5
Free Shipping



merino biking socks High coo...
US $**2**.72
2 sold



New Football Socks Anti Slip ...
US $**1**.28
Daily Save: $6.00 off
22 sold



Animal 5D Diamond Art Paint...
US $**14**.67
AD
Free Shipping







Sell on AliExpress ∨   Help ∨   Buyer Protection   📱 App   🇺🇸 / Bensenville / English / USD ∨   ♡ Wish List   👤 Account ∨

**AliExpress™**   **Shendu rose Store** ∨   + Follow
88.2% Positive feedback   275 Followers

I'm shopping for...   🛒 0
On AliExpress | In this store

Store Home   Products ∨   Sale Items   Top Selling   Feedback



1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Sock Riding Multi-use

🟠 Extra 2% Off

⭐⭐⭐⭐⭐ 5.0 ∨   2 Reviews   1 order

**US $2.75**   ~~US $3.99~~   -31%

Store Discount: Buy 5 get 5% off ∨
Get coupons

Color: 1

     

Quantity:
− 500 +   Additional 10% off (10 Pieces or more)
999 Pieces available

Ships to ⦿ Bensenville, Illinois, United States

**Shipping: $7.36**
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Sep 23   More options ∨

[ Buy Now ]   [ Add to Cart ]   ♡ 1

🛡 **75-Day Buyer Protection**
Money back guarantee

## Shendu rose Store

**Shendu rose Store**
88.2% Positive Feedback
275 Followers
💬 Contact
+ Follow   Visit Store

    

US $2.25   US $3.09   US $4.55   US $3.03   US $2.64   US $2.70

**Store Categories**

▾ **Hair accessories**
  Scarf&Headband
  Hair clips
  Hair ropes
  Hat
▾ **Luggages**
  Cosmetic bag
  Wallets & ID card
  Bags
  Backpacks
  Shoulder bags
  Luggage accessories
▾ **Clothing accessories**
  Gloves
  Cloth Accessories
  Tie and fake collars
  Belts
▪ **45% off**
▪ **Bag accessories**
▪ **Keychain**
▾ **Women's Clothes**
  Yoga & Exercise
  Tops
  Pants
  Swimsuit
  Suit
  Dress
  Pajamas&Underwear
▪ **61% off**
▾ **Sock**
  Babys' socks
  Women's socks
  Men's socks
  children's clothing
▪ **55% off**
▪ **children's clothing**
▪ **Men's clothing**

| DESCRIPTION | CUSTOMER REVIEWS (2) | **SPECIFICATIONS** | Report Item |

Pieces: **1pc**
Origin: **Mainland China**
Item Type: **Sock**
Socks Tube Height: **Middle Tube**
Gender: **MEN**

## Seller Recommendations

Summer Nightgowns O-neck ...
US $5.59
3 sold
Free Shipping

14 Colors Women Thin Bodyc...
US $4.96
70 sold ⭐ 3.3

Summer Seamless Mens Soli...
US $4.24
24 sold ⭐ 4.2
Free Shipping

Sunflower Flower Crown Hea...
US $2.22
1 sold
Free Shipping

Sports bra Single layer vest ...
US $4.13
2 sold
Free Shipping


20pcs Handbag Decorations...

Men Summer Cowboy Sun H...

18PCS Sexy Ladies Masquerad...



Women Cotton Bandana Sca...



## Store Categories

- **Hair accessories**
  - Scarf&Headband
  - Hair clips
  - Hair ropes
  - Hat
- **Luggages**
  - Cosmetic bag
  - Wallets & ID card
  - Bags
  - Backpacks
  - Bag accessories
  - Shoulder bags
  - Luggage accessories
- **Clothing accessories**
  - Gloves
  - Cloth Accessories
  - Tie and fake collars
  - Belts
- **45% off**
- **Bag accessories**
- **Keychain**
- **Women's Clothes**
  - Yoga & Exercise
  - Tops
  - Pants
  - Swimsuit
  - Suit
  - Dress
  - Pajamas&Underwear
- **61% off**
- **Sock**
  - Babys' socks
  - Women's socks
  - Men's socks
- **55% off**
- **children's clothing**
- **Men's clothing**
  - Tops
  - Underwear&Pajamas
  - Yoga
  - Pants
  - Swimsuit
- **Watch accessories**
- **Jewelry Accessories**

## Seller Feedback

### Seller Summary

| | |
|---|---|
| Seller: | **Shendu rose Store** |
| Positive Feedback (Past 6 months): | **88.2%** |
| AliExpress Seller Since: | **09 Apr 2021** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★★ **4.4** (542 ratings) | 6.89% Lower | than other sellers |
| Communication : | ★★★★★ **4.5** (542 ratings) | 3.18% Lower | than other sellers |
| Shipping Speed : | ★★★★★ **4.6** (542 ratings) | 1.90% Lower | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 82 | 280 | 451 |
| Neutral (3 Stars) | 6 | 23 | 31 |
| Negative (1-2 Stars) | 12 | 42 | 60 |
| Positive feedback rate | 87.2% | 87.0% | 88.2% |

**Seller (Past 6 months)** | Feedback Received as a Seller

Viewing 1 - 10    Previous | 1 | 2 | ... | Next

| Buyer | Transaction Details | Feedback |
|---|---|---|
| A***l | Sling Night Dress V Neck Lingerie S...<br>1 piece | ★☆☆☆☆ 24 Aug 2022 08:37<br>No lo he recibido. |
| M***n | Women UV Sunscreen Gloves Sexy Summ...<br>1 piece | ★☆☆☆☆ 22 Aug 2022 22:57<br>I never gotten this item, maybe it's being dipped late and I'm just impatient but it had said two days ago or so that it had already shipped after that I had ordered it and of course as there's no way, It wasn't shipped to me. |
| A***h | Wireless Cotton Bra Push up Bra Big...<br>1 piece | ★☆☆☆☆ 16 Aug 2022 09:27<br>i expected full coverage 36 c bra |
| A***h | Wireless Cotton Bra Push up Bra Big...<br>1 piece | ★☆☆☆☆ 16 Aug 2022 09:27<br>i expected full coverage 36 c bra |
| A***h | Wireless Cotton Bra Push up Bra Big...<br>1 piece | ★☆☆☆☆ 16 Aug 2022 09:27<br>i expected full coverage 36 c bra |
| A***h | Wireless Cotton Bra Push up Bra Big...<br>1 piece | ★☆☆☆☆ 16 Aug 2022 09:27<br>i expected full coverage 36 c bra |
| M***m | 14 Colors Women Thin Bodycon Dress ...<br>1 piece | ★☆☆☆☆ 13 Aug 2022 00:16<br>DO NOT BUY!! isn't fitting at all, wears more like if the dollar store sold nightgowns, super thin cheap material and bad itchy stitching absolutely disappointing. |
| J***E | 18 Sizes Silicone Invisible Clear R...<br>1 piece | ★★☆☆☆ 11 Aug 2022 18:15<br>el material es silicona barata, las partes no pegan muy bien al anillo, lo hacen pero no dura |
| M***d | Summer Seamless Mens Solid Tank Top...<br>1 piece | ★☆☆☆☆ 11 Aug 2022 10:12<br>worthless, cut out fabric , no finish edges , size of openings far too large buy clothing instead of this useless shirt |
| J***O | Summer Seamless Mens Solid Tank Top...<br>1 piece | ★★☆☆☆ 10 Aug 2022 12:07<br>المنتج ليس كما في الصورة |

Previous | 1 | 2 | ... | Next

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category





# AliExpress

**Shipping Address**

1001 Foster Ave
Bensenville, Illinois, United States, 60106

Change

**Payment Methods**

Wire Transfer

To pay by wire transfer using your bank account, you need to visit your nearest bank branch with the wire transfer information. Change
Your payment will be completed 7 business days after you have finished the money transfer.

Shendu rose Store

1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding ...
1

US $2.48

−  500  +

**Shipping:** US $7.36
Estimated delivery on **Sep 23**



**Summary**

| | |
|---|---|
| Total item costs | US $1,240.00 |
| Discounts | -US $186.00 ⌄ |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $7.36 |
| Tax ⍰ | US $84.33 |
| **All Total** | **US $1,145.69** |

**Pay now**

Upon clicking "Place Order", I confirm that I have read and acknowledged the all terms and policies.

**AliExpress**

AliExpress keeps your information and payment safe

---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

Buyer Protection    Suggestion    Help    Save big on our app!    Ship to 🇺🇸 / USD    Language ⌄

**AliExpress™**

I'm shopping for... 🔍    Cart **0**    Wish List    ▮

Home › Orders › Order details

**Account**

Overview

**Orders**

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

---

**AliExpress Mobile App**

Search Anywhere, Anytime!

Scan or click to download

---

## Awaiting payment

Without payment, this order will be canceled in **12 days**

[ Pay now ]    [ Pay with TT ]    [ Cancel order ]

📍 ▮▮▮▮
▮▮▮▮
1001 Foster Ave
Bensenville, Illinois, United States, 60106    ⌃

📄 Order ID: 8155121112654909    Copy
Order placed on: Sep 1, 2022

🏪 Shendu rose Store 💬

1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding Multi-use
1
US $2.48   x500

| | |
|---|---|
| Subtotal | US $1,240.00 ⌃ |
| Shipping | US $7.36 |
| Store Discount | -US $186.00 |
| Tax | US $84.33 |
| **Total** | **US $1,145.69** |

---

### More to love

| | | | | |
|---|---|---|---|---|
| Unisex New Sport Women ... | Men Women Cycling Outd... | New Football Socks Men a... | New Sports Anti-skid Socc... | Touchscreen Full Finger Gl... |
| US $2.03 | US $2.99 | US $3.25 | US $0.75 | US $6.62  US $12.99 -49% |
| 17 sold ★ 5 | 2 sold | 12 sold ★ 5 | Daily Save: $6.00 off | Daily Save: $6.00 off |
| | Free Shipping | Free Shipping | 42 sold ★ 4.8 | 19 sold ★ 4.5 |
| | | | Free Return | Free Shipping |

---

**Help**

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play     App Store

 Need Help?

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 🈯 增值电信业务经营许可证 浙B2-20120091-8 🔰 浙公网安备

9/2/22, 8:45 AM

2022 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat Absorbent and Breathable Socks| | - AliExpress

Sell on AliExpress ⌄   Help ⌄   Buyer Protection   📱 App      / Bolingbrook / English / USD ⌄      ♡ Wish List   ⌄ Account ⌄

**AliExpress**      **Shop1102112811 Store** ⌄        + Follow        I'm shopping for...   🔍
                    73.3% Positive feedback        5 Followers                              🛒 0

                                                                        On AliExpress    In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



2022 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent and Breathable Socks

## US $3.25

Store Discount: Buy 4 get 2% off ⌄

US $3.00 off Orders over US $4.00    Get coupons

Color: Beige



Size: One Size

One Size

Quantity:

− 100 +    100 Pieces available

Ships to 📍 Bolingbrook, Illinois, United States

**Shipping: $14.25**
From China to Bolingbrook via AliExpress Standard Shipping
Estimated delivery on Sep 24                    More options ⌄

Buy Now        Add to Cart        ♡

🛡 **75-Day Buyer Protection**
   Money back guarantee



---

## Shop1102112811 Store

Store Categories

- ▼ Pregnant women supplies
  - Maternal supplies
  - Mummy bag
  - Maternity clothing and accessories
- ▼ toy
  - Plush toys
  - Decompression toys
  - Electronic toys
  - Educational toys
- ▼ Articles for daily use
  - cup
  - Use tools
  - Lighting lamp act the role ofing
  - Mirror
  - Decorative furnishing articles
  - Hair care
- ▸ School supplies
- ▸ Toning the body
- ▼ The infant child products
  - Activity supplies
  - Care products
  - Safety protection
  - The infant child clothing
  - Feed products
  - Children's shoes
  - Children's accessories
- ▼ Clothes and apparel
  - glasses
  - Tees
  - watch
  - trousers
  - coat

Shop1102112811 St...
73.3% Positive Feedback
5 Followers

🗨 Contact
+ Follow    Visit Store

 US $13.40
 US $3.30
 US $6.30
 US $3.50
 US $3.50
 US $3.69

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS                    Report Item

Color: 6 Colors

Specification: 1 pairs

material: Nylon

Function:Absorb sweat,Deodorant,Anti-friction,Breathable

Season: Spring,Summer,Autumn,Winter

Size: One size,suit for 39-44

Condition:100%Brand and New

Package: simple packaging, without any trademarks and price tags.

bag
bathing suit
issuing
accessories
dress
hat
shoes
underwear
- Others

Service:Retail/Dropshipping/Wholesale

**Top Selling**



**US $2.85**
20 Sold



**US $1.09**
3 Sold



**US $6.00**
9 Sold



**US $4.69**
★ 5.0                    7 Sold



**US $13.19**
★ 1.0                    6 Sold

View More ›















No Feedback.

## Seller Recommendations


Simpatici Magneti Da Frigorif...
US $2.82
4 sold


2022 Retro Round Sunglasse...
US $3.29
3 sold ★ 5


Summer PVC Inflatable Cactu...
US $4.99
5 sold


2022 New 1pair Cute Cartoo...
US $1.3
1 sold


AB Cup No Wire Seamless Br...
US $3.99
1 sold












6pcs/set Baby Nail Clipper Kit...
US $4.2
1 sold ★ 1


Baby Potty Training Urinal Bo...
US $13.19
6 sold ★ 1


Design Fashion Women Roun...
US $5.01
1 sold


1PCs Tamagotchi Electronic P...
US $2.2
1 sold


Fluffy Stuffed Bunny Shoulde...
US $5.89
1 sold

## More To Love


Re-send Goods
$0.01
This is special service for cust...
US $0.01
3 sold
Free Shipping


Lolita Warm Socks Striped Lo...
US $0.01
US $3 -99%
New User Bonus
1125 sold ★ 4.8
Free Shipping

1 Pair Men Fashion Breathabl...
US $1.65
6 sold ★ 4.7


Men Soccer Cotton Training ...
US $3.6
Daily Save: $6.00 off
5 sold ★ 5


AD
High Quality Profession Tea...
US $0.01
US $4.45 -99%
New User Bonus
1955 sold ★ 4.8
Free Shipping


Men's and women's outdoor ...
US $3.1
1 sold ★ 5


Simplicity Letter Monster Soc...
US $1.98
Daily Save: $6.00 off
5 sold


High Quality RAPHA Bicycle s...
US $0.01
US $4.99 -99%
New User Bonus
804 sold ★ 4.8
Free Shipping


High quality Pro team men w...
US $0.01
US $3.88 -99%
New User Bonus
128 sold ★ 4.9
Free Shipping


2021 Sports Socks Cycling So...
US $7.69
Daily Save: $6.00 off
209 sold ★ 4.8
Free Shipping


New 2022 Football Socks Anti...
US $1.8
87 sold ★ 5


New High Quality Cycling Soc...
US $0.01
US $3.99 -99%
New User Bonus
102 sold ★ 4.8
Free Shipping


Compression Socks 20-30 M...
US $0.01
US $3.99 -99%
New User Bonus
299 sold ★ 4.8
Free Shipping


AD
High Quality Profession Tea...
US $0.01
US $4.69 -99%
New User Bonus
1955 sold ★ 4.8
Free Shipping


AD
TIMUBIKE Sport Socks Unisex...
US $0.01
US $4.69 -99%
New User Bonus
4653 sold ★ 4.9
Free Shipping


Compression Socks Men Wo...
US $0.01
US $7 -99%
New User Bonus
1362 sold ★ 4.8
Free Shipping


2021 New High Quality cyclin...
US $2.79
Daily Save: $6.00 off
67 sold ★ 3.4
Free Return


Compression Stockings Golfs...
US $0.01
US $7 -99%
New User Bonus
229 sold ★ 4.9
Free Shipping


Unisex Compression Socks R...
US $0.01
US $4.45 -99%
New User Bonus
159 sold ★ 4.7
Free Shipping


AD
Professional Team Cycling So...
US $0.01
US $3.97 -99%
New User Bonus
661 sold ★ 4.9
Free Shipping


1 Pair Compression Socks W...
US $0.01
US $7 -99%


Bicycle Accessories For Garm...
US $1.08
New User Deal


Free Shipping
3 Pairs Free Shipping
3 Pairs Lot Pack Compression...
US $7.56
Limited Offer


58 Styles Compression Socks ...
US $0.01
US $7 -99%


2022 New Short Sleeves Educ...
US $24.99

New User Bonus
210 sold ★ 4.8
Free Shipping

Daily Save: $6.00 off
154 sold ★ 5

Daily Save: $6.00 off
463 sold ★ 4.7
Free Shipping

New User Bonus
2087 sold ★ 4.7
Free Shipping

20 sold ★ 5
Free Shipping



Summer Gloves For Men Cycl...
US $6.6
Daily Save: $6.00 off
616 sold ★ 4.7



New Compression Socks Gra...
US $4.2
Daily Save: $6.00 off
13 sold ★ 4.8
Free Shipping



2 In 1 Vehicle-mounted Slip-p...
US $6
Daily Save: $6.00 off
186 sold ★ 4.7



Meia Ciclismo High Quality Q...
US $2.7
New User Deal
530 sold ★ 4.7



Tour De Giro D'ITALIA Cycling...
US $10.63
18 sold ★ 5
Free Shipping
Free Return

Links

Ranking Keywords

mink lashes

This product belongs to   **Home**

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 🚔 增值电信业务经营许可证 浙B2-20120091-8 🚔 浙公网安备 33010802002248号





Sell on AliExpress ⌄ | Help ⌄ | Buyer Protection | 🔲 App | / Bolingbrook / English / USD ⌄ | ♡ Wish List | 👤 Account ⌄

**Shop1102112811 Store** ⌄
73.3% Positive feedback

+ Follow
**5** Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback



    

2022 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent and Breathable Socks

## US $3.25

Store Discount: Buy 4 get 2% off ⌄

US $3.00 off Orders over US $4.00 | Get coupons

Color: Beige

    

Size: One Size

One Size

Quantity:
— 100 + 100 Pieces available

Ships to ⦿ Bolingbrook, Illinois, United States

**Shipping: $14.25**
From China to Bolingbrook via AliExpress Standard Shipping
Estimated delivery on Sep 24

More options ⌄

**Buy Now** | **Add to Cart** | ♡

✓ **75-Day Buyer Protection**
Money back guarantee

---

## Shop1102112811 Store

Shop1102112811 St...
73.3% Positive Feedback
5 Followers

💬 Contact

+ Follow | Visit Store

    

US $13.40 | US $3.30 | US $6.30 | US $3.50 | US $3.50 | US $3.69

**Store Categories**

▸ Pregnant women supplies
  Maternal supplies
  Mummy bag
  Maternity clothing and accessories
▾ toy
  Plush toys
  Decompression toys
  Electronic toys
  Educational toys
▾ Articles for daily use
  cup
  Use tools
  Lighting lamp act the role ofing
  Mirror
  Decorative furnishing articles
  Hair care
▸ School supplies
▸ Toning the body
▾ The infant child products
  Activity supplies
  Care products
  Safety protection
  The infant child clothing
  Feed products
  Children's shoes
  Children's accessories
▾ Clothes and apparel
  glasses
  Tees
  watch
  trousers
  coat
  bag

| DESCRIPTION | CUSTOMER REVIEWS (0) | **SPECIFICATIONS** | | Report Item |

Brand Name: MOONBIFFY
Origin: Mainland China
Item Type: Sock

Material: Cotton,nylon
CN: Guangdong
gender: men/women

### Seller Recommendations

    

Simpatici Magneti Da Frigorif... | 2022 Retro Round Sunglasse... | Summer PVC Inflatable Cactu... | 2022 New 1pair Cute Cartoo... | AB Cup No Wire Seamless Br...
US $2.82 | US $3.29 | US $4.99 | US $1.3 | US $3.99
4 sold | 3 sold ⭐ 5 | 5 sold | 1 sold | 1 sold

    

## Store Categories

- **Pregnant women...**
  - Maternal supplies
  - Mummy bag
  - Maternity clothing...
- **toy**
  - Plush toys
  - Decompression toys
  - Electronic toys
  - Educational toys
- **Articles for daily...**
  - cup
  - Use tools
  - Lighting lamp act...
  - Mirror
  - Decorative...
  - Hair care
- **School supplies**
- **Toning the body**
- **The infant child...**
  - Activity supplies
  - Care products
  - Safety protection
  - The infant child...
  - Feed products
  - Children's shoes
  - Children's...
- **Clothes and apparel**
  - glasses
  - Tees
  - watch
  - trousers
  - coat
  - bag
  - bathing suit
  - issuing
  - accessories
  - dress
  - hat
  - shoes
  - underwear

# Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **Shop1102112811 Store** |
| Positive Feedback (Past 6 months): | **73.3%** |
| AliExpress Seller Since: | **24 May 2022** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★☆ **3.9** (15 ratings) | **17.02% Lower** | than other sellers |
| Communication : | ★★★★☆ **4.2** (15 ratings) | **9.87% Lower** | than other sellers |
| Shipping Speed : | ★★★★★ **4.6** (15 ratings) | **1.08% Lower** | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 6 | 11 | 11 |
| Neutral (3 Stars) | - | - | - |
| Negative (1-2 Stars) | 1 | 4 | 4 |
| Positive feedback rate | 85.7% | 73.3% | 73.3% |

**Seller (Past 6 months)** | **Feedback Received as a Seller**

Viewing 1 - 4     ‹ Previous | 1 | Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| C***a | Baby Potty Training Urinal Boy Infa...<br>1 piece | ★☆☆☆☆ 29 Aug 2022 10:59<br>plástico de péssima qualidade, a criança senta-se e ele desmonta se todo não aguenta aberto com a criança em cima, para além disso chegou todo arranhado e não encaixa bem está todo reformado. |
| s***r | 1pcs Blaze Car Toys Russian Crusher...<br>1 piece | ★☆☆☆☆ 27 Jul 2022 17:43<br>enviaron el modelo incorrecto |
| I***I | 2022 New Baseball Cap Cute With Cat...<br>2 piece | ★☆☆☆☆ 15 Jul 2022 19:40<br>모자사이즈조절안되고 불؆؆하؉؇ؖؕؔؓ؇ 베이؇만드؈ؐؠؑ 이쁘؈؇؈؅ 작음 |
| k***a | 6pcs/set Baby Nail Clipper Kit Bab...<br>1 piece | ★☆☆☆☆ 05 Jul 2022 13:46<br>O kit não corresponde ao anúncio . Pedi na cor rosa, veio azul<br>**Seller's reply**<br>Hello, I'm sorry for the trouble caused to you. The warehouse has sent you the wrong goods. We will continue to improve. |

‹ Previous | 1 | Next ›

---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Sell on AliExpress ⌄     Buyer Protection     Help ⌄     🖵 Save big on our app!     Ship to 🇺🇸 / USD ⌄     Language ⌄

**AliExpress**     ≡ ▾     [ I'm shopping for... ]     On AliExpress   In this store     🛒 0     ♡     👤

Shop1102112811 Store    73.3% Positive feedback ⌃    FOLLOW    5 Followers

# Shop1102112811 Store

[ 🔍 ]

| Store Home | Products ⌄ | Sale Items | Top Selling | Feedback |

Home > Store Home > Products

## Store Categories

| Store Categories > | 2022 of Male and Female Profe 🔍 | 1 items found | Hide Filter ⌄ |

**Pregnant women...**
– Maternal supplies
– Mummy bag
– Maternity clothing...

▦ **toy**
– Plush toys
– Decompression toys
– Electronic toys
– Educational toys

▦ **Articles for daily...**
– cup
– Use tools
– Lighting lamp act...
– Mirror
– Decorative...
– Hair care

▦ **School supplies**

▦ **Toning the body**

▦ **The infant child...**
– Activity supplies
– Care products
– Safety protection
– The infant child...
– Feed products
– Children's shoes
– Children's...

▦ **Clothes and apparel**
– glasses
– Tees
– watch
– trousers
– coat
– bag
– bathing suit
– issuing
– accessories
– dress
– hat
– shoes
– underwear

Best Match    Orders ⇅    New ⇅    price ⇅    ☐ Free Shipping          View ▦ ▤ ◁ ▷



2022 of Male and Female Professional Outdoor Sports...
**US $3.25** / piece

◁ 1 ▷

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play     App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.

# AliExpress

**Shipping Address**

▪▪▪▪ ▪▪▪▪▪▪▪
375 West Briarcliff RD
Bolingbrook, Illinois, United States, 60440                    Change

**Payment Methods**

💳 ▪▪▪▪▪▪▪▪▪▪                                                      Change

🏪 Shop1102112811 Store



2022 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks...
Beige,One Size

US $3.25                                              ⊖   100   ⊕

Shipping: US $14.25
Estimated delivery on **Sep 24**                                                    ›

**Summary**

| Total item costs | US $325.00 |
| --- | --- |
| 🔴 Discounts | -US $6.50 ⌄ |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $14.25 |
| Tax ⓘ | US $27.08 |
| **All Total** | **US $359.83** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies.**

🛡 AliExpress

AliExpress keeps your information and payment safe



---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

▶ Google Play      App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

Buyer Protection   Suggestion   Help ⌄   📱 Save big on our app!   Ship to 🇺🇸 / USD ⌄   Language ⌄

# AliExpress™

I'm shopping for...   🔍   🛒 Cart 0   ♡ Wish List   👤 Hi, ▮

Home > Orders > Order details

## Account

**Overview**
Orders
Payment
Refund and return
Feedback
Setting
Shipping address
Message center

Invite friends

Help center
Manage reports
Suggestion
DS Center
Member center

---

**AliExpress Mobile App**
Search Anywhere, Anytime!



Scan or click to download

## Awaiting payment

Without payment, this order will be canceled in **12 days**

[ Pay now ]   [ Cancel order ]

📍 ▮
▮▮▮
375 West Briarcliff RD
Bolingbrook, Illinois, United States, 60440   ⌃

📄 Order ID: 8154830622012555   Copy
Order placed on: Sep 2, 2022

🏬 Shop1102112811 Store ⌄   💬

2022 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent and ...
Beige, One Size
US $3.25   x100

| | |
|---|---|
| Subtotal | US $325.00 ⌃ |
| Shipping | US $14.25 |
| Store Discount | -US $6.50 |
| Tax | US $27.08 |
| **Total** | **US $359.83** |

## More to love

    

| Spiderman CREATOR X CR... | Women's Clothing Dresses... | Avengers Infinity Saga Iron... | Kafitt Women Cycling Jerse... | JLR DoIP VCI SDD Pathfind... |
|---|---|---|---|---|
| US $1.92 | US $20.59 | US $157.75 | US $16.59 | US $1,800 |
| Daily Save: $6.00 off | New User Deal | Free Shipping | Daily Save: $6.00 off | Free Shipping |
| 185 sold ★ 4.7 | 3 sold | 3 sold ★ 1 | | |
| | Free Shipping | | | |

---

## Help
Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Information for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091 330108020022248号

 Need Help?

https://www.aliexpress.com/p/order/detail.html?spm=a2g0o.order_list.0.0.5f8a1802g8N5vn&orderId=8154830622012555   1/1



Sell on AliExpress ⌄   Help ⌄   Buyer Protection   App   🇺🇸 / Bensenville / English / USD ⌄   ♡ Wish List   👤 Account ⌄

**AliExpress**

**Shop1102166879 Store** ⌄
100.0% Positive feedback

+ Follow
**1** Followers

I'm shopping for...   🛒 0

On AliExpress | In this store

Store Home   Products ⌄   Sale Items   Top Selling   Feedback



2021 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent and Breathable Socks

## US $4.39

US $1.00 Off Store Coupon   Get coupons

Color: Orange Red

Size: One Size

One Size

Quantity:
−   160   +   999 Pieces available

Ships to 📍 Bensenville, Illinois, United States

**Shipping: $14.25**
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Nov 05

More options ⌄

Buy Now   Add to Cart   ♡

✓ **75-Day Buyer Protection**
Money back guarantee

---



## Shop1102166879 Store

**Shop1102166879 St...**
100.0% Positive Feedback
1 Follower
💬 Contact

+ Follow   Visit Store

US $17.53   US $5.74   US $3.70   US $3.71   US $2.38   US $15.83

**Store Categories**
- New Arrival
- Women's Clothing
  - Coats & Jackets
  - Tops & Tees
  - Underwear
  - Shirts & Blouses
  - Sweater
  - Dress
  - Pants
  - Shorts
- Men's Clothing
  - Top, T-shirt
  - Coats & Jackets
  - Pants
  - Shorts
- Women's Handbags
- Wallets & Card Holders
- Children's Clothing
- Underwear
- Shoes
- Watches
- Fitness & Body Building
- Sports Shoes,Clothing&Ac cessories
- Apparel Accessories
- Backpacks
- Jewelry & Accessories
- Special Category
- Others

**Top Selling**

DESCRIPTION   CUSTOMER REVIEWS (0)   SPECIFICATIONS     Report Item

Color: 6 Colors

Specification: 1 pairs

material: Nylon

Function:Absorb sweat,Deodorant,Anti-friction,Breathable

Season: Spring,Summer,Autumn,Winter

Size: One size,suit for 39-44

Condition:100%Brand and New

Package: simple packaging, without any trademarks and price tags.



