## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| BELL SPORTS, INC., | Case No. 24-cv-12815 |
| Plaintiff, | Hon. Martha M. Pacold |
| v. | Magistrate Judge Maria Valdez |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Minute Order of September 19, 2025 [Dkt. No. 48] which directed Plaintiff and any appearing defendants ("the Parties") to file a joint status report regarding the status of the case and any proposed next steps, and any requests for a status hearing. Counsel for Defendant No. 19 "ouku", which is the only remaining defendant in this matter, has reviewed and approved the Joint Status Report.

On December 13, 2024, Plaintiff filed a Complaint against one hundred twenty-five (125) defendants identified in Schedule A for trademark infringement and counterfeiting (Count I); false designation of origin (Count II) and violation of the Illinois Deceptive Trade Practices Act (Count III). [Dkt. Nos. 1, 8].

On March 26, 2025, Plaintiff filed Motions for Electronic Service of Process and Expedited Discovery. [Dkt. Nos. 15, 16]. On March 28, 2025, this Court granted Plaintiff's Motion for Electronic Service of Process [Dkt. No. 17] and granted in part and denied in part Plaintiff's Motion for Expedited Discovery. [Dkt. Nos. 18, 19].

On April 29, 2025, Plaintiff effectuated service of process on Defendants. [Dkt. No. 24].

On May 21, 2025, this Court entered a Minute Order directing Plaintiff to show cause why this case should not be dismissed or severed for improper joinder. [Dkt. No. 28]. On June 4, 2025, Plaintiff filed its Response to this Court's Rule to Show Cause and requested leave to file an Amended Complaint with a smaller subset of defendants, which was granted on June 5, 2025. [Dkt. Nos. 29, 30].

On June 11, 2025, Plaintiff filed an Amended Complaint and Amended Schedule A against fifty (50) defendants for trademark infringement and counterfeiting (Count I); false designation of origin (Count II) and violation of the Illinois Deceptive Trade Practices Act (Count III). [Dkt. No. 31]. Plaintiff also filed a Memorandum in Support of Joinder. [Dkt. No. 32].

On August 4, 2025, Counsel for Defendant No. 19 "ouku" filed an Appearance. [Dkt. No. 41].

On August 20, 2025, this Court found that the joinder of the defendants identified in Plaintiff's Amended Schedule A remains improper and directed Plaintiff to file an Amended Complaint narrowing down to a subset of defendants that are properly joined. [Dkt. No. 43].

On September 5, 2025, Plaintiff filed a Second Amended Complaint and Amended Schedule A naming one (1) Defendant No. 19 "ouku" for trademark infringement and counterfeiting (Count I); false designation of origin (Count II) and violation of the Illinois Deceptive Trade Practices Act (Count III). [Dkt. No. 45].

On September 19, 2025, Defendant No. 19 "ouku" aka "Fashion Easy-go International Trading Co., Limited d/b/a Ouku" filed an Answer and affirmative defenses. [Dkt. No. 47].

The Parties propose the following discovery schedule below:

| Event | Deadline |
|---|---|
| Rule 26(a)(1) Disclosures | October 3, 2025 |
| Issuance of Fact Discovery | December 5, 2025 |
| Completion of Fact Discovery | March 6, 2026 |
| Disclosure of Plaintiff's Expert Report(s) | April 3, 2026 |
| Deposition of Plaintiff's Expert | May 1, 2026 |
| Disclosure of Defendant's Expert Report(s) | June 5, 2026 |
| Deposition of Defendant's Expert | July 10, 2026 |
| Dispositive Motions | August 7, 2026 |

Respectfully submitted,

Dated:  September 26, 2025

By:     s/ Michael A. Hierl                          _
          Michael A. Hierl (Bar No. 3128021)
          William B. Kalbac (Bar No. 6301771)
          Robert P. McMurray (Bar No. 6324332)
          John Wilson (Bar No. 6341294)
          Hughes Socol Piers Resnick & Dym, Ltd.
          Three First National Plaza
          70 W. Madison Street, Suite 4000
          Chicago, Illinois 60602
          (312) 580-0100 Telephone
          (312) 580-1994 Facsimile
          mhierl@hsplegal.com
          Attorneys for Plaintiff
          BELL SPORTS, INC.

          s/Adam Edward Urbanczyk
          Adam Edward Urbanczyk
          Au LLC
          444 Lake St.
          17th Floor
          Chicago, IL 60606
          (312) 715-7312 Telephone
          adamu@au-llc.com
          Attorney for Defendant Nos. 19 "ouku"

## <u>CERTIFICATE OF FILING</u>

The undersigned attorney hereby certifies that a true and correct copy of the foregoing

Joint Status Report was filed electronically with the Clerk of the Court and served on all counsel

of record and interested parties via the CM/ECF system on September 26, 2025.

<u>/s/ *Michael A. Hierl*</u>
Michael A. Hierl