**US $6.44**

2 Sold



**US $3.42**

2 Sold



**US $6.74**

2 Sold



**US $1.50**

1 Sold



**US $1.50**

1 Sold

View More >

Service:Retail/Dropshipping/Wholesale

















No Feedback.

## Seller Recommendations

    

Simple Style Flower Design W...    Vintage Luxury Literary Ladie...    Korean Coat Fashion Woolen...    Knitted Cardigan women plu...    2022 New Fashion Lady Over...

US $3.75          US $3.57          US $17.18          US $4.92          US $4.88

1 sold          1 sold          1 sold          1 sold ⭐ 2          1 sold

**Lifestyle Event**    **Bestsellers**    Get up to 70% off popular picks    Shop now

Sell on AliExpress ⌄   Help ⌄   Buyer Protection   App   🇺🇸 / Bensenville / English / USD ⌄   ♡ Wish List   👤 Account ⌄

**AliExpress**    **Shop1102166879 Store** ⌄    +Follow

100.0% Positive feedback   **1** Followers

I'm shopping for...    🛒 0

On AliExpress    In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



    

2021 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent and Breathable Socks

## US $4.39

US $1.00 Off Store Coupon   Get coupons

Color: Orange Red



Size: One Size

One Size

Quantity:
− 160 +   999 Pieces available

Ships to ⊙ Bensenville, Illinois, United States

**Shipping:** $14.25
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Nov 05

More options ⌄

Buy Now    Add to Cart    ♡

✓ **75-Day Buyer Protection**
Money back guarantee

---

## Shop1102166879 Store



Shop1102166879 St...

100.0% Positive Feedback
1 Follower

💬 Contact

+ Follow   Visit Store



US $17.53    US $5.74    US $3.70    US $3.71    US $2.38    US $15.83

| DESCRIPTION | CUSTOMER REVIEWS (0) | **SPECIFICATIONS** | Report Item |

**Store Categories**

- New Arrival
- **Women's Clothing**
  - Coats & Jackets
  - Tops & Tees
  - Underwear
  - Shirts & Blouses
  - Sweater
  - Dress
  - Pants
  - Shorts
- **Men's Clothing**
  - Top, T-shirt
  - Coats & Jackets
  - Pants
  - Shorts
- Women's Handbags
- Wallets & Card Holders
- Children's Clothing
- Underwear
- Shoes
- Watches
- Fitness & Body Building
- Sports Shoes,Clothing&Accessories
- Apparel Accessories
- Backpacks
- Jewelry & Accessories
- Special Category
- Others

**Top Selling**

| | |
|---|---|
| Brand Name: MOONBIFFY | Origin: Mainland China |
| CN: Hubei | Socks Tube Height: Middle Tube |
| Material: Cotton,nylon | Pieces: 1pc |
| Thickness: STANDARD | Obscene Picture: No |
| Item Type: Sock | Model Number: GW6766 |
| Gender: MEN | Sock Type: Casual |
| High: Crew | Sexually Suggestive: No |
| gender: men/women | |

### Seller Recommendations

    

Simple Style Flower Design W...    Vintage Luxury Literary Ladie...    Korean Coat Fashion Woolen...    Knitted Cardigan women plu...    2022 New Fashion Lady Over...

US $3.75    US $3.57    US $17.18    US $4.92    US $4.88

1 sold        1 sold        1 sold        1 sold ⭐2        1 sold



# AliExpress

## Shipping Address

■■■■ ■■■■■■
1001 Foster Ave
Bensenville, Illinois, United States, 60106

Change

## Payment Methods

VISA ■■■■■■

Change

📦 Shop1102166879 Store



2021 of Male and Female Professional Outdoor Sports Cycling Socks Running Hiking Socks...
Orange Red,One Size

US $4.39

− 160 +

Shipping: US $14.25
Estimated delivery on **Nov 05**

## Summary

| | |
|---|---|
| Total item costs | US $702.40 |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $14.25 |
| Tax ❓ | US $56.20 |
| **Total** | **US $772.85** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies.**

### AliExpress

AliExpress keeps your information and payment safe



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



**Lifestyle Event**    **Bestsellers**    Get up to 70% off popular picks    **Shop now**

Sell on AliExpress   Help   Buyer Protection   App   / Bensenville / English / USD   ♡ Wish List   Account

**AliExpress**    **Shop1102169769 Store**   + Follow
0.0% Positive feedback   1 Followers

I'm shopping for...    🛒 0

On AliExpress   In this store

Store Home   Products ⌄   Sale Items   Top Selling   Feedback



High Men's Socks with Print Sport White Black Football Basketball Male Socks Men High Quality Outdoor Running Soccer Cycling

## US $3.05

Color: Orange

     

Quantity:
− 160 +   999 Pieces available

Ships to 📍 Bensenville, Illinois, United States

**Shipping:** US $13.26
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Nov 08   More options ⌄

**Buy Now**   **Add to Cart**   ♡

✓ **75-Day Buyer Protection**
Money back guarantee

---

## Shop1102169769 Store

Store Categories
- Hiking and camping
- Bodybuilding
- Sporting goods
- fishing gear
- entertainment
- Cycling
- Others

**Shop1102169769 St...**
0.0% Positive Feedback
1 Follower
🔗 Contact

+ Follow   Visit Store

US $4.59   US $6.70   US $4.46   US $3.25   US $6.03   US $5.52

**DESCRIPTION**   CUSTOMER REVIEWS (0)   SPECIFICATIONS     Report Item

High Men's Socks with Print Sport White Black Football Basketball Male Socks Men High Quality Outdoor Running Soccer Cycling
Description:
A pair of socks with a little difference to show personality while advantage of cycling socks are all in it: Breathable, moisture-wicking, skin friendly and wear resistant and antibacterial which will provide you a pleasant sports experience.

Elastic cuff keep sock in place with proper tightness, breathable instep, wear resistant heel and looped toe reduce friction.

A pair of socks with a little different stripes to show your personality.
Provide you a comfortable wearing experience no matter universal cycling, racing, running and other sports.

Specifications:
Material: Nylon & Polyester
Size: L(38-46)
Color: As shown (optional)

Package Included:
1 * Pair of Socks

Top Selling



US $19.83
16 Sold



US $6.03
2 Sold



**US $6.69**
1 Sold



**US $6.42**
1 Sold

**US $5.52**
1 Sold     View More >















**No Feedback.**

**Lifestyle Event**   **Bestsellers**   Get up to 70% off popular picks   **Shop now**

Sell on AliExpress ⌄   Help ⌄   Buyer Protection   App   🇺🇸 / Bensenville / English / USD   ♡ Wish List   👤 Account ⌄

**AliExpress**   **Shop1102169769 Store** ⌄   + Follow

0.0% Positive feedback   1 Followers

I'm shopping for...   🛒 0

On AliExpress   In this store

Store Home   Products ⌄   Sale Items   Top Selling   Feedback



    

High Men's Socks with Print Sport White Black Football Basketball Male Socks Men High Quality Outdoor Running Soccer Cycling

## US $3.05

Color: Orange



Quantity:

⊖ 160 ⊕   999 Pieces available

Ships to 📍 Bensenville, Illinois, United States

**Shipping:** US $13.26

From China to Bensenville via AliExpress Standard Shipping

Estimated delivery on Nov 08   More options ⌄

**Buy Now**   **Add to Cart**   ♡

🛡 75-Day Buyer Protection
Money back guarantee

     

## Shop1102169769 Store

Store Categories

- Hiking and camping
- Bodybuilding
- Sporting goods
- fishing gear
- entertainment
- Cycling
- Others

Shop1102169769 St...

0.0% Positive Feedback

1 Follower

💬 Contact

+ Follow   Visit Store

 US $4.59    US $6.70    US $4.46    US $3.25    US $6.03    US $5.52

Top Selling



**US $19.83**
16 Sold



**US $6.03**
2 Sold



DESCRIPTION   CUSTOMER REVIEWS (0)   **SPECIFICATIONS**   Report Item

| | | | |
|---|---|---|---|
| Brand Name: anlyxi | | Origin: Mainland China | |
| Features 1: Men's socks | | Features 2: Funny socks | |
| Features 3: Men cycling socks | | Features 4: happy socks | |
| Features 5: Compression stockings | | Features 6: compression socks | |
| Features 7: Thermal socks man winter | | Features 8: designer socks | |
| Features 9: men socks big size | | Features 10: sport socks men | |
| Features 11: men socks luxury | | Features 12: men cotton socks set | |
| Features 13: socks men bulk | | Features 14: socks men long | |
| Features 15: socks men elegant | | Features 16: socks men high quality | |
| Features 17: Thermo socks | | Features 18: ankle socks | |
| Features 19: socks for man | | Features 20: socks men japanese | |

### More To Love

    

Anti Slip Professional Bike So...   1 Pcs Car Rear Tailgate Gate...   NW-GIRO 4pairs 20...   merino biking socks High coo...   Professional Cyclin...

US $0.9   US $45.81   US $9.98   US $2.72   US $3.35

30 sold   147 sold ★ 4.4   ⭐Top selling in AliExpress   1481 sold ★ 4.9   2 sold   760 sold ★ 4.8





High Men's Socks with Print Sport White Black Football...

US $3.05 / piece





## Shipping Address

████████   ████████

1001 Foster Ave
Bensenville, Illinois, United States, 60106    Change

## Payment Methods

VISA   ████████      Change

Shop1102169769 Store

High Men's Socks with Print Sport White Black Football Basketball Male Socks Men High Q...
Orange

US $3.05    — 160 +

Shipping: US $13.26
Estimated delivery on **Nov 08**

### Summary

| | |
|---|---|
| Total item costs | US $488.00 |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $13.26 |
| Tax ⓘ | US $39.04 |
| **Total** | **US $540.30** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies.**

### AliExpress

AliExpress keeps your information and payment safe

---

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



Buyer Protection    Suggestion    Help      Save big on our app!    Ship to 🇺🇸 / USD    Language ⌄

**AliExpress**

I'm shopping for...    🔍     Cart **0**    Wish List    ▬

Home › Orders › Order details

## Account

Overview

**Orders**

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

---

### Awaiting payment

Without payment, this order will be canceled in **12 days**

[ Pay now ]   [ Cancel order ]



📍 ▬▬▬▬

1001 Foster Ave
Bensenville, Illinois, United States, 60106

📄 Order ID: 8156093763822790   Copy
Order placed on: Oct 11, 2022

🏪 Shop1102169769 Store ›   💬

High Men's Socks with Print Sport White Black Football Basketball Male Socks Men High Quality Outdoor Running...
Orange
US $3.05   x160



| | |
|---|---|
| Subtotal | US $488.00 |
| Shipping | US $13.26 |
| Tax | US $39.04 |
| **Total** | **US $540.30** |

---

### AliExpress Mobile App

Search Anywhere, Anytime!



Scan or click to download

## More to love

Professional Men Football ...
US $**2.99**
2 sold

100 Pcs Flexible Plastic Str...
US $**0.23**
375 sold ★4.8

Anti Slip Professional Bike ...
US $**0.9**
30 sold

Unisex Sports Socks Footb...
US $**4.49**
1 sold

High Men's Socks with Pri...
US $**7.18**
42 sold ★4.7
Free Shipping

---

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091 增值电信业务经营许可证 浙B2-20120091-8 33010802002248号

Need Help?

2022 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat Absorbent And Breathable Socks|| - AliExpress



Lifestyle Event · Bestsellers · Get up to 70% off popular picks · Shop now

Sell on AliExpress · Help · Buyer Protection · App · Bensenville / English / USD · Wish List · Account

**AliExpress** · small clothing store Store · +Follow · 1 Followers · 88.9% Positive feedback

I'm shopping for... · On AliExpress · In this store

Store Home · Products · Sale Items · Top Selling · Feedback



2022 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent And Breathable Socks

3 orders

**US $2.94**

Store Discount: Buy 3 get 2% off

Get coupons

Color: OG

Size: One Size

One Size

Quantity: − 160 + 1099 Pieces available

Ships to ⊙ Bensenville, Illinois, United States

**Shipping:** $13.26
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Nov 06

More options

Buy Now · Add to Cart · ♡

✓ **75-Day Buyer Protection**
Money back guarantee

---



## small clothing store Store

Store Categories

- luggage
- Hat
  - decoration
  - child
  - man
  - woman
- Wallet
- Women's clothing
  - pant
  - leggings
  - Coat
  - jeans
  - shorts
  - T-Shirts
  - Windbreaker
  - dress
  - underwear
- Sock
  - man
  - woman
- Glasses
  - daily
  - outdoor glasses
  - Sun glass
- Watch
- Man-clothings
  - underwear
  - coat
  - pant
  - T-Shirts
  - shorts
  - jeans

small clothing stor...
88.9% Positive Feedback
1 Follower
💬 Contact
+Follow · Visit Store

US $1.82 · US $19.96 · US $0.68 · US $5.79 · US $5.11 · US $18.52

| DESCRIPTION | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item |

Color: 6 Colors

Specification: 1 pairs

material: Nylon

Function:Absorb sweat,Deodorant,Anti-friction,Breathable

Season: Spring,Summer,Autumn,Winter

Size: One size,suit for 39-44

Condition:100%Brand and New

Package: simple packaging, without any trademarks and price tags.

Service:Retail/Dropshipping/Wholesale

hair accessories
- jewelry
  ring
  earrings
  bracelet
- Others

**Top Selling**



US $4.24

★ 5.0     7 Sold



US $3.26

5 Sold



US $1.74

4 Sold



US $5.11

★ 5.0     3 Sold



US $19.96

3 Sold     View More ›





11/10/2022, 15:11

2022 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat Absorbent And Breathable Socks| | - AliExpress













No Feedback.

**Seller Recommendations**











Quick Dry Tank Top Undershi...

US $4.65

1 sold

Fashion Women Watches Si...

US $2.13

1 sold

Fashion Boy Girl Round Dial ...

US $2.12

1 sold

Summer Travel Solid Color B...

US $3.11

1 sold

Anti-Dirty Waterproof Men T ...

US $5.81

3 sold

Lifestyle Event    **Bestsellers**    Get up to 70% off popular picks    **Shop now**

Sell on AliExpress ˅   Help ˅   Buyer Protection   App   / Bensenville / English / USD   ♡ Wish List   Account ˅

**AliExpress™**    **small clothing store Store** ˅    + Follow
88.9% Positive feedback    1 Followers

I'm shopping for...    🛒 0

On AliExpress    In this store

Store Home    Products ˅    Sale Items    Top Selling    Feedback



2022 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent And Breathable Socks

3 orders

## US $2.94

Store Discount: Buy 3 get 2% off ˅

Get coupons

Color: OG

Size: One Size

One Size

Quantity:
− 160 +   1099 Pieces available

Ships to ⦿ Bensenville, Illinois, United States

**Shipping: $13.26**
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Nov 06     More options ˅

Buy Now    Add to Cart    ♡ 1

✓ **75-Day Buyer Protection**
Money back guarantee

---

## small clothing store Store



**small clothing stor...**
88.9% Positive Feedback
1 Follower
💬 Contact
+ Follow   Visit Store

US $1.82    US $19.96    US $0.68    US $5.79    US $5.11    US $18.52

**Store Categories**
- luggage
- ▾ Hat
  - decoration
  - child
  - man
  - woman
- Wallet
- ▾ Women's clothing
  - pant
  - leggings
  - Coat
  - jeans
  - shorts
  - T-Shirts
  - Windbreaker
  - dress
  - underwear
- ▾ Sock
  - man
  - woman
- ▾ Glasses
  - daily
  - outdoor glasses
  - Sun glass
- ▾ Watch
- ▾ Man-clothings
  - underwear
  - coat
  - pant
  - T-Shirts
  - shorts
  - jeans

DESCRIPTION    CUSTOMER REVIEWS (0)    **SPECIFICATIONS**     Report Item

| | | | |
|---|---|---|---|
| Brand Name: MOONBIFFY | | Origin: Mainland China | |
| CN: Jiangxi | | Socks Tube Height: Middle Tube | |
| Material: Cotton,nylon | | Pieces: 1pc | |
| Thickness: STANDARD | | Obscene Picture: No | |
| Item Type: Sock | | Model Number: GW6766 | |
| Gender: MEN | | Sock Type: Casual | |
| High: Crew | | Sexually Suggestive: No | |
| gender: men/women | | | |

### Seller Recommendations

Quick Dry Tank Top Undershi...    Fashion Women Watches Si...    Fashion Boy Girl Round Dial ...    Summer Travel Solid Color B...    Anti-Dirty Waterproof Men T...

US $4.65    US $2.13    US $2.12    US $3.11    US $5.81
    1 sold    1 sold    1 sold    1 sold

## Store Categories



- luggage
- Hat
  - decoration
  - child
  - man
  - woman
- Wallet
- Women's clothing
  - pant
  - leggings
  - Coat
  - jeans
  - shorts
  - T-Shirts
  - Windbreaker
  - dress
  - underwear
- Sock
  - man
  - woman
- Glasses
  - daily
  - outdoor glasses
  - Sun glass
- Watch
- Man-clothings
  - underwear
  - coat
  - pant
  - T-Shirts
  - shorts
  - jeans
- hair accessories
- jewelry
  - ring
  - earrings
  - bracelet

## Seller Feedback



| Seller Summary | | | |
|---|---|---|---|
| Seller: | **small clothing store Store** | | |
| Positive Feedback (Past 6 months): | **88.9%** | | |
| AliExpress Seller Since: | **04 Jul 2022** | | |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| **Positive (4-5 Stars)** | 7 | 8 | 8 |
| **Neutral (3 Stars)** | - | - | - |
| **Negative (1-2 Stars)** | 1 | 1 | 1 |
| **Positive feedback rate** | 87.5% | 88.9% | 88.9% |



| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 1 - 1

‹ Previous  **1**  Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| n***k | **Women's Winter Slim Long Wool Sherp...**<br><br>1 piece | ★☆☆☆☆  29 Sep 2022 05:35<br>описание товара не соответствует действительности . и размеры не совпадают с указанными на изделии. я не советую заказывать этот товар. |

‹ Previous  **1**  Next ›

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish





# AliExpress

## Shipping Address

███████  ████████
1001 Foster Ave
Bensenville, Illinois, United States, 60106

Change

## Payment Methods

VISA ██████████

Change

🏪 small clothing store Store



2022 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Sock...
OG,One Size

US $2.94

— 160 +

Shipping: US $13.26
Estimated delivery on **Nov 06**

>

## Summary

| | |
|---|---|
| Total item costs | US $470.40 |
| ❤️ Saved | -US $23.52 ⌄ |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $13.26 |
| Tax ⓘ | US $35.76 |
| **Total** | **US $495.90** |

**Pay now**

Upon clicking "Place Order", I confirm I have read and acknowledged **all terms and policies**.



🛡 AliExpress

AliExpress keeps your information and payment safe

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

▶ **Google Play**　　**App Store**　　**AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 🐾 增值电信业务经营许可证 浙B2-20120091-8 🐾 浙公网安备 33010802002248号



Buyer Protection   Suggestion   Help    Save big on our app!    Ship to 🇺🇸 / USD    Language ⌄

**AliExpress**

I'm shopping for...   🔍    Cart **0**    Wish List

Home > Orders > Order details

### Account

Overview

**Orders**

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

## Awaiting payment

Without payment, this order will be canceled in **12 days**

**Pay now**    Cancel order

📍 ▬▬▬▬

1001 Foster Ave
Bensenville, Illinois, United States, 60106   ⌃

📄 Order ID: 8156036177962790   Copy
Order placed on: Oct 11, 2022

🏪 small clothing store Store 〉 💬

2022 Of Male And Female Professional Outdoor Sports Cycling Socks Running Hiking Socks Sweat-Absorbent And...
OG, One Size
US $2.94   x160

| | |
|---|---|
| Subtotal | US $470.40 ⌃ |
| Shipping | US $13.26 |
| Store Discount | -US $23.52 |
| Tax | US $35.76 |
| **Total** | **US $495.90** |

### More to love


Professional Men Football ...
US **$2**.99
2 sold


High Men's Socks with Pri...
US $**7**.18
42 sold ★ 4.7
Free Shipping


Unisex Sports Socks Footb...
US $**4**.49
1 sold


Anti Slip Professional Bike ...
US $**0**.9
30 sold


Thermal Conductive Heats...
US $**0**.43
3 sold ★ 5

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - T...
for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091
33010802002248号

Need Help?

1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding Multi use|Men's Socks| - AliExpress



Sell on AliExpress | Help | Buyer Protection | App | / Bensenville / English / USD | Wish List | Account

**AliExpress** | **SMTF06-abacusly Store** | +Follow 688 Followers
95.0% Positive feedback

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Feedback



1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding Multi-use

**US $3.79** US $3.99 -5%

Store Discount: Buy 30 get 10% off

Get coupons

Color: 1

Quantity:
— 999 + Additional 10% off (10 Pieces or more)
1000 Pieces available

Ships to Bensenville, Illinois, United States

**Shipping: $1,533.77**
From China to Bensenville via EMS
Estimated delivery on Sep 30

More options

**Buy Now** | **Add to Cart** | ♡

75-Day Buyer Protection
Money back guarantee



## SMTF06-abacusly Store

Store Categories
- Function Bag&Bag Accessories
- Bra
- Watch Accessories
- Underwear
  - Women Underwear
  - Men Underwear
- Women Clothes
  - Shorts
  - Sleepwear&Underwear
  - Tops
  - Swimwear
  - Uniform &Costume
  - Pants&Leggings
  - Dress&Skirts
- Women Jewlery
  - Tie Clip & Cufflinks
  - Necklace
  - Eyeglass Chain
  - Rings
  - Body Jewlery
  - Hair Jewlery
  - Brooches
  - Earrings
  - Keychain
  - Bracelets
- Men Clothes
  - Pants
- Clothing & Accessories
  - Tie
  - Earmuffs
  - Handkerchief
  - Gloves
  - Belt
  - Socks
  - Hat
- Others

Top Selling

SMTF06-abacusly St...
95.0% Positive Feedback
688 Followers
Contact
+Follow | Visit Store

US $0.59 | US $1.89 | US $0.97 | US $2.09 | US $2.07 | US $0.83

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item

### Description

Description Material: Nylon Size: one size feet length 23-30 cm Color: Black, Blue, Navy blue, Orange, Pink, Red, White.



US $1.59
★ 4.2          303 Sold



US $4.95
★ 3.3          77 Sold



US $2.18
★ 3.8          76 Sold



US $0.60
★ 5.0          64 Sold



US $0.69
★ 5.0          53 Sold

View More >

































No Feedback.



**Seller Recommendations**

    


**AliExpress**    **SMTF06-abacusly Store** ⌄   +Follow
95.0% Positive feedback   688 Followers

I'm shopping for...   

On AliExpress   In this store

Store Home    Products ⌄    Sale Items ⌄    Top Selling    Feedback



1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding Multi-use

## US $3.79   ~~US $3.99~~ -5%

Store Discount: Buy 30 get 10% off ⌄

Get coupons

Color: 1

Quantity:   −   999   +   Additional 10% off (10 Pieces or more)
1000 Pieces available

Ships to ⊙ Bensenville, Illinois, United States

**Shipping: $1,533.77**
From China to Bensenville via EMS
Estimated delivery on Sep 30    More options ⌄

Buy Now    Add to Cart    ♡

✓ **75-Day Buyer Protection**
Money back guarantee

---

## SMTF06-abacusly Store

**Store Categories**
- Function Bag&Bag Accessories
- Bra
- Watch Accessories
- Underwear
  - Women Underwear
  - Men Underwear
- Women Clothes
  - Shorts
  - Sleepwear&Underwear
  - Tops
  - Swimwear
  - Uniform &Costume
  - Pants&Leggings
  - Dress&Skirts
- Women Jewlery
  - Tie Clip & Cufflinks
  - Necklace
  - Eyeglass Chain
  - Rings
  - Body Jewlery
  - Hair Jewlery
  - Brooches
  - Earrings
  - Keychain
  - Bracelets
- Men Clothes
  - Pants
- Clothing & Accessories
  - Tie
  - Earmuffs
  - Handkerchief
  - Gloves
  - Belt
  - Socks
  - Hat
- Others

**SMTF06-abacusly St...**
95.0% Positive Feedback
688 Followers

Contact

+ Follow   Visit Store

  

US $0.59   US $1.89   US $0.97   US $2.09   US $2.07   US $0.83

DESCRIPTION    CUSTOMER REVIEWS (0)    **SPECIFICATIONS**      Report Item

| | |
|---|---|
| Pieces: **2pcs** | Socks Tube Height: **Middle Tube** |
| Origin: **Mainland China** | Gender: **MEN** |
| Item Type: **Sock** | |

### Seller Recommendations

    

Fashion Cute Hairball Brooch...   Five Finger Socks Man Slippe...   Merry Christmas Christmas D...   5Pcs/Lot Adjustable Waxed T...   Muslim Sun Visor with Pre-Ti...

US $0.49   US $1.79   US $0.99   US $1.87   US $2.18
1 sold   1 sold   1 sold   10 sold   76 sold ★ 3.8

Creative Imitation Fox Mask ...   New Arrival 1/2/3 Hole Men ...   Men sexy Panties Flower Lac...   Men Women Luminous Silico...   Cute Penguin Keyring LED To...

US $2.64   US $2.6   US $3.46   US $0.69   US $3.49
13 sold ★ 5   25 sold ★ 4.9   10 sold ★ 3.3   53 sold ★ 5   33 sold ★ 5

**Top Selling**

## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **SMTF06-abacusly Store** |
| Positive Feedback (Past 6 months): | **95.0%** |
| AliExpress Seller Since: | **10 Mar 2021** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ⭐⭐⭐⭐⭐ **4.7** (1374 ratings) | 4.63% Higher | than other sellers |
| Communication : | ⭐⭐⭐⭐⭐ **4.7** (1374 ratings) | 2.91% Higher | than other sellers |
| Shipping Speed : | ⭐⭐⭐⭐⭐ **4.6** (1374 ratings) | 2.77% Higher | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 217 | 619 | 1,277 |
| Neutral (3 Stars) | 4 | 14 | 30 |
| Negative (1-2 Stars) | 10 | 28 | 67 |
| Positive feedback rate | 95.6% | 95.7% | 95.0% |



| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 21 - 30

Previous   1   2   **3**   4   ...   Next

| Buyer | Transaction Details | Feedback |
|---|---|---|
| a***a | Sexy Women Latex Tights Pantyhose L... <br> 1 piece | ⭐⭐ 03 Jul 2022 11:08 <br> short and wide, nothing like the picture |
| T***z | Women Satin Robe Sexy Lingerie Nigh... <br> 1 piece | ⭐⭐ 01 Jul 2022 04:23 <br> el tamaño es pequeño en relacion a la talla solicitada. |
| 2***r | Unisex Outdoor Survival Ring Punk S... <br> 1 piece | ⭐ 01 Jul 2022 02:25 <br> шло долго ,и размер не тот |
| P***a | Doctor Nurse Pin Medicine Enamel Pi... <br> 2 piece | ⭐ 27 Jun 2022 06:34 <br> посылка не доехала, 2 месяц жду |
| R***r | Sexy Women Latex Tights Pantyhose L... <br> 1 piece | ⭐ 18 Jun 2022 23:04 <br> Товар весь в зацепках, без фиксаторов, постоянно сползают, очень низкого качества |
| R***r | Doctor Nurse Pin Medicine Enamel Pi... <br> 1 piece | ⭐ 08 Jun 2022 11:31 <br> на картинке одно а пришло совсем другое |
| ِ***r | Men sexy Panties Flower Lace Breath... <br> 1 piece | ⭐⭐ 04 Jun 2022 00:45 <br> القماش جدا صغير مع انني طلبت مقاس لارج |
| 3***r | A-Z 26 Alphalt Brooch Crystal Rhine... <br> 1 piece | ⭐ 02 Jun 2022 06:51 <br> товар не пришёл |
| a***r | Unisex Outdoor Survival Ring Punk S... <br> 1 piece | ⭐⭐ 01 Jun 2022 04:16 <br> Размер не подошёл, хотя до этого я всё мерила |
| h***r | Pragi S-4Xl Skirt Ladies Large Size... <br> 1 piece | ⭐ 23 May 2022 03:45 <br> Cheap product |

Previous   1   2   **3**   4   ...   Next

### Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish



# AliExpress

**Shipping Address**

1001 Foster Ave
Bensenville, Illinois, United States, 60106

Change

**Payment Methods**

Wire Transfer

ⓘ To pay by wire transfer using your bank account, you need to visit your nearest bank branch with the wire transfer information. **Change**
Your payment will be completed 7 business days after you have finished the money transfer.

SMTF06-abacusly Store



1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding ...
1

US $3.42

− 999 +

**Shipping:** US $1,533.77
Estimated delivery on **Sep 30**

---

**Summary**

| | |
|---|---|
| Total item costs | US $3,416.58 |
| 🏷 Discounts | -US $686.32 ⌄ |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $1,533.77 |
| Tax ⓘ | US $218.43 |

**All Total**     US $4,482.46

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged the **all terms and policies**.

🛡 AliExpress

AliExpress keeps your information and payment safe



---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Buyer Protection   Suggestion   Help ⌄   📱 Save big on our app!   Ship to 🇺🇸 / USD ⌄   Language ⌄

**AliExpress**

I'm shopping for...   🔍    🛒 Cart **0**   ♡ Wish List   👤

## Account

Overview
**Orders**
Payment
Refund and return
Feedback
Setting
Shipping address
Message center

Invite friends

Help center
Manage reports
Suggestion
DS Center
Member center

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

### Awaiting payment

Without payment, this order will be canceled in **12 days**

[ Pay now ]   [ Pay with TT ]   [ Cancel order ]

📍 ▇▇▇▇
1001 Foster Ave
Bensenville, Illinois, United States, 60106   ⌃

📄 Order ID: 8154805900734909   Copy
Order placed on: Sep 1, 2022

🏪 SMTF06-abaculy Store   💬

1 Pair High Waist Perspiration Unisex Cycling Sport Socks Breathable Cycling Sock Riding Multi-use
1
US $3.42   x999
⊘

| | |
|---|---|
| Subtotal | US $3,416.58 ⌃ |
| Shipping | US $1,533.77 |
| Store Discount | -US $686.32 |
| Tax | US $218.43 |
| **Total** | **US $4,482.46** |

### More to love

| High Quality Men Socks O... | Unisex New Sport Women ... | NW-GIRO 4pairs 2022 New... | Professional Damping Spo... | 5 Pairs/Lot Men Socks Athl... |
|---|---|---|---|---|
| US $3.85 | US $2.03 | US $11.93 | US $6.8 | US $28 |
| Daily Save: $6.00 off | 17 sold ★5 | Daily Save: $6.00 off | 276 sold ★4.9 | Daily Save: $6.00 off |
| 1 sold | | 906 sold ★4.9 | Free Shipping | 4 sold ★5 |
| Free Shipping | | Free Shipping | Free Return | Free Shipping |
| Free Return | | Free Return | | Free Return |

## Help
Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · T... for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备

Need Help?

**Lifestyle Event**    **Bestsellers**    Get up to 70% off popular picks     Shop now

Sell on AliExpress ⌄   Help ⌄   Buyer Protection   🅰 App   🇺🇸 / Bensenville / English / USD ⌄   ♡ Wish List   👤 Account ⌄

**AliExpress**    Socks factory shop Store ⌄    + Follow
88.3% Positive feedback    524 Followers

I'm shopping for...    🛒 0
On AliExpress   In this store

Store Home    Products ⌄    Sale Items    Top Selling    New Arrivals    Feedback

## 2021 Thigh High Compression Cycling Men And Women Soccer Basketball Socks

★★★★★ 5.0 ⌄   4 Reviews   9 orders

**US $2.31**   US $3.30   -30%

Color: White Green

Size: One Size

One Size

Quantity:   − 993 +   993 Pair available

Ships to 📍 Bensenville, Illinois, United States

**Shipping: $1,031.72**
From China to Bensenville via EMS
Estimated delivery on Nov 08

More options ⌄

**Buy Now**    **Add to Cart**    ♡ 10

✓ **75-Day Buyer Protection**
Money back guarantee



# Socks Factory Shop

Seller's **WhatsApp** account, please contact the seller to provide

**Store Categories**

▸ Men's socks
   Spring and summer socks
   Autumn and winter socks
▾ women socks
   Spring and summer socks
   Autumn and winter socks
▸ Bracelets and Bangles
   Women Bracelets...
   Men Bracelets Bangles
▸ Unisex socks
▸ Panties
▸ Men's and women's cloth es
▸ Women's earrings
▸ Lady ring
▸ Others

**Top Selling**

US $2.85
★ 4.1   129 Sold

Socks factory shop ...
88.3% Positive Feedback
524 Followers
💬 Contact
+ Follow   Visit Store

US $1.50   US $1.27   US $2.34   US $1.61   US $1.35   US $1.96

**DESCRIPTION**    CUSTOMER REVIEWS (4)    SPECIFICATIONS     Report Item

Women Man Long Sock Cartoon Print
USD 1.54-1.94/piece

10 Pieces=5 Pairs Men Socks Mesh Breathable
USD 3.83-3.99/lot

10 Pairs Women Socks Breathable Sports
USD 2.39-3.65/lot

2022 Hot Sales New Women Black White
USD 2.98-4.28/piece

5Pair/lot Fashion Happy Men Boat Socks
USD 2.85/lot

1pair Combed Cotton Colorful Van Gogh
USD 1.58-1.91/piece

Thank your support our store！
If you have any
questions and requirements about our items,please contact our sellers.



US $0.73
93 Sold

US $1.74
★ 4.6          67 Sold

US $1.35
★ 4.7          56 Sold

US $0.94
★ 5.0          35 Sold

View More ›













**Washing care**
*Machine Washable
(Recommended Hand Wash)
*Hand Wash Cold / No Bleach / Hang Dry

**Our Services & Strength**
**We are a factory which has specialized in**
**exporting all kinds of socks for many years,we have an experienced and**
**professional team.**
Two points only:
1)Quality is our culture



2)Make profits for each other.

## Customer Reviews (4)

| | | |
|---|---|---|
| 5 Stars | 100% | |
| 4 Stars | 0% | |
| 3 Stars | 0% | **5.0** / 5 |
| 2 Stars | 0% | |
| 1 Star | 0% | |

All Stars (4)    Photos (0)    Additional Feedback (0)

☐ Only from your country    ☑ Translate to English        Sort by default

---

**W***t**
IL    **Color:** Blue   **Size:** One Size   **Logistics:** Cainiao Super Economy Global
         15 Jun 2022 12:49

Helpful?   Yes (0)   No (0)

---

**A***v**
RU    **Color:** Orange   **Size:** One Size   **Logistics:** AliExpress Saver Shipping
         02 Aug 2022 12:48

Helpful?   Yes (0)   No (0)

---

**W***t**
IL    **Color:** black   **Size:** One Size   **Logistics:** Cainiao Super Economy Global
         15 Jun 2022 12:49

Helpful?   Yes (0)   No (0)

---

**A***v**
RU    **Color:** Black   **Size:** One Size   **Logistics:** AliExpress Saver Shipping
         02 Aug 2022 12:54

Helpful?   Yes (0)   No (0)

‹   1   ›



## Seller Recommendations



10 Pairs Socks for Men Big Fo...
US $12.43
1 sold ★ 5



Fashion men's funny socks w...
US $1.87
3 sold



1 Pair Autumn and Winter Lo...
US $1.39
1 sold



Winter Women's Socks Cotto...
US $1.38
1 sold



5Pair/lot Fashion Happy Men...
US $2.85
129 sold ★ 4.1
Free Shipping



Men Fashion Hip Hop Hit Col...
US $1.09
3 sold



Cotton Winter Funny Print Ca...
US $1.18
5 sold ★ 5



High Quality Harajuku chaus...
US $0.94
35 sold ★ 5



5Pairs/lot New Witner Men S...
US $10.95
1 sold



New Arrivals Japanese Korea...
US $1.27
1 sold

## More To Love






⊕



**Lifestyle Event**    **Bestsellers**    Get up to 70% off popular picks    **Shop now**

Sell on AliExpress ⌄   Help ⌄   Buyer Protection   App   🇺🇸 / Bensenville / English / USD   ♡ Wish List   Account ⌄

   **Socks factory shop Store** ⌄   + Follow
88.3% Positive feedback   524 Followers

I'm shopping for...   🛒 0

On AliExpress   In this store

Store Home   Products ⌄   Sale Items   Top Selling   New Arrivals   Feedback

---

### 2021 Thigh High Compression Cycling Men And Women Soccer Basketball Socks

★★★★★ 5.0 ⌄   4 Reviews   9 orders

**US $2.31**   ~~US $3.30~~   -30%

Color: White Green

      

Size: One Size

One Size

Quantity:
−  993  +    993 Pair available

Ships to 📍 Bensenville, Illinois, United States
**Shipping: $1,031.72**
From China to Bensenville via EMS
Estimated delivery on Nov 08    More options ⌄

**Buy Now**   **Add to Cart**   ♡ 10

✓ **75-Day Buyer Protection**
Money back guarantee

---

## Socks Factory Shop

Seller's **WhatsApp** account, please contact the seller to provide

**Store Categories**

- **Men's socks**
  - Spring and summer socks
  - Autumn and winter socks
- **women socks**
  - Spring and summer socks
  - Autumn and winter socks
- **Bracelets and Bangles**
  - Women Bracelets...
  - Men Bracelets Bangles
- Unisex socks
- Panties
- Men's and women's clothes
- Women's earrings
- Lady ring
- Others

**Socks factory shop ...**
88.3% Positive Feedback
524 Followers
💬 Contact
+ Follow   Visit Store

 US $1.50    US $1.27    US $2.34    US $1.61    US $1.35    US $1.96

DESCRIPTION   CUSTOMER REVIEWS (4)   **SPECIFICATIONS**    Report Item

| | |
|---|---|
| Pieces: 2pcs | Socks Tube Height: High Tube |
| Origin: Mainland China | Thickness: STANDARD |
| Sexually Suggestive: No | Gender: MEN |
| Sock Type: Casual | Material: Cotton,Polyester,Spandex |
| Model Number: 123 | High: Crew |
| Item Type: Sock | Product name: 2021 Thigh High Compression Cyc... |
| Shipping time: 3-7 Working days | Design A: Basketball Socks |
| Design B: Thigh High Socks | Design C: Compression Cycling |

**Top Selling**



US $2.85
★ 4.1   129 Sold

### Seller Recommendations

 10 Pairs Socks for Men Big Fo...   US $12.43   1 sold ★ 5

 Fashion men's funny socks w...   US $1.87   3 sold

 1 Pair Autumn and Winter Lo...   US $1.39   1 sold

 Winter Women's Socks Cotto...   US $1.38   1 sold

 5Pair/lot Fashion Happy Men...   US $2.85   129 sold ★ 4.1   Free Shipping



## Store Categories

- ▣ **Men's socks**
  - – Spring and summer...
  - – Autumn and winter...
- ▣ **women socks**
  - – Spring and summer...
  - – Autumn and winter...
- ▣ **Bracelets and Bangles**
  - – Women Bracelets...
  - – Men Bracelets Bangles
- ▣ Unisex socks
- ▣ Panties
- ▣ Men's and women's...
- ▣ Women's earrings
- ▣ Lady ring



## Seller Feedback

### Seller Summary

| | |
|---|---|
| Seller: | **Socks factory shop Store** |
| Positive Feedback (Past 6 months): | **88.3%** ❓ |
| AliExpress Seller Since: | **22 Aug 2019** |

### Detailed seller ratings ❓

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★☆ **4.4** (115 ratings) | 5.58% Lower | than other sellers |
| Communication : | ★★★★☆ **4.5** (115 ratings) | 4.72% Lower | than other sellers |
| Shipping Speed : | ★★★★☆ **4.5** (115 ratings) | 4.54% Lower | than other sellers |

### Feedback History ❓

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 19 | 48 | 98 |
| Neutral (3 Stars) | - | 2 | 4 |
| Negative (1-2 Stars) | 3 | 4 | 13 |
| Positive feedback rate | 86.4% | 92.3% | 88.3% |



| Seller (Past 6 months) | Feedback Received as a Seller |

Viewing 1 - 10                                   ← Previous  **1**  2  Next →

| Buyer | Transaction Details | Feedback |
|---|---|---|
| 0***r | Cotton Women Ankle Spring Trendy Mi... <br> 1 pair | ★☆☆☆☆ 01 Oct 2022 07:35 <br> Что это такое? Я не это заказывала |
| N***a | Cotton Women Ankle Spring Trendy Mi... <br> 1 pair | ★☆☆☆☆ 29 Sep 2022 09:04 <br> пришел совершенно не тот цвет и модель. открыла спор. деньги вернулись |
| F***c | 5Pair/lot Fashion Happy Men Boat So... <br> 1 piece | ★☆☆☆☆ 16 Sep 2022 09:58 <br> pas de silicone anti glisse au talon... Demande de remboursement auprès du vendeur car l'article ne correspond pas à la description |
| E***o | 10 Pairs Women Socks Breathable Spo... <br> 1 piece | ★☆☆☆☆ 20 Jul 2022 08:29 <br> Неудовлетворительные |
| k***k | Hip Hop Cartoon Men Unisex Funny To... <br> 1 pair | ★★☆☆☆ 30 Jun 2022 00:12 <br> pas reçu l article commandé mais vendeur honnête a remboursé |
| D***v | 5 Pairs / Pack Men's Bamboo Fiber S... <br> 1 piece | ★★☆☆☆ 04 Jun 2022 09:36 <br> заказал черные носки, а прислали серые |
| l***l | 5Pair/lot Fashion Happy Men Boat So... <br> 10 piece | ★☆☆☆☆ 01 Jun 2022 00:57 <br> Thé description says 5 pairs per lot and only arrived one pair. This is unacceptable and the customer service do not work |
| l***l | 5Pair/lot Fashion Happy Men Boat So... <br> 10 piece | ★☆☆☆☆ 01 Jun 2022 00:57 <br> Thé description says 5 pairs per lot and only arrived one pair. This is unacceptable and the customer service do not work |
| l***l | 5Pair/lot Fashion Happy Men Boat So... <br> 10 piece | ★☆☆☆☆ 01 Jun 2022 00:57 <br> Thé description says 5 pairs per lot and only arrived one pair. This is unacceptable and the customer service do not work |
| l***l | 5Pair/lot Fashion Happy Men Boat So... <br> 10 piece | ★☆☆☆☆ 01 Jun 2022 00:57 <br> Thé description says 5 pairs per lot and only arrived one pair. This is unacceptable and the customer service do not work! |

← Previous  **1**  2  Next →

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish







## Shipping Address

Change

1001 Foster Ave
Bensenville, Illinois, United States, 60106

### Payment Methods

VISA ████████████    Change

Socks factory shop Store



2021 Thigh High Compression Cycling Men And Women Soccer Basketball Socks
White Green,One Size

US $2.31    — 993 +

**Shipping: US $1,031.72**
Estimated delivery on **Nov 08**

### Summary

| | |
|---|---|
| Total item costs | US $2,293.83 |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $1,031.72 |
| Tax ⍰ | US $183.51 |
| **Total** | **US $3,509.06** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies.**

AliExpress

AliExpress keeps your information and payment safe

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play   App Store   AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688





Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions
for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-4
330108020022248号

Need Help?

 at Juru Penang!





READY STOCK

- 56 %

**RM9.90** ~~RM22.50~~

## **GIRO** HRC TEAM CYCLING SOCKS

| Product SKU | SK0703 |
|---|---|
| Brand | giro |
| Availability | 130 |

**\* Colour**

| Black | Blue | New black | New yellow | Orange | Pink | Red | White | Yellow |

Quantity    [−] 1 [+]

Chat With Us    Share Via WhatsApp

| Product | **Description** | Reviews (0) | What's in the box |

### Description

☀ **Highlight**

- If you aren't thinking about your feet on the bike, chances are, they're happy, which is exactly what Giro's HRc Team Socks help you achieve.
- Knit with ultralight Meryl Skinlife synthetic fibers, the socks ward off offensive odors by working to subdue bacteria while continuously wicking moisture.

- The six-inch cuff makes an on-trend statement, while a gently compressive fit guarantees the socks will stay in place over the miles.
- Whether you are training or racing the Giro HRC Team Cycling Socks are the perfect sock for you.
- Advance muscle compression and arch support means these socks offer long-lasting support, helping to avert the threat of cramp.

The Giro HRC Team Cycling Socks were developed in conjunction with the Katusha Racing Team for a pro-approved level of fit and overall performance. Made from Meryl® Skinlife™ fibres, these socks wick moisture away from the surface of the skin, keeping your feet cooler. This combined with the antibacterial treatment of the socks helps avert the threat of fungal infections.

Developed with properties similar to a compression sock; great arch support and compression means that blood flow is increased, which decreases the rate of muscle fatigue and helps keep your foot from cramping up.

It's not just great performance that these socks offer either. Three attractive colour schemes mean there is a style here to fit with any riding outfit and any mood.



| Buy Now | 🛒 Add To Cart |



HRC TEAM





Buy Now
🛒 Add To Cart







| Buy Now | 🛒 Add To Cart |
|---------|---------------|





Buy Now                    🛒 Add To Cart





Buy Now          🛒 Add To Cart





| Buy Now | 🛒 Add To Cart |
|---|---|





Buy Now

🛒 Add To Cart





| Buy Now | 🛒 Add To Cart |





Buy Now

🛒 Add To Cart





Buy Now    🛒 Add To Cart





| Buy Now | 🛒 Add To Cart |
|---------|---------------|





Buy Now                                                            🛒 Add To Cart







Buy Now

🛒 Add To Cart



# HRC TEAM





Buy Now

🛒 Add To Cart





Buy Now

🛒 Add To Cart





Reviews (0)                                                              view all >

## 0 / 5

☆ ☆ ☆ ☆ ☆
(0 reviews)



There are no reviews for this product.

| Buy Now | 🛒 Add To Cart |
| --- | --- |

what's in the box

1 x 1 pair of sock

## Login- Customer

Login/Register
Checkout
Shopping Cart
Receipt Upload

## We Accept Duitnow QRpay & Ewallets



## Extras

Tell A Friend
Brands
Contact Us

## Follow Us

Copyright © 2022 IceBikeHeaven(M) SDN. BHD.. All rights reserved.    eCommerce by SiteGiant





| Buy Now | 🛒 Add To Cart |

d at Juru Penang!






🔍 giro

All Categories

Search in ☐ Subcategories ☐ Product description

**Search**

## Search Result

Sort by [Newest > Oldest ▾]   Show result [1-50 ▾]



**- 34 %**

Zeray E110 road shoe clipless 3 hole...

~~RM300.00~~

RM199.00



**- 27 %**

Zeray E103 MTB clipless shoe classi...

~~RM300.00~~

RM219.00



Santini Giro d'Italia Pink Jersey...

RM69.90



**- 35 %**

GIRO HRC TEAM CYCLING SOCKS

~~RM19.90~~

RM12.90



**- 56 %**

GIRO HRC TEAM CYCLING SOCKS

~~RM22.50~~

RM9.90

Showing 1 to 5 of 5



 (https://www.icebikeheaven.com/)

Cart (https://www.icebikeheaven.com/cart) › Customer Info (https://www.icebikeheaven.com/checkout) › Shipping Method (https://www.icebikeheaven.com/checkout?step=2) › Payment Method



**Shipping Address**   28W700 Perkins Ct , 60564, Naperville,   Edit
Illinois, United States

**Shipping Method**   DHL/Fedex/EMS 6 (Weight: 0.10kg) ·   Edit
RM169.00

## Payment Methods

○ Duitnow Touchngo eWallets QR

◉ PayPal

○ Bank Transfer

☐ I have read and agreed to the **Terms & Conditions**

< Return to Shipping Method (https://www.icebikeheaven.com/checkout?step=2)
Place Your Order



Order Summary

GIRO HRC TEAM CYCLING
SOCKS                                    RM9.90
  - Colour : Black

| Coupon Code | Apply |

| Voucher Code | Apply |

Sub-Total                                    RM9.90
DHL/Fedex/EMS 6 (Weight: 0.10kg)             RM169.00

**Total**                              **RM178.90**


Add a Remark..



© All rights reserved IceBikeHeaven(M) SDN. BHD.



‹ **Back**

| Order ID #38865 | Total RM178.90 |
|---|---|



**06/10/2022**

Order is processing.

GIRO HRC TEAM CYCLING SOCKS
Variation: Colour : Black
RM9.90
x 1

Shipping Address ⓘ
██████████
28W700 Perkins Ct
60564 Naperville, Illinois, United States
██████████

Billing Address ⓘ
██████████
28W700 Perkins Ct
60564 Naperville, ,
██████████

| Total | |
|---|---|
| Sub-Total | RM9.90 |
| DHL/Fedex/EMS 6 (Weight: 0.10kg) | RM169.00 |
| Total | RM178.90 |
| Paid by | PayPal |

Print Invoice



### Login- Customer
Login/Register
Checkout
Shopping Cart
Receipt Upload

### Extras
Tell A Friend
Brands
Contact Us

### Follow Us

**We Accept Duitnow QRpay & Ewallets**

 **icebikeheaven**
6 October 2022 . Payment

**- 178.90 MYR**

---

**Paid with**

PBCOM
(MasterCard Debit Card x-
███)
You'll see "PAYPAL
*ICEBIKEHEAV" on
your card
statement.

**Exchange rate**

████████ = 178.90 MYR
█ ███ = 0.0754 MYR

**Ship to**

████████
28W700 Perkins Ct
Naperville, 60564
United States

**Transaction ID**

5GN33006RL860310N

**Seller info**

████ icebikeheaven
http://icebikeheaven.com
bicycleheaven94@gmail.com

**Invoice ID**

████ | ████

**Purchase details**

GIRO HRC TEAM CYCLING      9.90 MYR
SOCKS
Item #251

Shipping, Handling,      169.00 MYR
Discounts & Taxes

Amount      178.90 MYR

**Total**      **178.90 MYR**

---

**Need help?**

If there's a problem, make sure to contact the seller through
PayPal by **4 April 2023**. You may be **eligible for purchase
protection**


d at Juru Penang!







– 35 %

**RM12.90** RM19.90

**GIRO HRC TEAM CYCLING SOCKS**

| Product SKU | SK0702 |
|---|---|
| Size (L x W x H) | 1 cm x 10 cm x 5 cm |
| Availability | 67 |

**\* Free size**

Black | blue | orange | red | white | yellow

Quantity    — 1 +

Chat With Us | Share via WhatsApp

Product    **Description**    Reviews (0)

**Description**

☼ Highlight

- If you aren't thinking about your feet on the bike, chances are, they're happy, which is exactly what  Team Socks help you achieve.
- Knit with ultralight synthetic fibers, the socks ward off offensive odors by working to subdue bacteria while continuously wicking moisture.

- The six-inch cuff makes an on-trend statement, while a gently compressive fit guarantees the socks will stay in place over the miles.
- Whether you are training or racing the Team Cycling Socks are the perfect sock for you.
- Advance muscle compression and arch support means these socks offer long-lasting support, helping to avert the threat of cramp.

## Got questions?



The Team Cycling Socks were developed in conjunction with the Katusha Racing Team for a pro-approved level of fit and overall performance.
Made from  fibres, these socks wick moisture away from the surface of the skin, keeping your feet cooler. This combined with the antibacterial treatment of the socks helps avert the threat of fungal infections.
Developed with properties similar to a compression sock; great arch support and compression means that blood flow is increased, which decreases the rate of muscle fatigue and helps keep your foot from cramping up.
It's not just great performance that these socks offer either. Three attractive colour schemes mean there is a style here to fit with any riding

| Buy Now | 🛒 Add To Cart |
|---|---|

    **SHOP NOW >**

Help Center    Ship to : $USD    English

 search    **Search**     Favorites     Cart

All Categories    New Arrivals    Best Sellers    Men's Clothing    Women's Clothing

Home > Cycling > Cycling Clothing > Cycling Socks



   

Share [f] [P]    Photo by Supplier

### Compressprint Men and Women Cycling Socks Sports Socks Comprssion Running Socks Plantar Fasciitis Crew Socks Best Support for Athletic Running #9099704

560 sold

**USD $2.99**  ~~USD $5.98~~  **50% OFF**

**Discount** 20% OFF Economy Air

Color:



Size: **One-Size**    Size Guide

[ One-Size ]

Size:One-Size    US Size:5-15.5    Length:11-11¾ inch    Foot Length:11-11¾ inch
Shoe Size:39-46 inch

Qty:

−  1  +

[ **Add to Cart** ]    [ ♡ 4 ]

Processing Time:    ⏱ Ships in 24 hours

Shipping Time: Expedited Express  4-7 business days

## You May Also Like


USD $3.99 ~~$21.98~~


USD $3.99 ~~$25.98~~


USD $12.99


USD $8.99 ~~$17.98~~


USD $12.99 ~~$25.98~~


USD $7.99 ~~$15.98~~


USD $10.99 ~~$21.98~~


USD $12.99 ~~$25.98~~


USD $16.99 ~~$39.98~~


USD $8.99 ~~$39.98~~


USD $12.99 ~~$25.98~~


USD $16.99 ~~$65.07~~

### New In


USD $14.99 ~~$39.98~~


USD $14.99 ~~$39.98~~

**Overview**    Q & A    Recommendations

#### Specifications

Sports Clothing Sub Category:  Crew Socks,    Activity:  Mountain Bike MTB, Road Bike
Cushioned Socks, Athletic Socks, Sports
Socks, Bike Socks

#### Photos

10/20/22, 5:06 PM    Compressprint Men and Women Cycling Socks Sports Socks Comprssion Running Socks Plantar Fasciitis Crew Socks Best Support for Athletic Running 9099704 2022 – $2.99

2/8



USD $12.99  ~~$29.98~~

USD $12.99  ~~$25.98~~

USD $12.99  ~~$25.98~~

USD $20.99  ~~$45.98~~

USD $26.99  ~~$53.98~~

USD $12.99  ~~$25.98~~





































## Size Chart

○ Inches    ○ Centimeters

| Size | US Size | EU Size | UK Size | Length | Foot Length | Shoe Size |
|---|---|---|---|---|---|---|
| One-Size | 5-15.5 | 35-48 | 5-15.5 | 11-11 ¾ | 11-11 ¾ | 39-46 |

## Q & A

No Q&A yet, Ask a New Question>>

## Recommendations



Compression Socks Long Socks Over the Calf Socks Athletic...

**USD $12.99** $25.98

161 sold



Compression Socks Long Socks Over the Calf Socks Athletic...

**USD $12.99** $25.98

93 sold



Socks Cycling Socks Bike / Cycling Breathable Soft...

**USD $11.99** $23.98

62 sold



Compression Socks Long Socks Over the Calf Socks Athletic...

**USD $12.99** $25.98

105 sold



Compression Socks Long Socks Over the Calf Socks Athletic...

**USD $12.99** $25.98

118 sold



Crew Socks Bike Socks Sports Socks Road Bike Mountain Bik...

**USD $2.99** $5.97

164 sold



WOSAWE Women's Cycling Underwear Shorts Bike Knicke...

**USD $12.99** $29.98

★★★★★ 5.0    927 sold



Crew Socks Compression Socks Calf Socks Athletic Sports Soc...

**USD $12.99** $25.98

4 sold












Compression Socks Long Socks Over the Calf Socks Athletic...

**USD $12.99** ~~$25.98~~

96 sold

Bike Gloves / Cycling Gloves Mountain Bike Gloves Mountai...

**USD $9.99** ~~$19.98~~

⭐⭐⭐⭐⭐ 5.0    248 sold

Crew Socks Compression Socks Calf Socks Athletic Sports Soc...

**USD $12.99** ~~$25.98~~

6 sold

Crew Socks Compression Socks Calf Socks Athletic Sports Soc...

**USD $11.99** ~~$23.98~~

45 sold









Crew Socks Compression Socks Calf Socks Athletic Sports Soc...

**USD $12.99** ~~$25.98~~

16 sold

Crew Socks Compression Socks Calf Socks Athletic Sports Soc...

**USD $12.99** ~~$25.98~~

57 sold

Women's Cycling Underwear Shorts Bike Knickers Underwe...

**USD $9.99** ~~$29.98~~

⭐⭐⭐⭐⭐ 5.0    618 sold

Winter Gloves Work Gloves Touch Gloves Anti-Slip...

**USD $10.99** ~~$21.98~~

⭐⭐⭐⭐⭐ 5.0    268 sold









TASDAN Women's Cycling Padded Shorts Bike Shorts Bik...

**USD $26.99** ~~$59.98~~

⭐⭐⭐⭐⭐ 5.0    289 sold

Crew Socks Compression Socks Calf Socks Athletic Sports Soc...

**USD $12.99** ~~$25.98~~

33 sold

4 pairs Compression Socks Crew Socks Sports Socks Men's...

**USD $7.99** ~~$15.97~~

⭐⭐⭐⭐⭐ 5.0    228 sold

Mountainpeak Men's Cycling Underwear Shorts Padded...

**USD $16.99** ~~$39.98~~

⭐⭐⭐⭐⭐ 5.0    349 sold


**Rich in Variety**
1000+ New Items Everyday


**Manufacturer Direct**
Cut Out The Middleman


**Safe & Trustworthy**
Secure payment


**Fast Delivery**
Global Partner of DHL


**Friendly Services**
7-day Satisfaction Guarantee

**Company Info**

About Ouku.com

**Customer Service**

Help Center

Track Your Order

**Company Policies**

Return Policy

Privacy Policy

Terms of Use

Cookie Notice

Intellectual Property Infringement Policy

**Payment & Methods**

Payment Methods

Estimated Delivery Time

**Other Business**

Copyright © 2006-2022 Ouku.com All Rights Reserved.





$5 OFF OVER $59   CODE: AUT5    $10 OFF OVER $89   CODE: AUT10    SHOP NOW >



Help Center    Ship to :   / $USD ⌄    English ⌄

Search Cycling Socks    **Search**

Favorites    Cart

**All Categories** ⌄

New Arrivals    Best Sellers    Men's Clothing    Women's Clothing

Home > **"Cycling Socks"** (2812 Products)

- Cycling
- Camping, Hiking & Backpacking
- Beach & Swim
- Running, Jogging & Walking
- Men's Clothing
- Exercise, Fitness & Yoga
- Women's Clothing

Sort by:   **Relevance**   Sales   Favorites   New   Price Low To High   Price High To Low



Compression Socks Athletic Sports Socks Crew Socks...
**USD $3.99** $21.98
★★★★★ 5.0   ♡ 2953
Ships in 24hrs



Socks Cycling Socks Bike Socks Sports Socks Men's Women's...
**USD $12.99** $25.98
★★★★★ 5.0   ♡



Compressprint Men and Women Cycling Socks Sports Socks...
**USD $2.99** $5.98
♡ 4
Ships in 24hrs



Socks Cycling Socks Men's Women's Outdoor Exercise Bi...
**USD $12.99** $25.98
♡



Socks Cycling Socks Men's Women's Outdoor Exercise Bi...
**USD $12.99** $25.98
♡



Socks Cycling Socks Bike Socks Sports Socks Men's Women's...
**USD $12.99** $25.98
♡ 3
Ships in 24hrs



Compression Socks Athletic Sports Socks Running Socks...
**USD $20.99** $41.98
♡
Ships in 24hrs



Socks Cycling Socks Outdoor Exercise Bike / Cycling...
**USD $12.99** $25.98
♡



Socks Cycling Socks Men's Women's Outdoor Exercise Bi...
**USD $12.99** $25.98
♡



Compression Socks Long Socks Over the Calf Socks Athletic...
**USD $12.99** $25.98
♡
Ships in 24hrs

Socks Crew Socks Cycling Socks Bike Socks Men's...
**USD $7.99** $15.98
♡
Ships in 24hrs



Compression Socks Long Socks Over the Calf Socks Athletic...
**USD $12.99** $25.98
♡ 1





 OUKU    🔒 Secure Payment

① Cart ——— ② **Place order** ——— ③ Pay

## Shipping Address

Add New Shipping Address

📍 ████████████████

33 W JACKSON BLVD,SUITE # 2W,Chicago,Illinois,60604,United States

Edit

## Payment Method

✓ 🅿️ PayPal

## Shipment Info

Duty & tax are exempted for shipment parcel less than 800 USD ⓘ

✓ **5 - 9 Business days shipping time**
US $5.04 ~~$5.98~~
Economy Air

Total Delivery Time = Processing Time + Shipping Time ⓘ



Compressprint Men and Women Cycling Socks Sports Socks Comprssion Running Socks Plantar Fasciitis Crew Socks Best Support for Athletic Running
Color - 1  Size - One-Size

US $2.99    X1

## Order Summary

Shipping Insurance ⓘ : US $0.50 ☑

Coupons    ⟩

Subtotal:    US $2.99
Other Fees ⓘ    US $6.42

**Grand Total**    **US $9.41**

Rewards ⓘ : Earn US $0.09

**Secure Pay**



Security with

PCI   VERIFIED by VISA   MasterCard. SecureCode.

By clicking 'Secure Pay', I confirm I have read and acknowledged Terms of Use and Privacy Policy.

                  



Copyright © 2006-2022 OUKU.com. All Rights Reserved.

   SHOP NOW >

| Help Center | Ship to : 🇺🇸 / $USD ⌄ | English ⌄



search **Search**

🛒 Favorites  Cart **0**

All Categories ⌄ | New Arrivals | Best Sellers | Men's Clothing | Women's Clothing

Home > My Orders > **Order Details**

## Order Details

Order Number: **2210200210165541**    Order Date: **2022-10-20 02:13:16**    Shipping Method: **Economy Air**

### Products Information

🎧 Customer Service ⌄

| Products | Status | Order Operation |
|---|---|---|
| **Estimated arrival date 2022-10-29 ~ 2022-11-04**  Compressprint Men and Women Cycling Socks Sports Socks Comprssion Run... Color: 1  Size: One-Size **US $2.99** x1 | 📋 Payment received | Track |

**Shipping Address**

▓▓▓▓▓▓▓

SUITE # 2W 33 W JACKSON BLVD
Chicago , Illinois , 60604
United States
▓▓▓▓

**Payment Method**

PayPal Express

**Billing Address**

▓▓▓▓▓▓

SUITE # 2W 33 W JACKSON BLVD
Illinois Chicago 60604
United States
▓▓▓▓

**Order Summary**

| | |
|---|---|
| Subtotal | US $2.99 |
| Shipping Charge | US $5.04 |
| Shipping Insurance | US $0.50 |
| Sales Tax | US $0.88 |
| **Grand Total** | **US $9.41** |

### Recommendations


Compression Socks
Athletic Sports Socks Cr...
**US $3.99** $21.98
⭐⭐⭐⭐⭐ 5.0    417 sold


Women's Men's UPF 50+
UV Sun Protection Zip U...
**US $3.99** $25.98
⭐⭐⭐⭐⭐ 5.0    725 sold


OUKU Men's Cycling
Jersey Short Sleeve...
**US $19.99** $39.98
⭐⭐⭐⭐⭐ 5.0    226 sold


Men's Hiking Cargo Shorts
Hiking Shorts Tactical...
**US $24.99** $49.98
⭐⭐⭐⭐⭐ 4.9    2,397 sold

Bike Gloves / Cycling
Gloves Mountain Bike...
**US $8.99** $17.98
⭐⭐⭐⭐⭐ 5.0    350 sold

Bike Bike Water Bottle
Cage Adjustable Portabl...
**US $1.99** $3.98
214 sold


Socks Crew Socks Cycling
Socks Bike Socks Men's...
**US $7.99** $15.98
166 sold


Men's Cycling Jersey Short
Sleeve Mountain Bike M...
**US $16.99** $39.98
⭐⭐⭐⭐⭐ 5.0    297 sold


Bike Gloves / Cycling
Gloves Mountain Bike...
**US $9.99** $19.98
⭐⭐⭐⭐⭐ 5.0    248 sold


Women's Sports Gym
Leggings Yoga Pants Hi...
**US $10.00** $42.00
803 sold


Men's Sweatshirt Pullover
Print Designer Basic...
**US $19.99** $49.08
⭐⭐⭐⭐⭐ 5.0    486 sold


Compression Socks Long
Socks Athletic Sports...
**US $10.99** $21.08
⭐⭐⭐⭐⭐ 5.0    158 sold


Men's Summer Hawaiian
Shirt Shirt Print Floral...
**US $16.99** $41.98
⭐⭐⭐⭐⭐ 5.0    2,925 sold


Miloto Men's Short Sleeve
Cycling Jersey Green...
**US $22.99** $49.98
⭐⭐⭐⭐⭐ 5.0    295 sold


Men's Hiking Shorts Cotton
Dark Grey Army Green...
**US $26.99** $69.98
⭐⭐⭐⭐⭐ 4.9    2,186 sold


Women's Hiking Jacket Ski
Jacket Fleece Winter...
**US $32.99** $105.98
499 sold

Men's Cargo Pants Elastic
Waist Multiple Pockets F...
**US $16.99** $45.98
⭐⭐⭐⭐⭐ 4.8    2,805 sold


Men's Cycling Jersey Long
Sleeve Mountain Bike M...
**US $16.99** $39.98
⭐⭐⭐⭐⭐ 5.0    355 sold



**Rapidmotion...**                                              - $9.41 USD
20 October 2022 . Payment

**Paid with**                          **Seller info**

PayPal balance                         ███ Rapidmotion PTE.LTD.

**Exchange rate**                      **Invoice ID**

███ ██ = $9.41 USD                     ouku-2210202280000143-10165541
█ ██ = 0.0163 USD
                                       **Purchase details**
**Ship to**
                                       Purchase amount              $9.41 USD
███████
33 W Jackson Blvd
#2W                                    **Total**                    **$9.41 USD**
Chicago, IL 60604
United States

**Transaction ID**

5BW9376437881954L

**Need help?**

If there's a problem, make sure to contact the seller through
PayPal by **18 April 2023**. You may be **eligible for purchase
protection**

11/10/22, 7:55 PM

Amazon.com: Compression Running Socks Sport Socks Breathable Road Bicycle Socks for Road Bicycle Racing Cycling Breathable (Color : 2, Size : 1 pair) : Everything Else



The Perfect Educational Holiday Gift for Kids

Cali's Books · 185 · $24.99 ✓prime



Share

Roll over image to zoom in

## Compression Running Socks Sport Socks Breathable Road Bicycle Socks for Road Bicycle Racing Cycling Breathable (Color : 2, Size : 1 pair)

Brand: BNNP

$36.82

Size: **One Size**

Color: **2**



| $36.82 | $36.82 | $36.82 |
| $36.82 | $36.82 | $36.82 |

- Special design of air out mesh vent on the instep makes the bike socks breathable and comfortable, optimizing the airflow and speed up sweat spreading out to keep your feet clean and dry even in summer.
- The arch support band is designed for greater control to provide the right support .Deep pocket heel keeps the socks always in place.
- Long leg length for maximum coverage.
- Whether you are enjoy road racing, mountain biking, spinning at the gym or outdoor.
- Our socks are hiking socks, it can also be used as cycling socks or sports socks, which are perfectly matched with sports shoes and casual shoes.

### $36.82

FREE delivery **December 5 - 27**. Details

Deliver to Bensenville 60106

In Stock

Qty: 100

**Add to Cart**

**Buy Now**

Secure transaction

Ships from    cuicuimiao
Sold by       cuicuimiao

Return policy: Returnable until Jan 31, 2023

Add to List

Have one to sell?

Sell on Amazon



Halloween Bat Tablecloths 54"x108...

$12.99 ✓prime

Sponsored

## Product Description

Product Name:Cycling socks
Material: Spandex +cotton
Size:   US,7-11;europe,37 -44
Quantity: 1 pair
Note:
1. Due to different light and screen, the color of the project may be slightly different from the picture.
2.Size may be slight inaccuracy due to different batches of the products, or hand measurement, thanks for your understanding!

## Product information

| Item Weight | 1.1 pounds |
| Department | unisex-adult |
| Manufacturer | BNNP |
| ASIN | B0B5MZCYS2 |
| Country of Origin | China |
| Date First Available | July 2, 2022 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Help others learn more about this product by uploading a video.

Upload your video

Sponsored ⓘ

## Looking for specific info?

Search product info, Q&A, reviews

🔍 Type a keyword

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Sponsored ⓘ

## Gift ideas inspired by your shopping history

Page 1 of 2








Mattel Games UNO Emojis Multicolor Basic Pack
⭐⭐⭐⭐ 12,098
$8.99
Get it as soon as **Wednesday, Nov 16**
FREE Shipping on orders over $25 shipped by Amazon

UNO The Office Card Game with 112 Cards & Instructions, Gift for Ki…
⭐⭐⭐⭐⭐ 4,344
$6.71
Get it as soon as **Wednesday, Nov 16**
FREE Shipping on orders over $25 shipped by Amazon

UNO Harry Potter Card Game Movie-Themed Deck with 112 Cards f…
⭐⭐⭐⭐⭐ 26,858
$6.49
Get it as soon as **Wednesday, Nov 16**
FREE Shipping on orders over $25 shipped by Amazon

UNO DARE Card Game with 112 Cards, Matching and Wild Dar…
⭐⭐⭐⭐ 16,102
$6.49
Was: $6.99
Get it as soon as **Wednesday, Nov 16**
FREE Shipping on orders over $25 shipped by Amazon

Hoyle 6 in 1 Fun Pack - Kids Card Games - Ages 3 & Up - Memory, Go…
⭐⭐⭐⭐ 15,553
Amazon's Choice in Card Games
$3.88-$16.95

Hasbro Gaming Jenga Mini Game, Brown/a
⭐⭐⭐⭐ 3,661
$5.19
List: $5.99
Get it as soon as **Wednesday, Nov 16**
FREE Shipping on orders over $25 shipped by Amazon

Re
Ho
Inc
Fis
⭐
$1

## Related to items you've viewed   See more

Page 1 of 6













Sun Smiley Face Foil Mylar Balloons Sunshi...
★★★★☆ 330
Amazon's Choice in Kids' Party Balloons
$9.59 ($1.92/Count)
Get it as soon as **Wednesday, Nov 16**
FREE Shipping on orders over $25 shipped by Amazon

BBRATS Emoji Theme Birthday Decoration Kit - 51Pcs Combo Balloon Set For Kids, Banner...
$30.00 ($0.59/Item)
Get it Nov 28 - Dec 2
$2.00 shipping

ZiYan Delightful Dolphin Microfoil Balloon, 38-Inches, Blue, 2-Unit
★★★★☆ 619
$9.99 ($5.00/Count)
Get it as soon as **Wednesday, Nov 16**
FREE Shipping on orders over $25 shipped by Amazon

2 Pcs Dolphin Shape Splash Giant Foil Mylar Balloons Birthday Part...
★★★★☆ 275
$8.99
Get it as soon as **Wednesday, Nov 16**
FREE Shipping on orders over $25 shipped by Amazon

4 Pieces 32 Inches Large Heart Shaped Balloons...
★★★★☆ 439
Amazon's Choice in Party Balloons
$8.99 ($2.25/Count)
Save 10%
Was: $9.99
Lowest price in 30 days
Get it as soon as **Wednesday, Nov 16**
FREE Shipping on orders over $25 shipped by Amazon

Creaides 6 Pack Coconut Palm Leaves Balloons Helium Foil Green Pal...
★★★★☆ 178
$11.98 ($2.00/Count)
Get it as soon as **Wednesday, Nov 16**
FREE Shipping on orders over $25 shipped by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Amazon Assistant
Help

---

**amazon**

English          United States

---

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Interest-Based Ads
© 1996-2022, Amazon.com, Inc. or its affiliates



Sort by: Featured ▾

**Brand**
BNNP



**RESULTS**



Compression Running Socks Sport Socks Breathable Road Bicycle Socks for Road Bicycle Racing Cycling Breathable (Color : 2, Size : 1 pair)
☆☆☆☆☆ No reviews
$36.82
FREE delivery **Dec 5 - 27**

Ankle Athletic Socks Bike Socks Outdoor Sport Socks Running Basketball Socks Compression Cycling Socks Red (Color : 2, Size : 1 pair)
☆☆☆☆☆ No reviews
$39.99
FREE delivery **Dec 5 - 27**

Ankle Athletic Socks Bike Socks Outdoor Sport Socks Running Basketball Socks Compression Cycling Socks Red (Color : 3, Size : 1 pair)
☆☆☆☆☆ No reviews
$39.99
FREE delivery **Dec 5 - 27**



Sponsored ⓘ
**Swiftwick**
MAXUS ZERO Tab (3 Pairs) Running & Golf Socks, Maximum Cushion
★★★★☆ ∨ 928

**MORE RESULTS**



Ankle Athletic Socks Bike Socks Outdoor Sport Socks Running Basketball Socks Compression Cycling Socks Red (Color : 5, Size : 1 pair)
☆☆☆☆☆ No reviews
$39.99
FREE delivery **Dec 5 - 27**

Ankle Athletic Socks Bike Socks Outdoor Sport Socks Running Basketball Socks Compression Cycling Socks Red (Color : 4, Size : 1 pair)

# amazon

## Checkout (100 items)



**1  Shipping address**                                                    Change

███████
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
Add delivery instructions

**2  Payment method**        MasterCard ending in ███████        Change

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**3  Offers**

**4  Review items and shipping**

| FREE TRIAL |
| --- |

███████, we're giving you 30 days of Prime benefits for FREE    [ Try Prime FREE for 30 days › ]

**Estimated delivery: Dec. 5, 2022 - Dec. 27, 2022**
Items shipped from cuicuimiao



Compression Running Socks Sport
Socks Breathable Road Bicycle Socks
for Road Bicycle Racing Cycling
Breathable (Color : 2, Size : 1 pair)
**$36.82**
[ 100 ]
Sold by: cuicuimiao

Gift options not available

**Choose a delivery option:**
◉ **Monday, Dec. 5 - Tuesday, Dec. 27**
FREE  Shipping

---

[ Place your order ]    **Order total: $3,977.00**

By placing your order, you agree to Amazon's privacy notice and conditions of use.



[ Place your order ]

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

### Order Summary

| | |
| --- | --- |
| Items (100): | $3,682.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $3,682.00 |
| Estimated tax to be collected:* | $295.00 |
| **Order total:** | **$3,977.00** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



amazon | Deliver to Bensenville 60106 | All ▾ | Compression Running Socks | 🔍 | English ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders ▾ | 🛒 0

☰ All | Early Black Friday Deals | Holiday Gift Guide | Best Sellers | Amazon Basics | Prime ▾ | Customer Service | New Releases | Books | prime THURSDAY NIGHT FOOTBALL | 12:08:22

Enerwear-Coolmax Men's 6 Pack Outdoor Hiking Crew Socks (10-13/Shoe: 6-12, Mix Color 4) | 57 | $19.99 prime

‹ Back to results

Sponsored ⓘ

Share



Roll over image to zoom in

## Ankle Athletic Socks Bike Socks Outdoor Sport Socks Running Basketball Socks Compression Cycling Socks Red (Color : 2, Size : 1 pair)
Brand: BNNP

$39⁹⁹

- Arch compression support and stability to reduce foot fatigue, and protect feet muscle from injured.
- It's soft and thick, cushioned footbed,Reinforced heel and toe.
- Mid crew socks: not too thick or too thin, warm in winter and breathable in summer.
- 8 Different colors for your choice, you can choose the right color according your matched clothes.
- The workout sock is suit for any sport activity, football, basketball gym, cycling, running, hiking, travel, jogging and everyday use.

NELEUS Men's 3 Pack Dry Fit Compression Tank Top
5,404
$24.88 prime

Sponsored ⓘ

$39⁹⁹

FREE delivery **December 5 - 27**.
Details

📍 Deliver to Bensenville 60106

In Stock

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from cuicuimiao
Sold by cuicuimiao

Return policy: Returnable until Jan 31, 2023 ▾

Add to List

Have one to sell?
Sell on Amazon



Enerwear 10P Pack Men's Cotton...
228
$19.99 prime

Sponsored ⓘ

## 4 stars and above
Sponsored ⓘ

Page 1 of 51







| Swiftwick- ASPIRE TWO Running & Cycling Socks, Firm Compression Fit (Black, Large) | 3 Pairs Compression Socks for Women and Men 20-30mmHg -- Circulation and Muscle... | No Show Sports Compression Running Socks for Men Women Circulation 4-pairs,... | Go2Socks Compression Socks for Men Women Nurses Runners 20-30mmHg Medical... | Swiftwick- MAXUS (3 Pairs) Golf & Run Socks, Maximum Cu (Black, Large) |
|---|---|---|---|---|
| ★★★★★ 160 | ★★★★☆ 13,207 | ★★★★☆ 332 | ★★★★☆ 5,935 | ★★★★☆ 67 |
| $15.29 prime | $16.99 ($5.66/Count) prime | $19.88 ($4.97/Count) prime | $16.95 prime Save 10% with coupon (some sizes/colors) | $43.32 ($14.44/C... |

## Products related to this item
Sponsored ⓘ

Page 1 of 35








| Swiftwick- ASPIRE TWO (3 Pairs) Running & Cycling Socks, Firm Compression Fit (Blac... | HLTPRO Plus Size Compression Socks for Women & Men(4 Pairs) - Best Support for Medi... | Baisky Cycling Light Sports Crew Socks-Soda(23-26CM)-Training Mid Calf Socks for Bi... | Swiftwick- ASPIRE ZERO (3 Pairs) Running Socks, Cycling Socks, Compression Fit (Hi... | Go2Socks Compression Socks for Men Women Nurses Runners 20-30mmHg Medical... | CelerSport 3 Pairs Compression Socks for Men and Women 20-30 mmHg Running... |
|---|---|---|---|---|---|
| ★★★★★ 24 | $29.99 ($7.50/Count) | ★★★★☆ 14 | ★★★★★ 571 | ★★★★☆ 5,935 | ★★★★☆ 6,062 |
| $43.32 prime | prime Save 10% with coupon | $5.99 | $43.32 prime | $16.95 prime Save 10% with coupon (some sizes/colors) | $16.95 ($5.65/Count) prime |

## Product Description

Product Name:Cycling socks
Material: Spandex +cotton
Size:　US,7-11;europe,37 -44
Quantity: 1 pair
Note:



‹ Back to results



Roll over image to zoom in

Share

## Ankle Athletic Socks Bike Socks Outdoor Sport Socks Running Basketball Socks Compression Cycling Socks Red (Color : 3, Size : 1 pair)

Brand: BNNP

$39.99

- Arch compression support and stability to reduce foot fatigue, and protect feet muscle from injured.
- It's soft and thick, cushioned footbed,Reinforced heel and toe.
- Mid crew socks: not too thick or too thin, warm in winter and breathable in summer.
- 8 Different colors for your choice, you can choose the right color according your matched clothes.
- The workout sock is suit for any sport activity, football, basketball gym, cycling, running, hiking, travel, jogging and everyday use.

$39.99

FREE delivery **December 5 - 27**. Details

Deliver to Bensenville 60106

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

Secure transaction

Ships from    cuicuimiao
Sold by    cuicuimiao

Return policy: Returnable until Jan 31, 2023

**Add to List**


NELEUS Men's 3 Pack Dry Fit Compression Tank Top
5,404
$24.88 prime
Sponsored

Have one to sell?
**Sell on Amazon**

Enerwear 10P Pack Men's Cotton...
228
$19.99 prime
Sponsored

## 4 stars and above
Sponsored

Page 1 of 51

    

| Swiftwick- ASPIRE TWO Running & Cycling Socks, Firm Compression Fit (Black, Large) | 3 Pairs Compression Socks for Women and Men 20-30mmHg--- Circulation and Muscle... | Go2Socks Compression Socks for Men Women Nurses Runners 20-30mmHg Medical... | No Show Sports Compression Socks for Men Women Circulation 4-pairs,... | Swiftwick- ASPIRE 2 (3 Pairs) Running So Cycling Socks, Compression Fit (Hi |
|---|---|---|---|---|
| ★★★★★ 160 | ★★★★☆ 13,207 | ★★★★☆ 5,935 | ★★★★☆ 332 | ★★★★★ 571 |
| $15.29 prime | $16.99 ($5.66/Count) | $16.95 Save 10% with coupon (some sizes/colors) | $19.88 ($4.97/Count) prime | $43.32 prime |

## Products related to this item
Sponsored

Page 1 of 35

     

| Swiftwick- ASPIRE TWO (3 Pairs) Running & Cycling Socks, Firm Compression Fit (Blac... | HLTPRO Plus Size Compression Socks for Women & Men(4 Pairs) - Best Support for Medi... | 3 Pairs Compression Socks for Women and Men 20-30mmHg--- Circulation and Muscle... | Low Cut Compression Socks for Men and Women (6 Pairs), No Show Ankle Running... | Go2Socks Compression Socks for Men Women Nurses Runners 20-30mmHg Medical... | Baisky Cycling Light Sports Crew Socks-Soda(23-26CM)-Training Mid Calf Socks for Bi... |
|---|---|---|---|---|---|
| ★★★★☆ 24 | $29.99 ($7.50/Count) | ★★★★☆ 13,207 | ★★★★★ 53,481 | ★★★★☆ 5,935 | ★★★★☆ 14 |
| $43.32 prime | prime Save 10% with coupon | $16.99 ($5.66/Count) prime | **#1 Best Seller** $19.99 ($3.33/Count) prime Save 5% with coupon (some sizes/colors) | $16.95 prime Save 10% with coupon (some sizes/colors) | $5.99 |

## Product Description

Product Name:Cycling socks
Material: Spandex +cotton



### XKUN Sock Men Cycling Socks Breathable Basketball Running Football Socks Professional Sport Riding Socks Women 5Pc

Brand: XKUN

$30⁹⁹

**Color: G1pink**

- Gender:MEN
- Finger-separated:No
- Sport Type:Cycling
- Material:Nylon Good Quality
- EU size 39-46 , US size 7-12, Suitable for foot length 24-28 cm

Report incorrect product information.

**SAVE $10** when you try Amazon pickup
Our pickup locations are convenient and will keep your packages safe until you're ready to get them. Size and weight restrictions may apply. Find out more

Roll over image to zoom in

$30⁹⁹
$68.34 delivery **December 5 – 27**. Details

Deliver to ■ - Naperville 60564

**In Stock.**

Qty: 30

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    GYHZ STORE
Sold by       GYHZ STORE

Return policy: Returnable until Jan 31, 2023

Add to List

Have one to sell?

Sell on Amazon

## Product Description

Hose Height:Knee-High
Note: Due to the difference between different monitors, the picture may not reflect the actual color of the item.

## Product information

### Technical Details

| Brand Name | XKUN |
|---|---|
| Color | G1pink |
| Suggested Users | Miss |
| Manufacturer | XKUN |
| Part Number | 3182597064294 |
| Outer Material | Cotton |
| Size | A |

### Additional Information

| ASIN | B09X2F7RW7 |
|---|---|
| Date First Available | April 2, 2022 |

### Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

Search product info, Q&A, reviews

Type a keyword

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› View or edit
your browsing
history





1-16 of 33 results for **"Men Cycling Socks"**

Sort by: Featured

**Brand**
XKUN
Ukko

## RESULTS

Price and other details may vary based on product size and color.



XKUN Sock Men Cycling Socks Breathable Basketball Running Football Socks Professional Sport Riding Socks Women 5Pc

$**30**⁹⁹

Get it **Fri, Dec 2 - Fri, Dec 23**
$5.18 shipping



XKUN Sock Cycling Socks Men Women Bike Sports Socks Breathable Road Bicycle Socks Outdoor Racing Socks 4Pc

$**33**⁹⁹

Get it **Fri, Dec 2 - Fri, Dec 23**
$5.18 shipping



UKKO Warm Socks 5 Pairs/Set Winter Warm Wool Socks Men Corrugated National Style Crew Men Socks Thicken

$**24**⁹⁹

Get it **Fri, Dec 2 - Fri, Dec 23**
$5.18 shipping




Sponsored ⓘ
**GripGrab**
Classic Regular Cut Summer Cycling Socks Single & Multipack Bicycle Socks...
★★★★☆ ⌄ 1,014

## MORE RESULTS



UKKO Warm Socks Business Men Wool Socks Thicken Men's Socks Warm Retro National Style Small Square for Snow Boots 5 Pairs/Lot

$**25**⁹⁹

Get it **Fri, Dec 2 - Fri, Dec 23**
$5.18 shipping



UKKO Warm Socks 3Pc Winter Warm Men's Thickened Warm Cashmere Snow Warm Socks Seamless Terry Boots Floor Sleeping Socks Men

$**22**⁹⁹

Get it **Fri, Dec 2 - Fri, Dec 23**
$5.18 shipping



UKKO Warm Socks Winter Socks for Men Set Warm Short Cotton Business White Black 5 Pairs Dress Socks

$**23**⁹⁹

Get it **Fri, Dec 2 - Fri, Dec 23**



Checkout (**30 items**)

1  **Shipping address**          ▓▓▓▓▓▓▓          **Change**
                                 28W700 PERKINS CT
                                 NAPERVILLE, IL 60564-9579
                                 Add delivery instructions

2  **Payment method**   Debit ending in ▓▓▓          **Change**
                        Billing address: Same as shipping address.
                        ^ Add a gift card or promotion code or voucher
                        [ Enter code          ]  [ Apply ]

3  **Offers**                                        **Change**

4  **Review items and shipping**



┌─────────────────────────────────────────────┐
│ FREE TRIAL                                    │
│                                               │
│ ▓▓▓▓ we're giving you 30 days of Prime        │
│ benefits for FREE            [ Try Prime FREE │
│                                for 30 days > ]│
└─────────────────────────────────────────────┘

**Estimated delivery: Dec. 5, 2022 - Dec. 27, 2022**
Items shipped from GYHZ STORE

XKUN Sock Men Cycling Socks          **Choose a delivery option:**
Breathable Basketball Running        ◉ **Monday, Dec. 5 - Tuesday, Dec. 27**
Football Socks Professional Sport       $68.34 - Shipping
Riding Socks Women 5Pc-G1Pink
**$30.99**
[ 30 ]
Sold by: GYHZ STORE

Gift options not available

---

[ **Place Your Order and Pay** ]          **Order total: $1,070.04**

You'll be securely redirected to MasterCard to complete    By placing your order, you agree to Amazon's privacy notice and
this transaction.                                          conditions of use.



[ **Place Your Order and Pay** ]

You'll be securely redirected to
MasterCard to complete this
transaction.

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

Items (30):                        $929.70
Shipping & handling:               $68.34

Total before tax:                  $998.04
Estimated tax to be
collected:*                        $72.00

**Order total:**                   **$1,070.04**

How are shipping costs calculated?
Why didn't I qualify for free shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Clothing, Shoes & Jewelry › Sport Specific Clothing › Cycling



Roll over image to zoom in

### LHYLHY Gir Cycling Socks Compression Socks Men and Women Soccer Socks Sports Basketball Socks 14 Color (Color : Black, Size : One Size)

Brand: LHYLHY

**$28**<sup>39</sup>

Get $60 off instantly: Pay $0.00 $28.39 upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: **One Size**

Color: **Black**

- Material: nylon and polyester
- Size: (36-47)
- Color: as shown (optional)
- stripes shows your personality. Whether it's a regular bike, racing, running or other sports, all provide you with comfortable wearing experience.

🚩 Report incorrect product information.



**$28**<sup>39</sup>

FREE delivery **December 2 - 23.**
Details

📍 Deliver to ▮▮▮▮ - Glenview 60026

**In Stock.**

Qty: 50 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from      mijnhw
Sold by        mijnhw

Return policy: Returnable until Jan 31, 2023 ▾

Add to List

Have one to sell?

Sell on Amazon



KUUQA 12 Pack Drawstring Backpa...
481
**$15**<sup>98</sup> ✓prime

Sponsored ⓘ

## Product Description

Description: The difference between a pair of socks is very small, which can show personality.Theadvantages of Cycling Socks are self-evident: air permeability, moisture absorption and perspiration, skin friendly, wear-resistant
which will bring you a pleasant sports experience.
Elastic cuffs keep socks in place, breathable instep, durable heel and
Ring Toe reduce friction. A pair of socks with slightly different

## Product information

| Item Weight | 2.45 pounds |
|---|---|
| Manufacturer | LHYLHY |
| ASIN | B09PBKY78Y |
| Country of Origin | China |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ▾

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Based on your recent views

Sponsored ⓘ

 








Castlevania Black & White Comic Panels T-Shirt
⭐⭐⭐⭐⭐ 27
$22.99 ✓prime

Portland Long Sleeve T-Shirt
$23.99 ✓prime

Portland Long Sleeve T-Shirt
$23.99 ✓prime

Portland Long Sleeve T-Shirt
$23.99 ✓prime

Mens Womens T-Shirt Ghost Cotton Pirate Costume Grog Tee - Unisex Monkey Shirt...
⭐⭐⭐⭐½ 4
$9.95

Berserk! T-Shirt
⭐⭐⭐⭐½ 2
$19.99 ✓prime



KUUQA 40Pcs Green Drawstring Backpack Bag Bulk Sack Drawstring Bags Bulk String Bags Storage Bags f...
196
$34.98 ✓prime
⭐⭐⭐⭐½

Sponsored ⓘ

## Looking for specific info?

Search product info, Q&A, reviews

🔍 Type a keyword

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



KUUQA 40Pcs Green Drawstring Backpack Ba...
196
$34.98 ✓prime        Shop now

Sponsored ⓘ

Add funds to track your spending     amazon reload
Learn more ▸

Sponsored ⓘ

### Because you considered similar items                    Page 1 of 4








**Wham-O Mini Frisbee Golf Disc Indoor and Outdoor Toy Set, Whit...**
⭐⭐⭐⭐ 1,618
$23.99
Get it Nov 15 - 17
FREE Shipping
Only 8 left in stock - order...

**Wham-O Pro-Classic U-Flex Frisbee 130g colors and styles vary**
⭐⭐⭐⭐ 540
$11.59
Was: $12.95

**Discraft 175 gram Ultra Star Sport Disc**
⭐⭐⭐⭐⭐ 18,127
$8.50 - $27.99

**Franklin Sports Disc Golf Baskets - Portable Disc Golf Target with Chains Included - Disc Golf...**
⭐⭐⭐⭐ 2,965
$62.99 - $148.60

**Wham-O World Class Freestyle Frisbee 160g**
⭐⭐⭐⭐ 85
Amazon's Choice in Flying Discs
$14.85
Get it as soon as Monday, Nov 14
FREE Shipping on orders over $25 shipped by Amazon

**K-Roo Sports Little Flyers Family Disc Golf...**
⭐⭐⭐⭐ 234
Amazon's Choice in Disc Golf Targets
$36.99
List: $41.99
Get it as soon as Monday, Nov 14
FREE Shipping on orders over $25 shipped by Amazon

## Related to items you've viewed   See more

Page 1 of 4









**Castlevania Vintage Movie Poster Wall Art Print For Room Office Home Decoration -...**
$14.95
Get it Nov 16 - 21
$4.99 shipping

**Castlevania (2018) Movie Gloss Poster – Poster Vintage Metal Tin Sign Retro Funny Tin Sign f...**
$9.98
Get it Dec 5 - 27
$4.89 shipping

**Rare Poster Netflix Castlevania 12"x18" zolto poster**
$4.00
Get it Dec 2 - 14
$5.99 shipping

**SAVA 75294 Castlevania Anime Comic Art Wall Art Decor Wall 32x24...**
⭐⭐⭐⭐⭐ 2
$16.95
Get it Dec 5 - 27
$9.95 shipping

**Castlevania Season 3 Fanart Canvas Art Poster and Wall Art Picture Print Modern Family...**
$33.00
Get it Dec 2 - 22
$3.00 shipping

**Xishang Art Castlevania Canvas Prints Anime Poster Wall Art for Ho...**
⭐⭐⭐⭐⭐ 2
$14.99
Get it Dec 2 - 22
FREE Shipping

## Your Browsing History   View or edit your browsing history

Page 1 of 4














Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Amazon Assistant
Help

 English    United States

| | | | | | |
|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances |



**AMAZON**

Deliver to
Glenview 60026

mijnhw ▾ | Gir Cycling Socks

English | Hello,
Account & Lists ▾

Returns
& Orders

🛒 0

☰ All | Amazon Basics | Beauty & Personal Care | Customer Service | Pet Supplies | Pharmacy | Amazon Home | Coupons | Health & Household

1 result for **"Gir Cycling Socks"**

Sort by: Featured ▾

**Brand**
LHYLHY

## RESULTS
Price and other details may vary based on product size and color.

LHYLHY Gir Cycling Socks Compression Socks Men and Women Soccer Socks Sports Basketball Socks 14 Color...

$28.39

Get it **Fri, Dec 2** - **Fri, Dec 23**

FREE Shipping



Sponsored ⓘ
**Hylaea**
Men & Women Quarter Athletic Running Socks No Blister,...
⭐⭐⭐⭐½ ▾ 202



Sponsored ⓘ
**ReflecToes**
High Reflective Cycling and Running Socks - Night Safety
⭐⭐⭐⭐½ ▾ 414

## NEED HELP?

Visit the help section or contact us


Sponsored ⓘ

**Customers who viewed items in your browsing history also viewed**

 **amazon**

# Checkout (50 items)                                        🔒

---

**1   Shipping address**   ⬛                                         Change
      1851 TOWER DR
      GLENVIEW, IL 60026-7783
      Add delivery instructions

---

**2   Payment method**   💳 MasterCard ending in ▮▮▮▮            Change
      Billing address: Same as shipping address.

      ⌃ Add a gift card or promotion code or voucher

      [ Enter code          ]   [ Apply ]

---

**3   Offers**                                                       Change

---

**4   Review items and shipping**

┌─────────────────────────────────────────────────────────────┐
│  **FREE TRIAL**                                               │
│                                                               │
│  ⬛, we're giving you 30 days of Prime benefits  [ Try Prime  │
│  for FREE                                          FREE for 30 days ➤ ] │
└─────────────────────────────────────────────────────────────┘

**Estimated delivery: Dec. 2, 2022 - Dec. 23, 2022**
Items shipped from mijnhw



**LHYLHY Gir Cycling Socks**          **Choose a delivery option:**
**Compression Socks Men and**         🔘 **Friday, Dec. 2 - Friday, Dec. 23**
**Women Soccer Socks Sports**             FREE Shipping
**Basketball Socks 14 Color**
**(Color : Black, Size : One**
**Size)**
**$28.39**
[ 50 ]
Sold by: mijnhw

Gift options not available

---

[ **Place Your Order and Pay** ]          **Order total: $1,558.00**
                                           By placing your order, you agree to Amazon's
You'll be securely redirected to MasterCard   privacy notice and conditions of use.
to complete this transaction.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Sidebar:**

[ **Place Your Order and Pay** ]

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items (50): | $1,419.50 |
| Shipping & handling: | $0.00 |
| Total before tax: | $1,419.50 |
| Estimated tax to be collected:* | $138.50 |
| **Order total:** | **$1,558.00** |

How are shipping costs calculated?



Sell on AliExpress ▾    Help ▾    Buyer Protection    📱 App    🇺🇸 Bensenville / English / USD ▾        ♡ Wish List    👤 Account ▾

**AliExpress**    **BodyChum Dropshipping Store** ▾
97.7% Positive feedback        + Follow
                              387 Followers

I'm shopping for...        🛒 0
On AliExpress    In this store

Store Home    Products ▾    Sale Items    Top Selling    Feedback



Football Socks Round Silicone Suction Cup Grip Anti Slip Soccer Socks Sports Men Women Baseball Rugby Compression Socks

🔶 Extra 3% Off

**US $9.49**    US $14.60    -35%

Store Discount: Buy 2 get 2% off ▾

US $2.00 Off Store Coupon    Get coupons

Color: 3 pairs

Quantity:
−  600  +    991 Pieces available

Ships to 📍 Bensenville, Illinois, United States

**Free Shipping**
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Sep 27                    More options ▾

**Buy Now**        **Add to Cart**        ♡

✓ 75-Day Buyer Protection        🔄 Free Return
  Money back guarantee            Return for any reason within 15 days



*Body Dropshipping Store*
24h fast processing    Fast shipping    Promotions    US warehouse

**BodyChum Dropshi...**
97.7% Positive Feedback
387 Followers
💬 Contact
+ Follow    Visit Store

**Store Categories**
· Gloves, scarf, hat
· Men Shapers
· Socks
▾ Women Shapers
  Waist Cinchers
  bra
  Top
  Control Panties
  Others

**Top Selling**

US $8.09
48 Sold

| **DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item |

Mens Slimming Shaper Posture Vest Male Belly
USD 6.90/piece

2021 New Sexy Straps Bras Cross Back
USD 13.55/piece

Bodychum Print Floral Sexy One Piece
USD 16.86/piece

1 Pair Plantar Fasciitis Socks Ankle
USD 3.06/piece

Print Floral One Piece Swimsuit Women
USD 15.25/piece

Women Shapewear Sculpting Bodysuits
USD 8.09–16.86/piece

Men's Slim Lift Burn Sweat Vest Waist
USD 5.84–11.65/piece

Women High Waist Butt Lifter Panties
USD 8.85–13.80/piece

**Description:**
The difference between a pair of socks is very small, which can show personality.
**The advantages of Cycling Socks are self-evident:**
air permeability, moisture absorption and perspiration, skin friendly, wear-resistant and antibacterial, which will bring you a pleasant sports experience. Elastic cuffs keep socks in place, breathable instep, durable heel and Ring Toe reduce friction. A pair of socks with slightly different stripes shows your personality. Whether it's a regular bike, racing, running or other sports, all provide you with comfortable wearing experience.
**Specifications:**
Material:nylon and polyester
Size: I (36-47)
Color: as shown (optional)

US $6.90
★ 4.9                    69 Sold



US $3.06
★ 4.6                    26 Sold

US $10.15
15 Sold

US $6.10
★ 5.0                    7 Sold

View More ›







# Dropshipping & Wholesale

* Fast Processing - Within 24 hours
* 3 Warehouse Available - US/UK/CN
* Fast delivery from US warehouse - 3 to 7 days
* Ship Without Any Invoice, Promotion
* Refund & Resend Policy

## Shipment

Pack your order at our warehouse → Transport to transfer station → Ship by air

↓

Deliver to your hand ← Sent to you ← Customs Clearance

1. Tracking information will usually be updated in 24-72 hours, you can track it in this website : https://www.17track.net/en or https://global.cainiao.com/
2. Normally it will takes 10-45 days to arrive, the speed of customs clearance & shipping in buyers country that decides it arrive faster or delay, please understand.

## Return&Refund

1.Order Cancellation
You may cancel your order anytime before the order is processed. Once a product is shipped, We can't accept the cancellation or exchange the order. If you want to cancel the order, Please kind to choose the reason due to buyer or the other reason.

2. Order Exchange Or Return
If the product you receive is not as described or low quality, the seller promises that you may return it before order completion (when you click "confirm order received" or exceed confirmation timeframe) and receive a full refund. The return shipping fee will be paid by you.

## Feedback



Please give us positive feedback with 5 stars if you are satisfied with our item or service
If you are unsatisfied or any problems, Please contact us before leaving the negative feedback or open dispute, we are willing to help and offer solution. Thank you!



## Service




**ON LINE**

Monday to Saturday
Beijing Tome:09:00-18:00;
New York Time 20:00-05:00;
Melbourne Tome 12:00-21:00;
London Time 01:00-10:00;
Please feel free to contact us at any time.
We will reply ASAP.

**No Feedback.**

**More To Love**


2021 Thigh High Compressio...
US $2.31
8 sold ⭐ 5
Free Shipping


Men Sports Tube Socks with ...
US $1.59


New Football Socks Anti Slip ...
US $1.28
Daily Save: $6.00 off
22 sold


merino biking socks High coo...
US $2.72
2 sold


Animal 5D Diamond Art Paint...
US $14.67
Free Shipping


Men Sports Tube Soccer Sock...
US $1.63


5 Pairs Compression Socks M...
US $34
Daily Save: $6.00 off
2 sold
Free Shipping
Free Return


New Men&#39;s Sports Sock...
US $1.21
1 sold


Professional Sport Cycling So...
US $4.5
1 sold


Merry Christmas Decorations...
US $0.99
300 sold ⭐ 5

1 Pair Men Silicone Anti-Slip F...
US $1.46


Men Anti-Slip Football Socks ...
US $3.05
6 sold ⭐ 4.5
Free Shipping


1Roll 2.5/5/10cm*4.8m Gauz...
US $0.21
8039 sold ⭐ 4.9


1Pairs Casual Men Sports Soc...
US $4.09
12 sold
Free Shipping


3 Pairs/Box Streetwear Grim...
US $9.41
Free Shipping




Elite Athletic Sport Socks Nyl...



Sell on AliExpress ⌄   Help ⌄   Buyer Protection   📱 App    🇺🇸 Bensenville / English / USD ⌄    ♡ Wish List   👤 Account ⌄



**BodyChum Dropshipping Store**
97.7% Positive feedback

+ Follow
387 Followers

I'm shopping for...   🛒 ⁰

On AliExpress   In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback





Football Socks Round Silicone Suction Cup Grip Anti Slip Soccer Socks Sports Men Women Baseball Rugby Compression Socks

🔶 Extra 3% Off

**US $9.49** ~~US $14.60~~ -35%

Store Discount: Buy 2 get 2% off ⌄

US $2.00 Off Store Coupon   Get coupons

Color: 3 pairs



Quantity:
− 600 +   991 Pieces available

Ships to 📍 Bensenville, Illinois, United States

**Free Shipping**
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Sep 27    More options ⌄

**Buy Now**   **Add to Cart**   ♡

✓ **75-Day Buyer Protection**
Money back guarantee

◎ **Free Return**
Return for any reason within 15 days

---

 **Body Dropshipping Store**    24h fast processing   Fast shipping   9mreturns   US warehouse

**BodyChum Dropshi...**
97.7% Positive Feedback
387 Followers
💬 Contact
+ Follow   Visit Store

**Store Categories**
· Gloves, scarf, hat
· Men Shapers
· Socks
▾ Women Shapers
   Waist Cinchers
   bra
   Top
   Control Panties
· Others

**Top Selling**



**US $8.09**
48 Sold



| DESCRIPTION | CUSTOMER REVIEWS (0) | **SPECIFICATIONS** | Report Item |
|---|---|---|---|

| | |
|---|---|
| Sexually Suggestive: No | Origin: Mainland China |
| Material: nylon | Pieces: 1pc |
| Obscene Picture: No | Pattern Type: Solid |
| Item Type: Stockings | Gender: WOMEN |
| Thickness: STANDARD | Gender: MEN |
| High: Crew | Sock Type: Casual |
| Socks Tube Height: Middle Tube | |

**More To Love**


2021 Thigh High Compressio...
US $2.31
8 sold ⭐ 5
Free Shipping


Men Sports Tube Socks with ...
US $1.59


New Football Socks Anti Slip ...
US $1.28
Daily Save: $6.00 off
22 sold


merino biking socks High coo...
US $2.72
2 sold


Animal 5D Diamond Art Paint...
US $14.67
Free Shipping
AD


Men Sports Tube Soccer Sock...
US $1.63


5 Pairs Compression Socks M...
US $34
Daily Save: $6.00 off
2 sold
Free Shipping


New Men&#39;s Sports Sock...
US $1.21
1 sold


Professional Sport Cycling So...
US $4.5
1 sold


Merry Christmas Decorations...
US $0.99
300 sold ⭐ 5



### Store Categories

- Gloves, scarf, hat
- Men Shapers
- Socks
- Women Shapers
  - Waist Cinchers
  - bra
  - Top
  - Control Panties

## Seller Feedback



**Seller Summary**

| | |
|---|---|
| Seller: | **BodyChum Dropshipping Store** |
| Positive Feedback (Past 6 months): | **97.7%** |
| AliExpress Seller Since: | **09 Aug 2019** |

**Detailed seller ratings**

| | | |
|---|---|---|
| Item as Described : | ★★★★★ **4.7** (45 ratings) | 0.84% Higher than other sellers |
| Communication : | ★★★★★ **4.8** (45 ratings) | 1.88% Higher than other sellers |
| Shipping Speed : | ★★★★★ **4.8** (45 ratings) | 3.28% Higher than other sellers |

**Feedback History**

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 1 | 3 | 42 |
| Neutral (3 Stars) | - | - | 2 |
| Negative (1-2 Stars) | - | - | 1 |
| Positive feedback rate | 100.0% | 100.0% | 97.7% |



**Seller (Past 6 months)** | Feedback Received as a Seller

Viewing 1 - 1                                                    ‹ Previous | **1** | Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| R***l | Thermal Cotton Heated Socks Men Wom...<br><br>1 piece | ★☆☆☆☆  26 Mar 2022 16:09<br>Socks do not heat. Do not buy them. |

‹ Previous | **1** | Next ›

### Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category







# AliExpress

## Shipping Address

Change

████████  ████████
1001 Foster Ave
Bensenville, Illinois, United States, 60106

## Payment Methods

Bank Transfer — Wire Transfer

ⓘ To pay by wire transfer using your bank account, you need to visit your nearest bank branch with the wire transfer information. **Change**
Your payment will be completed 7 business days after you have finished the money transfer.

### BodyChum Dropshipping Store

Football Socks Round Silicone Suction Cup Grip Anti Slip Soccer Socks Sports Men Women ...
3 pairs,China

US $9.49

−  600  +

**Free Shipping**
Estimated delivery on **Sep 27**                                                           ›



## Summary

| | |
|---|---|
| Total item costs | US $5,694.00 |
| ♦ Discounts | -US $227.76 ⌄ |
| Promo Code | Enter code here ⌄ |
| Total shipping | Free |
| Tax ⓘ | US $437.31 |
| **All Total** | **US $5,903.55** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged the **all terms and policies**.

🛡 AliExpress

AliExpress keeps your information and payment safe

---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

🎮 Google Play　　🍎 App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Buyer Protection   Suggestion   Help     Save big on our app!   Ship to 🇺🇸 / USD   Language ⌄

**AliExpress**

I'm shopping for...  🔍    Cart 0   Wish List

Home > Orders > Order details

**Account**

Overview

**Orders**

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

---

**Awaiting payment**

Without payment, this order will be canceled in **12 days**

[ Pay now ]   [ Pay with TT ]   [ Cancel order ]



📍 ▮▮▮▮▮▮

1001 Foster Ave
Bensenville, Illinois, United States, 60106 ⌄

Order ID: 8154801989944909   Copy
Order placed on: Sep 1, 2022

🏬 BodyChum Dropshipping Store 💬

Football Socks Round Silicone Suction Cup Grip Anti Slip Soccer Socks Sports Men Women Baseball Rugby Compr...
3 pairs, China
US $9.49   x600
🛡 Free Return

| | |
|---|---|
| Subtotal | US $5,694.00 ⌃ |
| Shipping | Free shipping |
| Store Discount | -US $227.76 |
| Tax | US $437.31 |
| **Total** | **US $5,903.55** |

**More to love**

| Unisex New Sport Women ... | Men Women Cycling Outd... | Anti Slip Football Socks No... | New Sports Anti-skid Socc... |
|---|---|---|---|
| US $2.03 | US $2.99 | US $2.7 | US $0.75 |
| 17 sold ⭐5 | 2 sold | 12 sold ⭐5 | 159 sold ⭐5 | 42 sold ⭐4.8 |
| | Free Shipping | Free Shipping | Free Shipping | Daily Save: $6.00 off |
| | | | | Free Return |

New Football Socks Men a...
US $3.25

---

**AliExpress Mobile App**
Search Anywhere, Anytime!

[QR code]

Scan or click to download

---

**Help**

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091 33010802002248号

 Need Help?

**Halloween Fest**    **Halloween costumes**
From vampires to the cutest bunnies ever        Shop now

Sell on AliExpress ▾    Help ▾    Buyer Protection    App     / Naperville / English / USD ▾    ♡ Wish List    👤 Account ▾

**AliExpress**    Celebration Gifts Store ▾    + Follow    I'm shopping for...    🛒 0    On AliExpress    In this store
92.4% Positive feedback    95 Followers

Store Home    Products ▾    Sale Items    Top Selling    New Arrivals    Feedback



Unisex New Sport Women Compression Bike Socks Men Mountain Cycling Socks Professional Racing Socks

★★★★★ 5.0 ▾    10 Reviews    22 orders

**US $2.34**    US $3.00    -22%

US $3.00 off Orders over US $4.00    US $1.00 Off Store Coupon    Get coupons

Color: 9

      

Quantity:

− 100 +    993 Pair available

Ships to 📍 Naperville, Illinois, United States

**Shipping: $4.21**
From China to Naperville via AliExpress Standard Shipping
Estimated delivery on Oct 05    More options ▾

**Buy Now**    **Add to Cart**    ♡ 12

🛡 75-Day Buyer Protection
Money back guarantee

## Celebration Gifts Store

### Store Categories
- Beach Toy
- Cycling Socks
- Glasses
- Other Cycling Accessories
- Football Socks
- Fitness Equipment
- Football Accessories
- ▾ Swimwear
  - Female
  - Male
- ▸ Others

Celebration Gifts St...       
92.4% Positive Feedback    US $3.24    US $1.67    US $2.16    US $2.28    US $2.28    US $2.25
95 Followers
💬 Contact
+ Follow    Visit Store

### Top Selling



**US $2.10**
★ 5.0    56 Sold



**DESCRIPTION**    CUSTOMER REVIEWS (10)    SPECIFICATIONS    Report Item

Unisex New Women Shorts Sports Cycling
USD 2.16-2.30/pair

16 Colors NW Unisex Professional Men Sport
USD 1.98-2.28/pair

12 Colors Unisex Anti Slip Football Socks
USD 2.55/pair

Unisex Professional Sport Socks Breathable
USD 2.25/pair

Unisex Professional Women Cycling Socks
USD 2.10-2.85/pair

Unisex New Cycling Socks for Men and
USD 2.25/pair

Unisex New Sport Women Compression
USD 2.03-2.34/pair

22 Colors Rapha Unisex Professional
USD 2.13-2.28/pair

Size:One Size/Free Size
(Suitable For Size EUR 38-46)



**US $2.28**
★ 3.3    20 Sold



**US $6.10**
★ 4.3    284 Sold



**US $2.16**
★ 4.9    37 Sold



**US $2.28**
★ 1.0    24 Sold

View More >





















## Customer Reviews (10)

| 5 Stars | | 100% |
| 4 Stars | | 0% |
| 3 Stars | | 0% |
| 2 Stars | | 0% |
| 1 Star | | 0% |

**5.0** / 5  ★★★★★

All Stars (10) ⌄    Photos (3)    Additional Feedback (0)

☐ Only from your country    ☑ Translate to English    Sort by default ⌄

---

**D\*\*\*c**
🇧🇷 BR    ★★★★★
Color: 12    Logistics: AliExpress Standard Shipping
Excellent Products recommend    26 Jun 2022 08:24

Helpful?    Yes (0)    No (0)

---

**D\*\*\*c**
🇧🇷 BR    ★★★★★
Color: 8    Logistics: AliExpress Standard Shipping
Good product    25 Apr 2022 19:21

Helpful?    Yes (0)    No (0)

---

**D\*\*\*c**
🇧🇷 BR    ★★★★★
Color: 10    Logistics: AliExpress Saver Shipping
Excellent socks good material    08 May 2022 17:53

Helpful?    Yes (0)    No (0)

---

**D\*\*\*c**
🇧🇷 BR    ★★★★★
Color: 12    Logistics: AliExpress Saver Shipping
Very good material    08 May 2022 17:53

Helpful?    Yes (0)    No (0)

---

**D\*\*\*c**
🇧🇷 BR    ★★★★★
Color: 8    Logistics: AliExpress Standard Shipping
Good product    26 Jun 2022 08:24

Helpful?    Yes (0)    No (0)

---

**D\*\*\*c**
🇧🇷 BR    ★★★★★
Color: 13    Logistics: AliExpress Standard Shipping
Top nota 10    26 Jun 2022 08:24

Helpful?    Yes (0)    No (0)

---

**D\*\*\*c**
🇧🇷 BR    ★★★★★
Color: 10    Logistics: AliExpress Standard Shipping
Good bretelhe    26 Jun 2022 08:24

Helpful?    Yes (0)    No (0)

---

**D\*\*\*c**
🇧🇷 BR    ★★★★★
Color: 9    Logistics: AliExpress Saver Shipping
Product excellent quality    08 May 2022 17:53

Helpful?    Yes (0)    No (0)

---

**D\*\*\*c**
🇧🇷 BR    ★★★★★
Color: 13    Logistics: AliExpress Saver Shipping
Stockings top    08 May 2022 17:53

Helpful?    Yes (0)    No (0)

---

**B\*\*\*z**
🇪🇸 ES    ★★★★★
Color: 12    Logistics: AliExpress Saver Shipping
16 May 2022 06:50

Helpful?    Yes (0)    No (0)

‹    **1**    ›

## Seller Recommendations



12 Colors Unisex Anti Slip Foo...
US $2.55
11 sold ★5



Top Quality Men Anti Slip Foo...
US $3.64
5 sold



6Colors New Sexy Push Up U...
US $5.76
2 sold ★5



16 Colors NW Unisex Profess...
US $2.28
11 sold



Sexy Bikini Swimsuit Women ...
US $4.86
2 sold ★5



12 Colors New Football Socks...
US $2.25
14 sold ★5



11 Colors Summer Swimwear...
US $5.32
14 sold ★5



Unisex Anti Slip Shock Half Fi...
US $2.97
15 sold
Free Shipping



1 PCS Push Up Swimwear Cri...
US $6.1
284 sold ★4.3



1 Pair Football Straps Shin Pa...
US $2.28
20 sold ★3.3

## More To Love



High Men's Socks with Print S...
US $2.89
109 sold ★5



Professional sports socks cyc...
US $2.85
Daily Save: $5.00 off
107 sold ★4.6



NW-GIRO 2022 New Cycling S...
US $2.77
4011 sold ★4.9



SuperDeals NW-GIRO 4pairs 20...
★ Top selling in AliExpress
US $10.35
US $19.17 -46%
Daily Save: $5.00 off
1021 sold ★4.9
Free Shipping



New Sports Socks Riding Cycl...
US $0.01
US $14.99 -99%
New User Bonus
180 sold ★4.8
Free Shipping



Professional Team Cycling So...
US $0.01
US $3.97 -99%
New User Bonus
690 sold ★4.9
Free Shipping



TIMUBIKE Sport Socks Unisex...
US $0.01
US $4.69 -99%
New User Bonus
4646 sold ★4.9
Free Shipping



High Quality Profession Tea...
US $0.01
US $8.45 -99%
New User Bonus
1915 sold ★4.8
Free Shipping



Outdoor Road Cycling Socks ...
US $11.14
Daily Save: $5.00 off
504 sold ★4.8
Free Shipping



DAREVIE Cycling Socks Seaml...
US $5.44
Daily Save: $5.00 off
7 sold ★5
Free Return



Professional Sports Socks Br...
US $3.08
Daily Save: $5.00 off
215 sold ★4.9



New Sports Cycling Socks Me...
US $3.02
Daily Save: $5.00 off
1771 sold ★4.9



NW-GIRO 4 Pairs Bike Socks ...
US $10.98
Limited Offer
Daily Save: $5.00 off
654 sold ★4.8
Free Shipping



High quality Pro team men w...
US $0.01
US $3.98 -99%
New User Bonus
145 sold ★4.9
Free Shipping



2Pairs High Quality Professio...
US $2.99
US $12.72 -76%
New User Bonus
338 sold ★4.9
Free Shipping
Free Return











Manbird Penis Growth Bigger-...

US $3.48 US $6.1 -43%
Daily Save: $5.00 off
260 sold ★ 4.9

US $2.63
New User Deal
Daily Save: $5.00 off
286 sold ★ 4.9

US $2.92
Daily Save: $5.00 off
391 sold ★ 4.8

US $1.39
4 sold

⭐ Top selling in AliExpress
US $10.23
1213 sold ★ 5
Free Shipping


Anti Slip Professional Bike So...
US $7.37
Daily Save: $5.00 off
637 sold ★ 4.7
Free Shipping


New Cycling Socks Men Wom...
US $0.01 US $4.82 -99%
New User Bonus
615 sold ★ 4.7
Free Shipping


New High Quality Cycling Soc...
US $0.01 US $3.99 -99%
New User Bonus
112 sold ★ 4.8
Free Shipping


Men Sports Socks Riding Cycl...
US $0.01
New User Bonus
154 sold ★ 4.9
Free Shipping
Free Return

⭐ Top selling in AliExpress

Photochromic Sports Glasses...
US $2.99 US $15.96 -81%
New User Bonus
3376 sold ★ 4.6
Free Shipping


SuperDeals New cycling socks ...
US $3.45 US $7.04 -51%
Daily Save: $5.00 off
110 sold ★ 4.8


New stripe Dot Cycling Socks ...
US $0.01 US $3.28 -99%
New User Bonus
335 sold ★ 4.9
Free Shipping


New Sport Running Cycling S...
US $0.01 US $3.98 -99%
New User Bonus
915 sold ★ 4.8
Free Shipping


DH SPORTS DH-13 Cycling So...
US $3.92
Daily Save: $5.00 off
31 sold ★ 4.8
Free Return


New cycling socks High Quali...
US $0.01 US $4.99 -99%
New User Bonus
1716 sold ★ 4.8
Free Shipping
Free Return

## Links

Ranking Keywords

beaded curtains

This product belongs to **Home** , and you can find similar products at **All Categories** , **Sports & Entertainment** , **Sports Accessories** , **Sports Socks** , **Cycling Socks** .

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 🛡️ 增值电信业务经营许可证 浙B2-20120091-8 🛡️ 浙公网安备 33010802002248号

Halloween Fest    **Halloween costumes**
From vampires to the cutest bunnies ever        Shop now

Sell on AliExpress ∨    Help ∨    Buyer Protection    App    🇺🇸 /Naperville / English / USD ∨    ♡ Wish List    👤 Account ∨

**AliExpress**    Celebration Gifts Store ∨    +Follow    I'm shopping for...    🛒 0
92.4% Positive feedback    95 Followers    On AliExpress    In this store

Store Home    Products ∨    Sale Items    Top Selling    New Arrivals    Feedback

Unisex New Sport Women Compression Bike Socks Men Mountain Cycling Socks Professional Racing Socks

★★★★★ 5.0 ∨    10 Reviews    22 orders

**US $2.34**    US $3.00    -22%

US $3.00 off Orders over US $4.00    US $1.00 Off Store Coupon    Get coupons

Color: 9

      

     



Quantity:

−  100  +    993 Pair available

Ships to ⦿ Naperville, Illinois, United States

**Shipping:** $4.21
From China to Naperville via AliExpress Standard Shipping
Estimated delivery on Oct 05    More options ∨

**Buy Now**    **Add to Cart**    ♡ 12

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## Celebration Gifts Store

Store Categories
- Beach Toy
- Cycling Socks
- Glasses
- Other Cycling Accessories
- Football Socks
- Fitness Equipment
- Football Accessories
- ▼ Swimwear
  - Female
  - Male
- Others

Celebration Gifts St...
92.4% Positive Feedback
95 Followers
Contact
+Follow    Visit Store

     US $3.24     US $1.67     US $2.16     US $2.28     US $2.28     US $2.25

DESCRIPTION    CUSTOMER REVIEWS (10)    **SPECIFICATIONS**    Report Item

Hose Height: Knee-High    Material: nylon
Origin: Mainland China    CN: Zhejiang
Gender: MEN    Finger-separated: No
Sport Type: Cycling    Department Name: Unisex

Top Selling


US $2.10
★ 5.0    56 Sold



### Seller Recommendations


12 Colors Unisex Anti Slip Foo...
US $2.55
11 sold ★ 5


Top Quality Men Anti Slip Foo...
US $3.64
5 sold


6Colors New Sexy Push Up U...
US $5.76
2 sold ★ 5


16 Colors NW Unisex Profess...
US $2.28
11 sold ★ 5


Sexy Bikini Swimsuit Women ...
US $4.86
2 sold ★ 5



## Store Categories

- ☐ Beach Toy
- ☐ Cycling Socks
- ☐ Glasses
- ☐ Other Cycling...
- ☐ Football Socks
- ☐ Fitness Equipment
- ☐ Football Accessories
- ☐ Swimwear
  - Female
  - Male

## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **Celebration Gifts Store** |
| Positive Feedback (Past 6 months): | **92.4%** ❓ |
| AliExpress Seller Since: | **07 Jan 2018** |

### Detailed seller ratings ❓

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★★ **4.6** (257 ratings) | **1.43% Lower** | than other sellers |
| Communication : | ★★★★★ **4.7** (257 ratings) | **0.41% Higher** | than other sellers |
| Shipping Speed : | ★★★★★ **4.7** (257 ratings) | **1.83% Higher** | than other sellers |

### Feedback History ❓

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 35 | 138 | 230 |
| Neutral (3 Stars) | - | 7 | 8 |
| Negative (1-2 Stars) | 1 | 15 | 19 |
| Positive feedback rate | 97.2% | 90.2% | 92.4% |

---

| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 1 - 10      ← Previous  **1**  2  Next →



| Buyer | Transaction Details | Feedback |
|---|---|---|
| S***o | 1 PCS Push Up Swimwear Criss Cross ... <br> 1 piece | ★★☆☆☆ 15 Aug 2022 09:57 <br> La talla no es la correcta es más chica |
| C***S | 1 PCS Push Up Swimwear Criss Cross ... <br> 1 piece | ★★☆☆☆ 05 Aug 2022 15:42 <br> Me quedó pequeño |
| a***r | 1 Pair Football Straps Shin Pads Pr... <br> 1 pair | ★★☆☆☆ 31 Jul 2022 06:46 <br> Soft |
| R***r | 8 Colors Hot New Two Pieces Solid C... | ★☆☆☆☆ 28 Jul 2022 11:50 <br> Товар не соответствует фотографии продавца. Заказываю купальники не в первый раз, но это вообще непонятно на кого сшито- особенно нижняя часть. Не смогу надеть даже 1 раз. Разочарована, что ждала этот широпотреб так долго. Не советую! |
| a***e | 1 PCS Push Up Swimwear Criss Cross ... <br> 1 piece | ★☆☆☆☆ 25 Jul 2022 05:06 <br> produit de très très mauvaise qualité, doublé sur le devant mais l'arrière tout transparent je veux etre remboursée |
| a***e | 1 PCS Push Up Swimwear Criss Cross ... <br> 1 piece | ★☆☆☆☆ 25 Jul 2022 05:06 <br> produit de très très mauvaise qualité, doublé sur le devant mais l'arrière tout transparent je veux etre remboursée |
| L***y | 1 PCS Push Up Swimwear Criss Cross ... <br> 1 piece | ★☆☆☆☆ 19 Jul 2022 04:27 <br> מידה קטנה |
| E***a | 1 PCS Push Up Swimwear Criss Cross ... <br> 1 piece | ★☆☆☆☆ 18 Jul 2022 22:47 <br> I'm very disappointed. The product is for very short person. I ordered size M ( I'm 170/55kg) and my chest is almost out. It is not elastic and the material is not for swimming suite. I'll not recommend at all. |
| S***a | 1 PCS Push Up Swimwear Criss Cross ... <br> 1 piece | ★☆☆☆☆ 13 Jul 2022 07:57 <br> Короткий и толстый. Размер неточен. Ещё и дырка сбоку. Мало что лекала для коротышек, так ещё и пошить не умеют. Такие вещи по интернет покупать нельзя. |
| A***s | 1 PCS Push Up Swimwear Criss Cross ... <br> 1 piece | ★☆☆☆☆ 06 Jul 2022 11:28 <br> bonjour tros petit maillot de bain mais il et jolie |

← Previous  **1**  2  Next →

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category



# AliExpress

## Shipping Address                                    Change

████████    ████████
28W700 Perkins Ct
Naperville, Illinois, United States, 60564

## Payment Methods                                     Change

VISA  ████████████

📋 Celebration Gifts Store



Unisex New Sport Women Compression Bike Socks Men Mountain Cycling Socks Professio...
9

US $2.34                                    −  100  +

Shipping: US $4.21
Estimated delivery on **Oct 05**                                    ›

---

### Summary

| | |
|---|---|
| Total item costs | US $234.00 |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $4.21 |
| Tax ? | US $18.15 |
| **All Total** | **US $256.36** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and
acknowledged **all terms and policies**.

🛡 AliExpress

AliExpress keeps your information and payment safe



---

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play    App Store

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and
Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-
20120091-8  浙公网安备 33010802002248号



**AliExpress**

I'm shopping for... 🔍

Cart 0   Wish List   Hi,

Home > Orders > Order details

## Account

Overview

**Orders**

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

### AliExpress Mobile App

Search Anywhere, Anytime!

Scan or click to download

### Awaiting payment

Without payment, this order will be canceled in **12 days**

**Pay now**   Cancel order

📍 28W700 Perkins Ct
Naperville, Illinois, United States, 60564

📄 Order ID: 8155340063262581   Copy
Order placed on: Sep 13, 2022

🏪 Celebration Gifts Store 💬

Unisex New Sport Women Compression Bike Socks Men Mountain Cycling Socks Professional Racing Socks
9
US $2.34   x100

| | |
|---|---|
| Subtotal | US $234.00 |
| Shipping | US $4.21 |
| Tax | US $18.15 |
| **Total** | **US $256.36** |

### More to love

| | | | | |
|---|---|---|---|---|
| Professional Double Stack... | PPT Airsoft Magazine Pouc... | RC Tire 170MM 155MM 15... | PPT Double Stack Magazin... | 8PCS Energizer 1.5V AAA A... |
| US $8.62 | US $3.23 | US $20.4 | US $7.83 | US $4.8 |
| Daily Save: $5.00 off | Daily Save: $5.00 off | | Daily Save: $5.00 off | |
| 3 sold ⭐ 5 | 8 sold ⭐ 5 | 6 sold ⭐ 5 | 2 sold ⭐ 5 | 4 sold ⭐ 5 |
| | | Free Shipping | | |

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-9 浙公网安备 33010802002248号

Need Help?



**GIRO** COMPRESSION New Cycling Socks Top Quality Professional Brand Sport Socks Breathable Bicycle Sock Outdoor Racing Big Size

★★★★★ 4.6 ⌄  7 Reviews  6 orders

US $3.19  ~~US $3.99~~  -20%

Store Discount: Get US $3.00 each order over US $30.00 ⌄

US $3.00 off Orders over US $4.00  Get coupons

**Color:** red

**Size:** 39-45

39-45

**Quantity:**
− 300 +  1927 Pieces available

Ships to ⦿ Bensenville, Illinois, United States

**Shipping:** $346.56
Free shipping for orders over US $25.00 via the selected shipping method
Estimated delivery on Oct 21
From **China** to **Bensenville** via AliExpress Standard Shipping  More options ⌄

**Buy Now**  **Add to Cart**  ♡ 189

✓ **75-Day Buyer Protection** Money back guarantee  ⟲ **Free Return** Return for any reason within 15 days



## COLNAGO2019 Store

**Store Categories**
- Cycling mask
- CYCLING SOCKS
- Rope skipping
- COMPRESSION LEG WARNER
- cycling glove
- UCI PROTOUR
- SPORT SOCKS
- Others

**COLNAGO2019 Store**
94.5% Positive Feedback
1995 Followers
☎ Contact
+ Follow  Visit Store

US $2.03  US $3.59  US $3.15  US $3.11  US $0.01  US $2.67

**Top Selling**

US $3.95
★ 4.5  390 Sold

**DESCRIPTION**  CUSTOMER REVIEWS (7)  SPECIFICATIONS  Report Item

2022 Anti Slip Seamless Cycling Socks  USD 3.97/pair

2020 Bike Team Aero Socks Seamless Anti  USD 3.95/pair

New Bike Team Aero Socks Seamless Anti  USD 3.95/pair

2022 High quality Professional brand  USD 3.59/pair

2022 Anti Slip seamless Cycling Socks Integral  USD 4.25/pair

2021 Bmambas Anti Slip Professional Bike  USD 4.13/pair

New 2020 Professional Brand Mountain Bike  USD 2.91/pair

Bmambas 2021 Professional Brand  USD 4.35/pair

**US $3.15**
★ 4.6　　　　102 Sold



**US $3.11**
★ 4.9　　　　268 Sold



**US $2.09**
★ 4.5　　　　207 Sold



**US $3.95**
★ 4.9　　　　66 Sold

View More >


2020 Bike Team Aero Socks Seamless Anti
**USD 3.95**/pair


New Bike Team Aero Socks Seamless Anti
**USD 3.95**/pair


2022 New Bike Team Aero Socks Seamless
**USD 4.31**/pair


2022 Men/Women Cycling Socks High
**USD 2.89**/piece


2020 High quality Professional brand
**USD 4.29**/pair




2022 Anti Slip seamless Cycling Socks Integral
**USD 4.25**/pair


2021 Bmambas Anti Slip Professional Bike
**USD 4.13**/pair

2022 High quality Professional brand
**USD 3.59**/pair









## Customer Reviews (7)

| | |
|---|---|
| 5 Stars | 57% |
| 4 Stars | 43% |
| 3 Stars | 0% |
| 2 Stars | 0% |
| 1 Star | 0% |

**4.6** / 5

All Stars (7)   Photos (0)   Additional Feedback (1)

☐ Only from your country   ☑ Translate to English      Sort by default

---

**T***E**
BR

Color: black   Size: 39-45   Logistics: AliExpress Saver Shipping

Great product arrived very quickly   09 Apr 2022 05:52

Helpful?   Yes (0)   No (0)

Additional Feedback

Great product arrived very quickly

---

**AliExpress Shopper**
RU

Color: black   Size: 39-45   Logistics: AliExpress Saver Shipping

all ok. good seller.   30 May 2022 02:54

Helpful?   Yes (0)   No (0)

---

**T***a**
JP

Color: black   Size: 39-45   Logistics: Cainiao Super Economy Global

08 Apr 2022 18:22

Helpful?   Yes (0)   No (0)

---

**J***z**
CL

Color: black   Size: 39-45   Logistics: AliExpress Standard Shipping

07 Apr 2022 13:36

Helpful?   Yes (0)   No (0)

---

**AliExpress Shopper**
PE

Color: black   Size: 39-45   Logistics: Cainiao Super Economy Global

12 Jul 2022 13:04

Helpful?   Yes (0)   No (0)

---

**AliExpress Shopper**
PE

Color: black   Size: 39-45   Logistics: Cainiao Super Economy Global

19 Sep 2022 19:43

Helpful?   Yes (0)   No (0)

---

**R***r**
PE

Color: red   Size: 39-45   Logistics: Cainiao Super Economy Global

30 May 2022 10:21

Helpful?   Yes (0)   No (0)

‹   1   ›

## Seller Recommendations



| | | | | |
|---|---|---|---|---|
| 2021 High quality Profession... | 2020 High quality Profession... | Reflective Cycling Socks High ... | 2018 New High Quality Profe... | New Cycling Socks High Elasti... |
| US $4.29 | US $4.29 | US $4.25 | US $2.95 | US $2.95 |
| 31 sold ★ 4.9 | 66 sold ★ 4.7 | 4 sold | 4 sold ★ 1 | 46 sold ★ 5 |
| Free Shipping | Free Shipping | Free Shipping | Free Return | Free Shipping |
| Free Return | Free Return | Free Return | | Free Return |







2017 Professional brand spo... | 2020 Bike Team Aero Socks S... | 2021 Professional Brand Cycl... | 2021 High quality Profession... | Bmambas Professional Bran...

US $3.59 | US $3.95 | US $2.87 | US $2.87 | US $2.75

23 sold ★4.9 | 66 sold ★4.9 | 40 sold ★5 | 3 sold ★4 | 151 sold ★4.9

Free Shipping | Free Shipping | Free Return | Free Return | Free Return
Free Return | Free Return

## More To Love









NW-GIRO 2022 Cycling Socks... | New Unisex Professional Bra... | **SuperDeals** Professional Cyclin... | High quality Professional Bra... | **SALE** New Sports Cycling S...

US $3.03 | US $3.99 | US $3.42 | US $2.25 | US $2.98

694 sold ★4.9 | 84 sold ★4.7 | $5.00 off every $50.00 spent | 10168 sold ★4.8 | 1832 sold ★4.9
| | 382 sold ★4.9







Compression Sports Cycling ... | DH-16 SPORTS Funny Runnin... | Unisex Sports Socks Riding C... | Professional Cycling Socks br... | New Sport Running Cycling S...

US $0.01 | US $2.19 | US $0.01 | US $3.09 | US $0.01
US $4.69 -99% | | US $4.3 -99% | | US $3.18 -99%
New User Bonus | | New User Bonus | | New User Bonus

404 sold ★4.7 | 26 sold ★5 | 222 sold ★4.8 | 127 sold ★4.4 | 921 sold ★4.8

Free Shipping | Free Shipping | Free Shipping | | Free Shipping
| Free Return







NW-GIRO 4 Pairs Bike Socks ... | High quality Pro team men w... | High Quality Unisex Cycling S... | Anti Slip Silicone Summer Aer... | New Men Anti-Slip Football S...

US $10.79 | US $0.01 | US $2.91 | US $1.18 | US $1.2
| US $3.18 -99%
Limited Offer | New User Bonus

720 sold ★4.8 | 148 sold ★4.9 | 133 sold ★4.8 | 32 sold ★5 | 1274 sold ★4.8

Free Shipping | Free Shipping | | | Free Return






2021 New ANTI SLIP Football ... | NW-GIRO 2022 New Cycling S... | New style Cycling Socks Breat... | Anti-slip Football Socks Men ... | New Cycling Socks Men Wom...

US $0.01 | US $3.08 | US $0.01 | US $0.01 | US $0.01
US $14.8 -99% | | US $3.59 -99% | US $3.57 -99% | US $14.26 -99%
New User Bonus | | New User Bonus | New User Bonus | New User Bonus

9655 sold ★4.9 | 4215 sold ★4.9 | 800 sold ★4.9 | 6271 sold ★4.9 | 91 sold ★4.5

Free Shipping | | Free Shipping | Free Shipping | Free Shipping







Summer rapha Sport Cycling ... | **SuperDeals** NW-GIRO 4pairs 20... | Pro Bicycle handlebar Plug P... | High Men's Socks with Print S... | Mens Happy Colorful Striped ...

US $2 | US $10.17 | US $2.77 | US $2.89 | US $1.38

194 sold ★4.9 | ★ Top selling in AliExpress | 747 sold ★4.9 | 133 sold ★5 | 1602 sold ★4.9
| 1187 sold ★4.8







professional outdoor Sport C...

US $1.78

$5.00 off every $50.00 spent

448 sold ⭐ 4.8

Free Return

NW-GIRO Cycling Socks Men ...

US $3.06

413 sold ⭐ 4.8

New High Reflective Cycling S...

US $3.15

63 sold ⭐ 5

Solid color cycling socks High...

~~US $4.99~~ -99%

New User Bonus

294 sold ⭐ 4.8

Free Shipping

Free Return

20 Colors MTB Bike Socks Co...

US $2.83

411 sold ⭐ 4.9

Free Shipping

---

**Links**

This product belongs to  **Home**  , and you can find similar products at  **All Categories** , **Sports & Entertainment** , **Sports Accessories** , **Sports Socks** ,
**Cycling Socks** .

**Help**

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish,
Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud,
Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace,
Tmall, Taobao Global, AliOS, 1688

 Google Play    App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for
non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide  ©2010-2022
AliExpress.com. All rights reserved. 🌐 增值电信业务经营许可证 浙B2-20120091-8 🚔 浙公网安备 33010802002248号



**SPOTLIGHT** | **Brand day** Up to 60% off     Light Saber ›

Sell on AliExpress · Help · Buyer Protection · App · 🇺🇸 / Bensenville / English / USD · ♡ Wish List · Account ›

**AliExpress**    **COLNAGO2019 Store** ›   + Follow
94.5% Positive feedback    **1995** Followers

I'm shopping for...    🛒 0

On AliExpress | In this store



GIRO-COMPRESSION™

GIRO-COMPRESSION New Cycling Socks Top Quality Professional Brand Sport Socks Breathable Bicycle Sock Outdoor Racing Big Size

★★★★★ 4.6 ⌄   7 Reviews   6 orders

**US $3.19**   ~~US $3.99~~ -20%

Store Discount: Get US $3.00 off each order over US $30.00 ⌄

US $3.00 off Orders over US $4.00   Get coupons

Color: red

 

Size: 39-45

39-45

Quantity:
− 300 +   1927 Pieces available

Ships to ⊙ Bensenville, Illinois, United States

**Shipping: $346.56**
Free shipping for orders over US $25.00 via the selected shipping method
Estimated delivery on Oct 21
From China to Bensenville via AliExpress Standard Shipping   More options ⌄

**Buy Now** | **Add to Cart** | ♡ 189

🛡 **75-Day Buyer Protection**   Money back guarantee
↩ **Free Return**   Return for any reason within 15 days

---

## COLNAGO2019 Store

**Store Categories**
- Cycling mask
- CYCLING SOCKS
- Rope skipping
- COMPRESSION LEG WARNER
- cycling glove
- UCI PROTOUR
- SPORT SOCKS
- Others

**COLNAGO2019 Store**
94.5% Positive Feedback
1995 Followers
💬 Contact
+ Follow | Visit Store

      

US $2.03   US $3.59   US $3.15   US $3.11   US $0.01   US $2.67

DESCRIPTION   CUSTOMER REVIEWS (7)   **SPECIFICATIONS**    Report Item

| | | | |
|---|---|---|---|
| Brand Name: colnago | | Origin: Mainland China | |
| Hose Height: Knee-High | | Gender: MEN | |
| Finger-separated: No | | Sport Type: Cycling | |

**Top Selling**



US $3.95
★ 4.5   390 Sold



### Seller Recommendations



2021 High quality Profession...
US $4.29
31 sold ★ 4.9
Free Shipping
Free Return




2020 High quality Profession...
US $4.29
66 sold ★ 4.7
Free Shipping
Free Return




Reflective Cycling Socks High ...
US $4.25
4 sold
Free Shipping
Free Return




2018 New High Quality Profe...
US $2.95
4 sold ★ 1
Free Return



New Cycling Socks High Elasti...
US $2.95
46 sold ★ 5
Free Shipping
Free Return

## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **COLNAGO2019 Store** |
| Positive Feedback (Past 6 months): | **94.5%** |
| AliExpress Seller Since: | **15 May 2017** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★★ **4.7** (1134 ratings) | 1.08% Higher | than other sellers |
| Communication : | ★★★★½ **4.6** (1134 ratings) | 0.34% Lower | than other sellers |
| Shipping Speed : | ★★★★½ **4.6** (1134 ratings) | 1.44% Lower | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 111 | 411 | 1,045 |
| Neutral (3 Stars) | 5 | 14 | 28 |
| Negative (1-2 Stars) | 8 | 18 | 61 |
| Positive feedback rate | 93.3% | 95.8% | 94.5% |



| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 21 - 30　　　　　　　　　　◀ Previous | 1 | 2 | **3** | 4 | ... | Next ▶

| Buyer | Transaction Details | Feedback |
|---|---|---|
| f***a | 2021 Anti Slip seamless Cycling Soc... <br> 1 pair | ★☆☆☆☆ 18 Jun 2022 08:28 <br> Jamás me llegó mi producto. No lo recomiendo. |
| s***G | Bmambas High Quality Professional B... <br> 1 piece | ★☆☆☆☆ 18 Jun 2022 00:01 <br> 노랑이 아니고 형광 그린입니다. |
| S***t | 2017 High quality Professional bran... <br> 1 pair | ★★☆☆☆ 17 Jun 2022 02:40 <br> De kleur en lengte zijn niet zoals op de foto. Het zijn wel mooie sokken. |
| C***z | Bike Team Aero Socks Seamless Anti ... <br> 1 pair | ★★☆☆☆ 08 Jun 2022 13:42 <br> los calcetines blancos venían pequeños |
| C***z | Bike Team Aero Socks Seamless Anti ... <br> 1 pair | ★★☆☆☆ 08 Jun 2022 13:42 <br> los calcetines blancos venían pequeños |
| E***i | Bike Team Aero Socks Seamless Anti ... <br> 1 pair | ★☆☆☆☆ 08 Jun 2022 02:50 <br> non ho ricevuto il prodotto |
| E***i | Bike Team Aero Socks Seamless Anti ... <br> 1 pair | ★☆☆☆☆ 08 Jun 2022 02:50 <br> non lo so...non l ho ricevuto |
| J***l | New 2018 compressprint Professional... <br> 1 pair | ★★☆☆☆ 05 Jun 2022 11:07 <br> mauvaise couleur |
| E***y | 2018 compressprint Compression spor... <br> 1 pair | ★☆☆☆☆ 04 Jun 2022 07:14 <br> Item did not arrive, refund refused. Last time I ordered something |
| M***E | Bike Team Aero Socks Seamless Anti ... <br> 1 pair | ★☆☆☆☆ 02 Jun 2022 01:43 <br> I don't know why you canceled |

◀ Previous | 1 | 2 | **3** | 4 | ... | Next ▶



# AliExpress

### Shipping Address

████████████████████

1001 Foster Ave
Bensenville, Illinois, United States, 60106

Change

### Payment Methods

[MC] ██████████████

Change

🛒 **COLNAGO2019 Store**

GIRO-COMPRESSION New Cycling Socks Top Quality Professional Brand Sport Socks Breat...
red,39-45

US $3.19     ⊖ 300 ⊕

Shipping: Free Shipping
Estimated delivery on **Oct 21**

### Summary

| | |
|---|---|
| Total item costs | US $957.00 |
| 🏷 Saved | -US $93.00 ⌄ |
| Promo Code | Enter code here ⌄ |
| Total shipping | Free ⌄ |
| Tax ⊘ | US $69.12 |
| **Total** | **US $933.12** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies**.

🛡 **AliExpress**

AliExpress keeps your information and payment safe

---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

[Google Play] [App Store]

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



Buyer Protection   Suggestion   Help     Save big on our app!     Ship to 🇺🇸 / USD     Language ⌄

I'm shopping for...  🔍     Cart **0**     Wish List     Hi, ▮▮▮▮▮

Home › Orders › Order details



**Account**

Overview

Orders

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

---

AliExpress Mobile App

Search Anywhere, Anytime!



Scan or click to download

## Awaiting payment

Without payment, this order will be canceled in **12 days**

[ **Pay now** ] [ Cancel order ]



📍 ▮▮▮▮▮
1001 Foster Ave
Bensenville, Illinois, United States, 60106 ⌃

📄 Order ID: 8155927438442176   Copy
Order placed on: Sep 21, 2022

🏬 COLNAGO2019 Store ›   💬



GIRO-COMPRESSION New Cycling Socks Top Quality Professional Brand Sport Socks Breathable Bicycle Sock Out...
red, 39-45
US $3.19   x300

🛡 Free Return

| | |
|---|---|
| Subtotal | US $957.00 ⌄ |
| **Total** | **US $933.12** |

### More to love

| New Style Football Socks R... | High Quality Cotton Anti Sl... | New 2022 Men Anti-Slip Fo... | 2021 Sports Socks Anti-Sli... | Car Long Stem Funnel Ref... |
|---|---|---|---|---|
| US $1.25 | US $1.4 | US $1.24 | US $1.79 | US $3.84 |
| 282 sold ★5 | 80 sold ★4.9 | 468 sold ★4.8 | 490 sold ★4.8 | New User Deal |
| | | Free Return | | 56 sold ★4.3 |
| | | | | Free Shipping |

**Help**

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?



**AliExpress™**    ellie zhang's store ⌄    **+ Follow**
99.3% Positive feedback    423 Followers

I'm shopping for...    🛒 0

On AliExpress    In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback





### 2022 Men Women Sport Cycling Riding Socks Colorful Basketball Climbing Camping Running Socks

⭐⭐⭐⭐⭐ 5.0 ⌄    4 Reviews    9 orders

**US $2.64**    U̶S̶ ̶$̶4̶.̶4̶0̶    -40%

US $3.00 off Coupons For You    US $1.00 Off Store Coupon    Get coupons

Color: G

Size: 38-45

38-45

Quantity:

⊖ 999 ⊕    9996 Pair available

Ships to 📍 United States

**Shipping: US $1,533.77**
From China to United States via EMS
Estimated delivery on Jul 21    More options ⌄

**Buy Now**    **Add to Cart**    ♡ 5

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## ellie zhang's store

**ellie zhang's store**

99.3% Positive Feedback
423 Followers

💬 Contact

+ Follow    Visit Store

**Store Categories**

▾ Body shaper
  Men
  women
› sport socks
› Cotton Socks
› Others

**DESCRIPTION**    CUSTOMER REVIEWS (4)    SPECIFICATIONS    Report Item

Size: Free size fit for 38-45
Material: Nylon/CoolMax
Fit for all sports, if you have any quesiton please contact me anytime. I will response you in time. I can custom socks the mini order is 100 pairs per color.
If you want different colors please add the color to your cart then pay them together, that you can save shipping.
Note: If you want leave me message for your order please leave me message at the order not at contact buyer















## Customer Reviews (4)

| | | |
|---|---|---|
| 5 Stars | ━━━━━━━━━ | 100% |
| 4 Stars | | 0% |
| 3 Stars | | 0% |
| 2 Stars | | 0% |
| 1 Star | | 0% |

**5.0** / 5 ★★★★★

All Stars (4) ▾    Photos (0)    Additional Feedback (0)

☐ Only from your country    ☑ Translate to English                    Sort by default ▾

**S***s**
🇧🇷 BR
Color: G   Size: 38-45   Logistics: AliExpress Saver Shipping
Very good product, it took a little!   30 May 2022 07:47

Helpful?   Yes (0)   No (0)

**AliExpress Shopper**
🇷🇺 RU
Color: F   Size: 38-45   Logistics: AliExpress Saver Shipping
Excellent!   14 May 2022 23:22

Helpful?   Yes (0)   No (0)

**S***s**
🇧🇷 BR
Color: B   Size: 38-45   Logistics: AliExpress Saver Shipping
30 May 2022 07:47

Helpful?   Yes (0)   No (0)

**S***s**
🇧🇷 BR
Color: I   Size: 38-45   Logistics: AliExpress Saver Shipping
30 May 2022 07:47

Helpful?   Yes (0)   No (0)

1

## More To Love

Links





Sell on AliExpress ▾   Help ▾   Buyer Protection   📱 App   🌐 / English / USD ▾   ♡ Wish List   👤 Account ▾

**AliExpress™**

ellie zhang's store ▾
99.3% Positive feedback

+ Follow
423 Followers

I'm shopping for...   🛒 0

On AliExpress | In this store

Store Home   Products ▾   Sale Items   Top Selling   Feedback



## 2022 Men Women Sport Cycling Riding Socks Colorful Basketball Climbing Camping Running Socks

★★★★★ 5.0 ▾   4 Reviews   9 orders

**US $2.64**   ~~US $4.40~~   -40%

US $3.00 off Coupons For You   US $1.00 Off Store Coupon   Get coupons

Color: G

Size: 38-45

38-45

Quantity:

— 999 +   9996 Pair available

Ships to  📍 United States

**Shipping: US $1,533.77**
From China to United States via EMS
Estimated delivery on Jul 21

More options ▾

**Buy Now**   **Add to Cart**   ♡ 5

✔ **75-Day Buyer Protection**
Money back guarantee



## ellie zhang's store

ellie zhang's store
99.3% Positive Feedback
423 Followers

💬 Contact

+ Follow   Visit Store

**Store Categories**
▾ Body shaper
  Men
  women
› sport socks
› Cotton Socks
› Others

DESCRIPTION   CUSTOMER REVIEWS (4)   **SPECIFICATIONS**            Report Item

Pieces: 1pc                          Socks Tube Height: Middle Tube
Origin: CN(Origin)                   Thickness: Thin (Summer)
Obscene Picture: No                  Sexually Suggestive: No
Gender: MEN                          Sock Type: Casual
Material: nylon                      High: Crew
Item Type: Sock

### More To Love

Links

Ranking Keywords

backpack kid                         mink lashes

This product belongs to  **Home**

Help
Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish,
Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant



## Store Categories

- ▣ Body shaper
  - Men
  - women
- ▣ sport socks
- ▣ Cotton Socks

# Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **ellie zhang's store** |
| Positive Feedback (Past 6 months): | **99.3%** |
| AliExpress Seller Since: | **19 Feb 2012** |

### Detailed seller ratings

| | | |
|---|---|---|
| Item as Described : | ⭐⭐⭐⭐⭐ **4.9** (144 ratings) | **5.37% Higher** than other sellers |
| Communication : | ⭐⭐⭐⭐⭐ **4.9** (144 ratings) | **4.24% Higher** than other sellers |
| Shipping Speed : | ⭐⭐⭐⭐⭐ **4.8** (144 ratings) | **2.98% Higher** than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 23 | 66 | 141 |
| Neutral (3 Stars) | - | - | 2 |
| Negative (1-2 Stars) | - | 1 | 1 |
| Positive feedback rate | 100.0% | 98.5% | 99.3% |



| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 1 - 1

◄ Previous | Next ►

| Buyer | Transaction Details | Feedback |
|---|---|---|
| m***m | High Quality Professional Coolmax M... <br> 1 pair | ⭐☆☆☆☆  07 Apr 2022 17:34 <br> cancelaram envio do produto , não explicaram o motivo , solicitei reeembolso e não recebi o dinheiro ate agora , muito desapontado com o vendedor e com a aliexpress |

◄ Previous | **1** | Next ►

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category



**AliExpress**

## Shipping Information

▊▊▊▊▊▊▊▊

1001 Foster Ave
Bensenville, Illinois, United States, 60106

+ Add new address

Select other addresses

### Payment Methods                    Change

🏦 Bank Transfer    Wire Transfer

ⓘ To pay by wire transfer using your bank account, you need to visit your nearest bank branch with the wire transfer information. Your payment will be completed 7 business days after you have finished the money transfer.

## Order Review

Seller: ellie zhang's store



2022 Men Women Sport Cycling Riding Socks Colorful Basketball Climbing Camping Running Socks

Color: G    Size: 38-45

**US $2.64**

Shipping: US $1,533.77 via EMS  Estimated delivery on Jul 21  ›

+ Leave message

| | | |
|---|---|---|
| Subtotal | | US $2,637.36 |
| Ⓢ Store Coupon/Code | | ⌄ |
| Shipping | | US $1,533.77 |
| VAT ⓘ | | US $210.99 |
| Total | | US $4,382.12 |

## Order Summary



🔴 Select Coupon                    ⌄

Ⓢ AliExpress Coupon/Code            ⌄

Promo Code

[                    ]    Apply

**Total**            **US $4,382.12**

**Place Order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

✏️    🛡️ AliExpress

AliExpress keeps your information and payment safe

---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

🎮 Google Play     🍎 App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - User Information Legal Enquiry Guide  ©2010-2021 AliExpress.com. All rights reserved.

Buyer Protection   Suggestion   Help ∨   📱 Save big on our app!   Ship to 🇺🇸 / USD ∨   Language ∨

**AliExpress™**

I'm shopping for...  🔍   🛒 Cart 0   ♡ Wish List   👤 Hi, ████

Home › Orders › Order details

### Account

**Overview**

**Orders**

Payment

Feedback

Setting

Shipping address

Message center

Member center

Invite friends

Help center

Manage reports

Suggestion

---

**AliExpress Mobile App**

Search Anywhere, Anytime!

[QR code]

Scan or click to download

---

## Awaiting payment

Without payment, this order will be canceled in **12 days**

[Pay now]   [Pay with TT]   [Cancel order]



📍 ████████

1001 Foster Ave

Bensenville, Illinois, United States, 60106  ∧

📄 Order ID: 8151707347147216   Copy

Order placed on: Jun 21, 2022

🏪 ellie zhang's store ›   💬

2022 Men Women Sport Cycling Riding Socks Colorful Basketball Climbing Camping Running Socks

G, 38-45

US $2.64   x999

| | | |
|---|---|---|
| Subtotal | | US $2,637.36 ∧ |
| Shipping | | US $1,533.77 |
| Tax | | US $210.99 |
| **Total** | | **US $4,382.12** |

## More to love

---

### Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

[Google Play]   [App Store]

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for EU consumers - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号


Need Help?



**AliExpress**

**ellie zhang's store** ⌄
99.3% Positive feedback

+ Follow
423 Followers

I'm shopping for...   🛒 0

On AliExpress   In this store

Store Home   Products ⌄   Sale Items   Top Selling   Feedback



2022 Men Women Sport Cycling Riding Socks Colorful Basketball Climbing Camping Running Socks

★★★★★ 5.0 ⌄   1 Review   1 order

**US $2.86**   ~~US $4.40~~   -35%

US $3.00 off Coupons For You   US $1.00 Off Store Coupon   Get coupons

Color: P



Size: 38-45

| 38-45 |
|---|

Quantity:
−  1  +   9999 Pair available

Ships to 📍 United States

**Free Shipping**
Estimated delivery on Aug 21
From China to United States via Cainiao Super Economy Global   More options ⌄

Buy Now   Add to Cart   ♡

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## ellie zhang's store

**ellie zhang's store**

99.3% Positive Feedback
423 Followers
💬 Contact

+ Follow   Visit Store

**Store Categories**

▾ Body shaper
  Men
  women
▸ sport socks
▸ Cotton Socks
▸ Others

**DESCRIPTION**   CUSTOMER REVIEWS (1)   SPECIFICATIONS          Report Item



Size: Free size fit for 38-45
Material: Nylon/CoolMax
Fit for all sports, if you have any quesiton please contact me anytime. I will response you in time. I can custom socks the mini order is 100 pairs per color.
If you want different colors please add the color to your cart then pay them together, that you can save shipping.
Note: If you want leave me message for your order please leave me message at the order not at contact buyer



**AliExpress**

**Great ride Store** ⌄
97.8% Positive feedback

+Follow
**13** Followers

I'm shopping for... 🔍 🛒 0

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback



2022 New Cycling Socks Bike Nurse Compression Road Bike Running Mountain Bike Knee-Length White Sports Fun Brand Black

Shop US $60.00 save US $6.00 | ☉ Extra 1% Off

3 orders

**US $4.50** ~~US $5.62~~ -20%

Color: White

Quantity:
− 300 +   Additional 1% off (2 Pieces or more)
998 Pieces available

Ships to 📍 Bensenville, Illinois, United States

**Shipping: $681.57**
Estimated delivery on Sep 27
From China to Bensenville via AliExpress Standard Shipping    More options ⌄

**Buy Now**    **Add to Cart**    ♡

✓ **75-Day Buyer Protection**
Money back guarantee

---

## Great ride Store



**Great ride Store**
97.8% Positive Feedback
**13** Followers
💬 Contact
+Follow | Visit Store

US $21.45 | US $16.71 | US $2.99 | US $3.72 | US $10.00 | US $2.95

### Store Categories
▸ Bicycle equipment
   Bicycle pump
   Bicycle water bottle
   Cycling clothing
   Bicycle Computer
   Cycling shoes
▸ Bicycle accessories
   Bicycle pedal
   Bicycle crank
   Bicycle flywheel
   Bicycle Bottom Brackets
   Bicycle brake
   Bicycle Hub
   Bicycle chainring
   Bicycle handlebar
   Bicycle chain
   Bicycle seat
▸ Bicycle tool
   Others

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS     Report Item

Fabric:27% Polyprolene, 68% Nylon, 5% Lycra
Size: 6-14 (United States)   38-44 (Europe)
Gender:Men & Women

**PERFORMANCE ENHANCEMENT:**Our high quality compression running socks make a great addition to your workout gear for running, cycling, basketball, football, crossfit, weight lifting, and many other sports. Graduated 15-20 mmHg of Pressure Compression ergonomically conforms to your foot for a tight fit around nerves and muscles to increase circulation and reduce inflammation. Can also aid in recovery from edema and heel spurs. Also helps strengthen the foot to prevent future muscle injuries.

**SUPERIOR ARCH SUPPORT:**This Durable Elastic Minimizes Friction and Supports the Plantar Arches of Your Feet. Utilizing 3-Dimensional modeling, This product has designed these
compression running socks for Anatomically Correct Fit include: Heel pull tab for easy On and Off, Seamless, blister-free, no bunching toe box, Complete ankle coverage prevents shoes from rubbing.

No Feedback.

### Top Selling

US $11.88
★ 5.0   45 Sold

**More To Love**

2022 New Cycling Socks Bike Nurse Compression Road Bike Running Mountain Bike Knee Length White Sports Fun Brand Black|| - AliExpress



Sell on AliExpress  |  Help  |  Buyer Protection  |  App  |  🇺🇸 / Bensenville / English / USD  |  ♡ Wish List  |  👤 Account

**Great ride Store**
97.8% Positive feedback  |  + Follow  |  13 Followers

I'm shopping for...  🛒 0
On AliExpress  |  In this store

Store Home  |  Products ▾  |  Sale Items  |  Top Selling  |  Feedback



2022 New Cycling Socks Bike Nurse Compression Road Bike Running Mountain Bike Knee-Length White Sports Fun Brand Black

Shop US $60.00 save US $6.00  |  ⊙ Extra 1% Off

3 orders

**US $4.50**  US $5.62  -20%

Color: White

Quantity: − 300 +  Additional 1% off (2 Pieces or more)
998 Pieces available

Ships to ⌖ Bensenville, Illinois, United States

**Shipping: $681.57**
Estimated delivery on Sep 27
From China to Bensenville via AliExpress Standard Shipping  |  More options ▾

**Buy Now**  |  **Add to Cart**  |  ♡

✓ 75-Day Buyer Protection
Money back guarantee

---

## Great ride Store



**Great ride Store**
97.8% Positive Feedback
13 Followers
💬 Contact
+ Follow  |  Visit Store

US $21.45   US $16.71   US $2.99   US $3.72   US $10.00   US $2.95

DESCRIPTION  |  CUSTOMER REVIEWS (0)  |  **SPECIFICATIONS**  |  Report Item

Origin: Mainland China
Material: nylon

CN: Zhejiang
Fit: Fits true to size, take your normal ...

### More To Love

NW-GIRO 2022 New Cycling S...
US $2.83
3763 sold ⭐ 4.9

Unisex New Sport Women Co...
US $2.03
17 sold ⭐ 5

2021 New ANTI SLIP Football ...
⭐ Top selling in AliExpress
US $2.88
9808 sold ⭐ 4.9
Free Shipping

TIMUBIKE Sport Socks Unisex...
US $2.86
4642 sold ⭐ 4.9
Free Shipping  AD

TIMUBIKE Sport Socks Unisex...
US $2.86
4642 sold ⭐ 4.9
Free Shipping  AD

New cycling socks High Quali...
US $3.53
Daily Save: $6.00 off

Professional Cycling Socks Br...
US $3.74
1111 sold ⭐ 4.9

Cycling Socks 2021 Coolmax ...
US $2.85
Daily Save: $6.00 off

90 Degree Elbow WeaveType...
3 PCS Type-C 3A Fast Charging
US $0.76
Limited Offer

Tour De Italy D'ITALIA Cycling...
US $10.56
2185 sold ⭐ 4.7

**Store Categories**
▾ Bicycle equipment
  Bicycle pump
  Bicycle water bottle
  Cycling clothing
  Bicycle Computer
  Cycling shoes
▾ Bicycle accessories
  Bicycle pedal
  Bicycle crank
  Bicycle flywheel
  Bicycle Bottom Brackets
  Bicycle brake
  Bicycle Hub
  Bicycle chainring
  Bicycle handlebar
  Bicycle chain
  Bicycle seat
▾ Bicycle tool
  Others

**Top Selling**
US $11.88
⭐ 5.0   45 Sold

## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **Great ride Store** |
| Positive Feedback (Past 6 months): | **97.8%** |
| AliExpress Seller Since: | **09 May 2019** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★★ **4.9** (47 ratings) | **3.44% Higher** | than other sellers |
| Communication : | ★★★★★ **5.0** (47 ratings) | **5.94% Higher** | than other sellers |
| Shipping Speed : | ★★★★★ **5.0** (47 ratings) | **5.69% Higher** | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 15 | 40 | 45 |
| Neutral (3 Stars) | - | 1 | 1 |
| Negative (1-2 Stars) | 1 | 1 | 1 |
| Positive feedback rate | 93.8% | 97.6% | 97.8% |



| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 1 - 1                                                                  ‹ Previous | Next ›

| Buyer | Transaction Details | Feedback |
|---|---|---|
| R***r | 2.2 liter ton barrel large kettle r...<br>1 piece | ★☆☆☆☆ 12 Aug 2022 16:31<br>хрупкая банка. пришла с трещиной на дне. |

‹ Previous | **1** | Next ›

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

### Store Categories

- **Bicycle equipment**
  - Bicycle pump
  - Bicycle water bottle
  - Cycling clothing
  - Bicycle Computer
  - Cycling shoes
- **Bicycle accessories**
  - Bicycle pedal
  - Bicycle crank
  - Bicycle flywheel
  - Bicycle Bottom...
  - Bicycle brake
  - Bicycle Hub
  - Bicycle chainring
  - Bicycle handlebar
  - Bicycle chain
  - Bicycle seat
- **Bicycle tool**



# AliExpress

## Shipping Address

████████    ████████

1001 Foster Ave
Bensenville, Illinois, United States, 60106

Change

## Payment Methods

Bank
Transfer   Wire Transfer

ⓘ To pay by wire transfer using your bank account, you need to visit your nearest bank branch with the wire transfer information. Change
Your payment will be completed 7 business days after you have finished the money transfer.

Great ride Store

2022 New Cycling Socks Bike Nurse Compression Road Bike Running Mountain Bike Knee-...

White

US $4.46

—   300   +

**Shipping:** US $681.57
Estimated delivery on **Sep 27**

---

## Summary

| | |
|---|---|
| Total item costs | US $1,338.00 |
| 🔴 Discounts | -US $6.00 ⌄ |
| Promo Code | Enter code here ⌄ |
| Total shipping | US $681.57 |
| Tax ⓘ | US $107.05 |

| **All Total** | **US $2,120.62** |
|---|---|

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged the **all terms and policies**.

### 🛡 AliExpress

AliExpress keeps your information and payment safe

---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

▶ Google Play    🍎 App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Buyer Protection    Suggestion    Help    Save big on our app!    Ship to 🇺🇸 / USD    Language ⌄

# AliExpress

I'm shopping for...    🔍    Cart 0    Wish List    ▮▮▮▮▮

Home > Orders > Order details

## Account

Overview

**Orders**

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

---

**AliExpress Mobile App**

Search Anywhere, Anytime!

[QR code]

Scan or click to download

---

## Awaiting payment

Without payment, this order will be canceled in **12 days**

[ Pay now ]    [ Pay with TT ]    [ Cancel order ]

📍 ▮▮▮▮▮

1001 Foster Ave
Bensenville, Illinois, United States, 60106    ⌃

📄 Order ID: 8154489283164909    Copy
Order placed on: Sep 1, 2022

🏪 Great ride Store >    💬

2022 New Cycling Socks Bike Nurse Compression Road Bike Running Mountain Bike Knee-Length White Sports Fu...
White
US $4.46    x300

| | |
|---|---|
| Subtotal | US $1,338.00 ⌃ |
| Shipping | US $681.57 |
| Daily Save | -US $6.00 |
| Tax | US $107.05 |
| **Total** | **US $2,120.62** |

## More to love

| | | | | |
|---|---|---|---|---|
| Men Women Cycling Outd... | New Sports Anti-skid Socc... | Cat Mermaid Pug Raccoon... | 2pcs Black Buffalo Horn H... | Compression Socks Men ... |
| US $2.99 | US $0.75 | US $1.61 | US $2.99 | US $3.99 |
| 2 sold | Daily Save: $6.00 off | Daily Save: $6.00 off | Daily Save: $6.00 off | 1356 sold ⭐ 4.8 |
| Free Shipping | 42 sold ⭐ 4.8 | 285 sold ⭐ 5 | 12 sold ⭐ 5 | Free Shipping |
| | Free Return | Free Shipping | Free Shipping | |
| | | | Free Return | |

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play     App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备

Need Help?

1/9/23, 10:21 PM

High Quality Professional Bicycle Socks Men's Bicycle Socks Breathable Road Bicycle Socks Outdoor Sports Socks Pelota De Socks| | - AliExpress



**Winter Clearance Event**  Promo codes:  **US $12 off** orders +$120  code: 12WINTER  **US $25 off** orders +$250  code: 25WINTER  Shop now

Sell on AliExpress ⌄   Help ⌄   Buyer Protection   App   / Bensenville / English / USD ⌄   ♡ Wish List   Account ⌄

**AliExpress**   In2it Store ⌄   + Follow   I'm shopping for...   🛒 0
93.1% Positive feedback   1357 Followers   On AliExpress | In this store

Store Home   Products ⌄   Sale Items   Top Selling   Feedback



### 4 pairs

High Quality Professional Bicycle Socks Men's Bicycle Socks Breathable Road Bicycle Socks Outdoor Sports Socks Pelota De Socks

🔴 Extra 2% Off

1 order

## US $5.54   ~~US $9.23~~   -40%



Color: Q

Quantity:
−  428  +   494 Pieces available

Ships to ⊙ Bensenville, Illinois, United States

**Shipping: $1.68**
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Feb 01                    More options ⌄

**Buy Now**   **Add to Cart**   ♡

✓ **75-Day Buyer Protection**
Money back guarantee

---

## In2it Store



**Store Categories**

▾ **Women's Clothing**
  Women Briefs
  Tops & Blouse coats
  Sweaters
  Sleep Wear &
  Shaperwomen Set
  Jackets&Coats
  Bottoms
  Socks
  Bra & Tube top
  Skirts & Dress & Safety
  pants
  Hats

▾ **Men's Clothing**
  Jackets & Coats
  Bottoms
  Sleep Wear
  Men Briefs
  Tops
  Sweaters
  Socks
  Hat

▾ **Women's Shoes**
  Women's Boots
  Vulcanized Shoes
  Socks
  Flat Shoes
  Flip Flop

**In2it Store**
93.1% Positive Feedback
1357 Followers
💬 Contact
+ Follow   Visit Store

US $16.33   US $4.02   US $1.04   US $10.73   US $2.26   US $3.75

---

**DESCRIPTION**   CUSTOMER REVIEWS (0)   SPECIFICATIONS                    Report Item

Tela:27% poliprolene, 68% Nylon, 5% Lycra
Size: 6-14 (United States) 38-45 (Europe)
Gender: Men and women

**Performance Enhancement:** Our
high-quality running compression socks are a great
addition to your training gear for running, cycling, basketball,
soccer, crossfit, weightlifting, and many other sports.
Graduated 15-20 mmHg pressure compression ergonomically conforms to
your foot for a tight fit around nerves and muscles
to increase circulation and reduce inflammation. It can also
help in the recovery of edema and heel spurs. It also
helps strengthen the foot to prevent future muscle injuries.

**SUPERIOR ARCH SUPPORT:** This
durable elastic minimizes friction and supports the plantar arches of

Sports Shoes
Shoe Accessoriesa
Men's Shoes
Men's Boots
Sports Shoes
Work Shoes
Socks
Flip Flop
Vulcanized Shoes
Casual Shoes
Shoe Accessoriesa
New Arrival
Others
3d hoodie
3D T-SHIRT
ACCESSORIES
Belt
Insole
Scarf
Hats
Very Path
Sock
Gloves
Underwear accessories
Shoelace
Others

**Top Selling**



**US $2.23**

★ 5.0                    189 Sold



**US $5.87**

★ 4.8                    126 Sold



**US $4.80**

16 Sold



**US $1.70**

★ 4.7                    47 Sold



**US $11.00**

★ 3.2

your feet. Using three-dimensional modeling, this product has
designed them
Compression
socks for an anatomically correct fit include:
heel pull tab for easy on and off,
seamless, no blisters, no bunched toe box, full ankle coverage
prevents shoes from rubbing.

















1/9/23, 10:21 PM

High Quality Professional Bicycle Socks Men's Bicycle Socks Breathable Road Bicycle Socks Outdoor Sports Socks Pelota De Socks|  | - AliExpress



Sell on AliExpress ⌄   Help ⌄   Buyer Protection   App   / Bensenville / English / USD ⌄   Wish List   Account ⌄

**AliExpress**   In2it Store ⌄   + Follow   I'm shopping for...   🛒 0
93.1% Positive feedback   1357 Followers   On AliExpress   In this store

Store Home   Products ⌄   Sale Items   Top Selling   Feedback



High Quality Professional Bicycle Socks Men's Bicycle Socks Breathable Road Bicycle Socks Outdoor Sports Socks Pelota De Socks

🟠 Extra 2% Off

1 order

**US $5.54**   US $9.23   -40%

Color: Q



Quantity:
⊖ 428 ⊕   494 Pieces available

Ships to 📍 Bensenville, Illinois, United States

**Shipping: $1.68**
From China to Bensenville via AliExpress Standard Shipping
Estimated delivery on Feb 01   More options ⌄

**Buy Now**   **Add to Cart**   ♡

✓ **75-Day Buyer Protection**
Money back guarantee

---

## In2it Store



**In2it Store**
93.1% Positive Feedback
1357 Followers
💬 Contact
+ Follow   Visit Store

US $16.33   US $4.02   US $1.04   US $10.73   US $2.26   US $3.75

DESCRIPTION   CUSTOMER REVIEWS (0)   **SPECIFICATIONS**   Report Item

Origin: Mainland China   CN: Zhejiang
Socks Tube Height: High Tube   Material: nylon
Pieces: 1pc   Gender: MEN

**Seller Recommendations**

Autumn and Winter New Me...   Women's Winter Floor Shoes ...   Winter High Socks Warm Kne...   3D Printed Ski Socks with Thi...   Japanese Style Kawaii Wome...
US $4.79   US $7.1   US $5.96   US $7.53   US $2.26

## Store Categories

**Women's Clothing**
- Women Briefs
- Tops & Blouse coats
- Sweaters
- Sleep Wear &...
- Jackets&Coats
- Bottoms
- Socks
- Bra & Tube top
- Skirts & Dress &...
- Hats

**Men's Clothing**
- Jackets & Coats
- Bottoms
- Sleep Wear
- Men Briefs
- Tops
- Sweaters
- Socks
- Hat

**Women's Shoes**
- Women's Boots
- Vulcanized Shoes
- Socks
- Flat Shoes
- Flip Flop
- Sports Shoes
- Shoe Accessoriesa

**Men's Shoes**
- Men's Boots
- Sports Shoes
- Work Shoes
- Socks
- Flip Flop
- Vulcanized Shoes
- Casual Shoes
- Shoe Accessoriesa

**New Arrival**

**Others**

**3d hoodie**

**3D T-SHIRT**

**ACCESSORIES**
- Belt
- Insole
- Scarf
- Hats
- Heel Pad
- Gloves
- Underwear accessories
- Shoelace

# Seller Feedback

### Seller Summary

| | |
|---|---|
| Seller: | **In2it Store** |
| Positive Feedback (Past 6 months): | **93.1%** |
| AliExpress Seller Since: | **26 Oct 2020** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ★★★★★ **4.6** (650 ratings) | 1.60% Higher | than other sellers |
| Communication : | ★★★★★ **4.6** (637 ratings) | 0.28% Higher | than other sellers |
| Shipping Speed : | ★★★★★ **4.7** (637 ratings) | 0.17% Higher | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| Positive (4-5 Stars) | 56 | 321 | 582 |
| Neutral (3 Stars) | 3 | 17 | 25 |
| Negative (1-2 Stars) | 5 | 21 | 43 |
| Positive feedback rate | 91.8% | 93.9% | 93.1% |

| Seller (Past 6 months) | Feedback Received as a Seller |

Viewing 31 - 32

◀ Previous   1  ...  3  4   Next ▶



| Buyer | Transaction Details | Feedback |
|---|---|---|
| N***n | 2021 Summer Beach Slippers For Men ...<br><br>1 piece | ★★☆☆☆ 02 Aug 2022 06:39<br>The size is a bit small and the material is super soft and cheap which makes it uncomfortable to walk with the flip flops |
| M***z | Japanese Style Kawaii Women Animal ...<br><br>1 piece | ★☆☆☆☆ 19 Jul 2022 05:14<br>no corresponde con el dibujo que pedi |

◀ Previous   1  ...  3  4   Next ▶

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites



# AliExpress

## Shipping Address

██████ ████████
1001 Foster Ave
Bensenville, Illinois, United States, 60106

Change

## Payment Methods

 ███████████

Change

🏬 In2it Store

**4 pairs**

High Quality Professional Bicycle Socks Men's Bicycle Socks Breathable Road Bicycle Socks ...

Q

US $5.54                                          — 428 +

Shipping: US $1.68
Estimated delivery on **Feb 01**

>

## Summary

| Total item costs | US $2,371.12 |
| Promo Code | Enter code here ˅ |
| Total shipping | US $1.68 |
| Tax ? | US $189.69 |
| **Total** | **US $2,562.49** |

**Pay now**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies.**

🛡 AliExpress

AliExpress keeps your information and payment safe

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

▶ **Google Play**   🍎 **App Store**   **AppGallery**

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers (Transactions)  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号



Buyer Protection    Suggestion    Help    Save big on our app!    Ship to 🇺🇸 / USD    Language ⌄

**AliExpress**

I'm shopping for...    🔍

Cart 0    Wish List    Hi,

Home > Orders > Order details

**Account**

Overview

Orders

Payment

Refund and return

Feedback

Setting

Shipping address

Message center

Invite friends

Help center

Manage reports

Suggestion

DS Center

Member center

AliExpress Mobile App
Search Anywhere, Anytime!

Scan or click to download

## Awaiting payment

Without payment, this order will be canceled in **12 days**

**Pay now**    Cancel order



1001 Foster Ave
Bensenville, Illinois, United States, 60106

Order ID: 8160529774045241    Copy
Order placed on: Jan 9, 2023

🏪 In2it Store >    💬

4 pairs

High Quality Professional Bicycle Socks Men's Bicycle Socks Breathable Road Bicycle Socks Outdoor Sports Socks ...
Q
US $5.54   x428

| | |
|---|---|
| Subtotal | US $2,371.12 ⌄ |
| Shipping | US $1.68 |
| Tax | US $189.69 |
| **Total** | **US $2,562.49** |

### More to love


2022 Professional Anti Slip...
US $1.39
1 sold


Professional Men Football ...
US $2.99
4 sold ⭐ 5


Godzilla2 King of Monsters...
US $10.35
222 sold ⭐ 4.6
Free Shipping


DH SPORTS
DH SPORTS Outdoor Sport...
US $2.87
$3 off every $30 spent
67 sold ⭐ 4.9
Free Shipping
Free Return


PHOTURT
PHOTURT Blue Doll Backd...
US $8.23
2 sold
Free Shipping

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers ·
for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8
33010802002248号

Need Help?



6/21/22, 8:47 PM

Cycling Socks Women Men Sports Socks Hiking Basketball Football Running Profesional Socks Breathable Biking Bike's Accessories - Sports Socks - AliExpress

Sell on AliExpress     Help     Buyer Protection     App     🇺🇸 / English / USD     Wish List     Account

**AliExpress** | **LEHUO TRAVEL Store**  98.1% Positive feedback     [+ Follow]     **700** Followers

I'm shopping for...     On AliExpress | In this store

Store Home     Products ⌄     Sale Items     Top Selling     Feedback



Cycling Socks Women Men Sports Socks Hiking Basketball Football Running Profesional socks Breathable Biking Bike's Accessories

⭐⭐⭐⭐⭐ 4.8 ⌄  781 Reviews   1803 orders

**US $3.28**  ~~US $8.41~~  -61%

Store Discount: Buy 5 get 3% off ⌄

Get coupons

Color: G8(1 pair)

Quantity:
⊖ 428 ⊕   9967 Pieces available

Ships to 📍 United States

**Shipping: US $681.57**
From China to United States via AliExpress Standard Shipping
Estimated delivery on Jul 14     More options ⌄

[Buy Now]     [Add to Cart]     [♡ 1069]

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## LEHUO TRAVEL Store



**Store Categories**
› Others

**Top Selling**

US $3.20
⭐ 5.0          193 Sold

US $18.96
⭐ 4.8          118 Sold

**LEHUO TRAVEL Store**
98.1% Positive Feedback
700 Followers
Contact
[+ Follow]  [Visit Store]

US $3.20    US $3.28    US $4.40    US $3.28    US $7.85    US $3.23

**DESCRIPTION**     CUSTOMER REVIEWS (781)     SPECIFICATIONS          Report Item



**US $7.85**

★ 4.7       334 Sold



**US $3.23**

★ 4.9       115 Sold



**US $13.20**

★ 4.7       26 Sold

View More ›























































## Customer Reviews (781)

| | | |
|---|---|---|
| 5 Stars | ████████████ | 86% |
| 4 Stars | ██ | 11% |
| 3 Stars | ▪ | 2% |
| 2 Stars | | 0% |
| 1 Star | ▪ | 1% |

**4.8** / 5  ★★★★★



All Negative (11) ⌄    Photos (1)    Additional Feedback (4)

6/21/22, 8:47 PM

Cycling Socks Women Men Sports Socks Hiking Basketball Football Running Profesional Socks Breathable Biking Bike's Accessories - Sports Socks - AliExpress

☐ Only from your country    ☑ Translate to English                                        Sort by default ▾

**G\*\*\*z** ★☆☆☆☆
🇪🇸 ES
Color: G2(1 pair)   Logistics: AliExpress Saver Shipping

Nefarious service, very bad. I haven't received the shipment and the shipping office say 've lost the order  06 Mar 2022 09:59

Helpful?   Yes (1)   No (0)

**D\*\*\*a** ★★☆☆☆
🇪🇸 ES
Color: G9(1 pair)   Logistics: AliExpress Saver Shipping

Too small. They're for. Sizes rather small  22 Apr 2022 06:03

Helpful?   Yes (0)   No (0)

**J\*\*\*z** ★★☆☆☆
🇪🇸 ES
Color: M9(1 pair)   Logistics: AliExpress Saver Shipping

Color more dark than the image  26 May 2022 12:32

Helpful?   Yes (0)   No (0)

**AliExpress Shopper** ★★☆☆☆
🇪🇸 ES
Color: M7(1 pair)   Logistics: AliExpress Saver Shipping

The size does not match is small.  19 Jan 2022 11:14

Helpful?   Yes (0)   No (0)

**A\*\*\*o** ★☆☆☆☆
🇪🇸 ES
Color: M2(1 pair)   Logistics: AliExpress Saver Shipping

Very small, I have a 42 and I don't get the sock, I should indicate it's for kids  22 Feb 2022 04:46

Helpful?   Yes (0)   No (0)

Additional Feedback
Very small, they're children's, bad description of the. Article

**AliExpress Shopper** ★☆☆☆☆
🇪🇸 ES
Color: M2(1 pair)   Logistics: AliExpress Saver Shipping

I haven't gotten the order and the seller whenever you contact him tells you to be patient. I don't recommend it.  05 Apr 2022 04:51

Helpful?   Yes (0)   No (0)

Additional Feedback
I didn't get it.

**A\*\*\*o** ★☆☆☆☆
🇨🇱 CL
Color: M1(1 pair)   Logistics: AliExpress Saver Shipping

Still not getting my product? I appears finished?  06 Jun 2022 19:22

Helpful?   Yes (0)   No (0)

Additional Feedback
Howdy have not received the order. .. Please request repayment to you soon

**AliExpress Shopper** ★☆☆☆☆
🇩🇪 DE
Color: G11(1 pair)   Logistics: AliExpress Saver Shipping

Much too small, since no large could be chosen would i times say most 38 but more not  11 Mar 2022 06:26

Helpful?   Yes (0)   No (0)

**AliExpress Shopper** ★☆☆☆☆
🇨🇦 CA
Color: M7(1 pair)   Logistics: AliExpress Saver Shipping

Extremely small size. Vendor should list sizing.  11 Apr 2022 08:02

Helpful?   Yes (0)   No (0)

**E\*\*\*r** ★☆☆☆☆
🇪🇸 ES
Color: M2(1 pair)   Logistics: AliExpress Saver Shipping

Not received  07 Jan 2022 13:02

Helpful?   Yes (0)   No (0)

‹   **1**   2   ›

## Buyer Questions & Answers (3)

**Size from 41 to ~**

Up to 45

**It would be nice if you put what material is made of**

**What size do socks write Bratva, since the seller forgot to do it.**

 1

## Seller Recommendations


Yoga Set Women's Tracksuit ...
US $18.96
118 sold ⭐ 4.8
Free Shipping


Leggings Sport Women Fitne...
US $13.2
26 sold ⭐ 4.7
Free Shipping


Cycling Gloves Women MTB ...
US $12.37
5 sold ⭐ 3.3
Free Shipping


Yoga Leggings Women Seaml...
US $11.72
38 sold ⭐ 3.3
Free Shipping


4 Pairs / Set Cycling Socks Me...
US $12.77
34 sold ⭐ 4.8
Free Shipping


4 Pairs /Set of Cycling Socks ...
US $13.86
12 sold ⭐ 5
Free Shipping


Outdoor Camping Sleeping P...
US $36.38
13 sold ⭐ 4.5
Free Shipping


Christmas Compression Sock...
US $4.06
6 sold ⭐ 5
Free Shipping


Cycling Outdoor Multitool 18 ...
US $3.31
6 sold ⭐ 5
Free Shipping


cycling socks men sports soc...
US $3.02
91 sold ⭐ 4.9
Free Shipping

## More To Love


NW-GIRO 4pairs 2022 New C...
US $11.33
185 sold ⭐ 4.8
Free Shipping


NW-GIRO 2022 New Cycling S...
US $2.55
Limited Offer
2115 sold ⭐ 4.9


Professional Cycling Socks br...
🔥 Top selling in AliExpress
US $3.14
2088 sold ⭐ 4.8
Free Shipping


High quality Professional Bra...
🔥 Top selling in AliExpress
US $2.25
6764 sold ⭐ 4.8


High quality professional cycl...
US $4.19
143 sold ⭐ 2.7
Free Shipping


MELVIN SUNNY vintage horr...
US $11.89


NW-GIRO 4 Pairs Bike Socks ...
US $10.17
234 sold ⭐ 4.9
Free Shipping


NW-GIRO 2022 Cycling Socks...
US $3.13
369 sold ⭐ 4.9
Free Shipping


4 pairs Professional Bike Soc...
US $13.9
45 sold ⭐ 4.7
Free Shipping


4 pairs compression socks so...
US $13.9
366 sold ⭐ 4.8
Free Shipping


Lucky 13 Goth Punk Skull Me...
US $7.83
16 sold ⭐ 5
Free Shipping

Professional Team Cycling So...
US $3.13
488 sold ⭐ 4.9
Free Shipping

Men Cycling socks 4 pairs/set...
US $11.5
170 sold ⭐ 4.8
Free Shipping


Mexican Style Rainbow Stripe...
US $5.25
182 sold ⭐ 4.5


2021 New Cycling Socks Men ...
US $15.86
3 sold ⭐ 5

            

6/21/22, 8:47 PM

Cycling Socks Women Men Sports Socks Hiking Basketball Football Running Profesional Socks Breathable Biking Bike's Accessories - Sports Socks - AliExpress


SuperDeals TIMUBIKE Sport So...
Top selling in AliExpress
US $2.81
4270 sold ★ 4.9
Free Shipping


Lucky 13 Titanium Steel Ring ...
US $4.11
97 sold ★ 4.6
Free Shipping


New Pro competition Cycling ...
US $1.45
297 sold ★ 4.9


AD
NW-GIRO 2022 Running Sock...
US $2.53
Limited Offer
206 sold ★ 4.9


New Sports Cycling Socks Me...
US $3.02
1262 sold ★ 4.9


Cotton Men Running Women...
US $3.13
1 sold


National Flag Magic Scarf Me...
US $3.31
81 sold ★ 4.8
Free Return


High Quality Compression Cy...
US $2.46
15 sold ★ 5
Free Shipping


Maccabi Haifa FC Jersey Gree...
US $13.59
500 sold ★ 5
Free Shipping


Men Sports Socks Riding Cycl...
US $2.79
1768 sold ★ 4.7
Free Shipping
Free Return


Cycling Socks Compression ...
US $3.4
48 sold ★ 4.6


Punk Hip Hop Mens Number ...
US $4.46
33 sold ★ 4.9
Free Shipping


GIYO Touch Screen Long Full ...
Top selling in AliExpress
US $7.68
3383 sold ★ 4.9
Free Shipping


New Professional Cycling Soc...
US $2.94
220 sold ★ 4.9
Free Shipping


silicone case key holder keyc...
US $3.1
6 sold ★ 5
Free Shipping

## Links

**Related Search**

| | | |
|---|---|---|
| gintama accessories | trk motorcycle accessories | earings jordan |
| kirin bike | put hair accessories | undefined trousers |
| pajero accessories cars | men sock | fishing accessories additive |
| skirts cycling | turkey kitchen accessories | notendo switch accessories |

**Ranking Keywords**

backpack kid                    mink lashes

This product belongs to   **Home**

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play     App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for EU consumers · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

Cycling Socks Women Men Sports Socks Hiking Basketball Football Running Profesional Socks Breathable Biking Bike's Accessories - Sports Socks - AliExpress


**LEHUO TRAVEL Store** ▾
98.1% Positive feedback
+ Follow
**700** Followers

I'm shopping for...  🛒 0
On AliExpress   In this store

Store Home     Products ▾     Sale Items     Top Selling     Feedback

Cycling Socks Women Men Sports Socks Hiking Basketball Football Running Professional socks Breathable Biking Bike's Accessories

⭐ 4.8 ▾  781 Reviews  1803 orders

**US $3.28**  US $8.41  -61%

Store Discount: Buy 5 get 3% off ▾

Get coupons

Color: G8(1 pair)

     

     

 



Quantity:

➖ 428 ➕   9967 Pieces available

Ships to 📍 United States

**Shipping: US $681.57**
From China to United States via AliExpress Standard Shipping
Estimated delivery on Jul 14     More options ⌄

**Buy Now**     **Add to Cart**     ♡ 1069

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## LEHUO TRAVEL Store

**Store Categories**
› Others

**Top Selling**



**US $3.20**
⭐ 5.0          193 Sold


**US $18.96**
⭐ 4.8          118 Sold

**LEHUO TRAVEL Store**
98.1% Positive Feedback
700 Followers
› Contact
+ Follow    Visit Store

     
US $3.20   US $3.28   US $4.40   US $3.28   US $7.85   US $3.23

DESCRIPTION    CUSTOMER REVIEWS (781)    **SPECIFICATIONS**    Report Item

Origin: **CN(Origin)**              Hose Height: **Knee-High**

Gender: **MEN**

**Seller Recommendations**









Yoga Set Women's Tracksuit ...    Leggings Sport Women Fitne...    Cycling Gloves Women MTB ...    Yoga Leggings Women Seaml...    4 Pairs / Set Cycling Socks Me...
US $18.96    US $13.2    US $12.37    US $11.72    US $12.77
118 sold ⭐ 4.8    26 sold ⭐ 4.7    5 sold ⭐ 5    38 sold ⭐ 3.3    34 sold ⭐ 4.8
Free Shipping    Free Shipping    Free Shipping    Free Shipping    Free Shipping



## Seller Feedback



### Seller Summary

| | |
|---|---|
| Seller: | **LEHUO TRAVEL Store** |
| Positive Feedback (Past 6 months): | **98.1%** |
| AliExpress Seller Since: | **22 Nov 2020** |

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Item as Described : | ⭐⭐⭐⭐⭐ **4.8** (3055 ratings) | **4.54% Higher** | than other sellers |
| Communication : | ⭐⭐⭐⭐⭐ **4.7** (3055 ratings) | **2.44% Higher** | than other sellers |
| Shipping Speed : | ⭐⭐⭐⭐⭐ **4.7** (3055 ratings) | **2.12% Higher** | than other sellers |

### Feedback History

| Feedback | 1 Month | 3 Months | 6 Months |
|---|---|---|---|
| **Positive (4-5 Stars)** | 335 | 1,230 | 2,933 |
| **Neutral (3 Stars)** | 10 | 23 | 55 |
| **Negative (1-2 Stars)** | 10 | 32 | 57 |
| **Positive feedback rate** | 97.1% | 97.5% | 98.1% |



| Seller (Past 6 months) | Feedback Received as a Seller |
|---|---|

Viewing 1 - 10

◄ Previous  **1**  2  ...  Next ►

| Buyer | Transaction Details | Feedback |
|---|---|---|
| V***v | Yoga Leggings Women Seamless Woman ...<br>1 piece | ⭐⭐☆☆☆ 11 Jun 2022 11:05<br>la tela es muy Delgado a comparacion de otros conjuntos similares que he comprado |
| V***v | Yoga Leggings Women Seamless Woman ...<br>2 piece | ⭐⭐☆☆☆ 11 Jun 2022 11:05<br>El material es muy Delgado |
| A***o | Cycling Socks Women Men Sports Sock...<br>1 piece | ⭐☆☆☆☆ 06 Jun 2022 19:22<br>Aun no recibo mi producto?me aparece finalizado ? |
| L***z | Yoga Leggings Women Seamless Woman ...<br>1 piece | ⭐⭐☆☆☆ 05 Jun 2022 06:59<br>Parecen medias veladas FATAL es transparenta todo, su calidad es muy baja, le salen motas cuando se usa la banda de resistencia, muy insatisfecha |
| L***z | Yoga Leggings Women Seamless Woman ...<br>1 piece | ⭐⭐☆☆☆ 05 Jun 2022 06:59<br>Parecen medias veladas FATAL es transparenta todo, su calidad es muy baja, le salen motas cuando se usa banda de resistencia, muy insatisfecha |
| L***z | Yoga Leggings Women Seamless Woman ...<br>1 piece | ⭐⭐☆☆☆ 05 Jun 2022 06:59<br>Parecen medias veladas FATAL es transparenta todo, su calidad es muy baja, no se puede ir al gimnasio con eso porque da pena que se note todo, me puse banda de resistencia para entrenar nalgas y le salieron motas, muy insatisfecha, decepción total !!!!!! |
| E***p | Unisex Snow gloves Winter gloves bi...<br>1 piece | ⭐☆☆☆☆ 03 Jun 2022 18:32<br>É anunciado como sendo luva para neve, de inverno, para motociclismo, mas não suporta uma temperatura de 13, 14 graus celsius de moto, passa muito vento e tudo indica que não é resistente a água que dirá a chuva. |
| j***z | Cycling Socks Women Men Sports Sock...<br>1 piece | ⭐⭐☆☆☆ 26 May 2022 12:32<br>el color más oscuro que en la imagen |
| a***z | Cycling Socks Breathable 4 Pairs/ S...<br>1 piece | ⭐⭐☆☆☆ 20 May 2022 14:40<br>le dije al vendedor que cambiará la verde por una azul y me envió la verde y dejo la naranja |
| 4***r | Cycling Socks Breathable 4 Pairs/ S...<br>1 piece | ⭐☆☆☆☆ 11 May 2022 09:58<br>ponía entrega garantizada en diez días y tardaron en llegar dos meses y medio la calidad es buena eso no se puede negar pero el tiempo de espera una barbaridad para los diez días asegurados que ponían y como compensación me dieron un cupón de un euro algo irrisorio |

◄ Previous  **1**  2  ...  Next ►

## Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish



Sell on AliExpress ⌄    Buyer Protection    Help ⌄    📱 Save big on our app!    Ship to 🇺🇸 / USD ⌄    Language ⌄

LEHUO TRAVEL Store    | Open 1 year(s) |    98.1%  Positive feedback ⌄    FOLLOW    700 Followers

## LEHUO TRAVEL Store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback

Home > Store Home > Products

Store Categories >    | Cycling Socks Women Men 🔍 |    9 items found    Hide Filter ⌃

| Color | Black | Gold | Clear | Pink | white | sky blue | Blue | Multiple | ⊖ Less |
|---|---|---|---|---|---|---|---|---|---|
| | yellow | green | purple | Lavender | Dark Grey | gray | | | |
| | Khaki | Ivory | | | | | | | |

| Size | XS | S | L | M | | | | Multiple | |

Best Match    Orders⬇    New⬇    price⬆    ☐ Free Shipping          View ⊞ ☰ ◁ ▷



Cycling Socks Women Men Sports Socks Hiking Basketball...
**US $0.01** / piece
~~US $8.41~~ / piece
Orders(1804)

4 Pairs / Set Cycling Socks Men Profesional Sports Team...
**US $12.77** / piece
~~US $31.93~~ / piece
Orders(34)

Cycling Socks Breathable 4 Pairs/ Set Sports Socks Women...
**US $12.47** / piece
~~US $31.98~~ / piece
Orders(873)

Professional Sport Cycling Socks Basketball Socks Soccer...
**US $3.20** / piece
~~US $8.41~~ / piece
Orders(193)

   



cycling socks men sports socks soccer socks women hiking...
**US $3.02** / piece
~~US $7.74~~ / piece
Orders(91)

Men Cycling Socks Compression Stockings Women's Long...
**US $15.44** / piece
~~US $38.60~~ / piece
Orders(19)

New Cycling Socks men Compression Socks Baseball Soccer...
**US $3.28** / piece
~~US $8.41~~ / piece
Orders(75)

Christmas Compression Socks Knee High Sport socks...
**US $4.06** / piece
~~US $18.15~~ / piece
Orders(6)

Cycling Socks Athletic Compression Woman Socks Man...
**US $3.75** / piece
~~US $9.38~~ / piece
Orders(13)

◁ | 1 | ▷



**AliExpress**

## Shipping Information

▬▬▬▬▬▬

1001 foster AVE
Bensenville, Illinois, United States, 60106

+ Add new address

Select other addresses

## Payment Methods                                    Change

🏛 Bank Transfer   Wire Transfer

ⓘ   To pay by wire transfer using your bank account, you need to visit your nearest bank branch with the wire transfer information. Your payment will be completed 7 business days after you have finished the money transfer.

## Order Review

Seller: LEHUO TRAVEL Store



Cycling Socks Women Men Sports Socks Hiking Basketball Football Running Profesional socks Breathable Biking Bike's Accessories

Color: G8(1 pair)

**US $3.28**

−  428  +

Shipping: US $681.57 via AliExpress Standard Shipping  Estimated delivery on Jul 14  ›

+ Leave message

| | |
|---|---|
| Subtotal | US $1,403.84 |
| Seller Discount: | - US $140.38 |
| 💲 Store Coupon/Code | ⌄ |
| Shipping | US $681.57 |
| VAT ⓘ | US $101.08 |
| **Total** | US $2,046.11 |

## Order Summary



💲 Select Coupon                     ⌄

💲 AliExpress Coupon/Code          ⌄

Promo Code

[                    ]   Apply

**Total**             **US $2,046.11**

**Place Order**

Upon clicking 'Place Order', I confirm I have read and acknowledged all terms and policies.

✎   🛡 AliExpress

AliExpress keeps your information and payment safe

---

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play     App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · User Information Legal Enquiry Guide ©2010-2021 AliExpress.com. All rights reserved.

Buyer Protection    Suggestion    Help    Save big on our app!    Ship to 🇺🇸 / USD    Language ˅

# AliExpress™

I'm shopping for...    🔍    Cart 0    Wish List    ▇

Home > Orders > Order details

**Account**
Overview
Orders
Payment
Feedback
Setting
Shipping address
Message center
Member center
Invite friends
Help center
Manage reports
Suggestion

**AliExpress Mobile App**
Search Anywhere, Anytime!

Scan or click to download

## Awaiting payment

Without payment, this order will be canceled in **12 days**

[ Pay now ]    [ Pay with TT ]    [ Cancel order ]



📍 ▇
▇▇
1001 foster AVE
Bensenville, Illinois, United States, 60106    ˄

📄 Order ID: 8151625323016847    Copy
Order placed on: Jun 21, 2022

🏪 LEHUO TRAVEL Store  ›  💬

Cycling Socks Women Men Sports Socks Hiking Basketball Football Running Profesional socks Breathable Biking ...
G8(1 pair)
US $3.28    x428

| | |
|---|---|
| Subtotal | US $1,403.84 ˄ |
| Shipping | US $681.57 |
| Store Discount | -US $140.38 |
| Tax | US $101.08 |
| **Total** | **US $2,046.11** |

## More to love

| Vintage Men Jewelry Lucky... | Lucky 13 Titanium Steel Ri... | Punk Accessories MC Lette... | DecalsMe Funny In Circle ... | Men's Vintage Lucky Num... |
|---|---|---|---|---|
| US $1.04 | US $4.11 | US $2 | US $1.3 | US $4.35 |
| 86 sold ★4.4 | 97 sold ★4.6 | 250 sold ★4.5 | 5 sold ★5 | 5 sold |
| | Free Shipping | | | |

**Help**
Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play     App Store

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for EU consumers · User Inform
Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Need Help?